1  REBECCA GIROLAMO (SBN 293422)
2  (becky.girolamo@wilmerhale.com)
   WILMER CUTLER PICKERING
3      HALE AND DORR LLP
   350 S. Grand Ave., Suite 2100
4  Los Angeles, CA 90071
5  Telephone: +213 443 5300
   Facsimile: +213 443 5400
6

7

8  LOUIS W. TOMPROS (*pro hac vice* application to be filed)
   (louis.tompros@wilmerhale.com)
9  DONALD R. STEINBERG (*pro hac vice* application to be filed)
10 (don.steinberg@wilmerhale.com)
   STEPHANIE LIN (*pro hac vice* application to be filed)
11 (stephanie.lin@wilmerhale.com)
   WILMER CUTLER PICKERING
12     HALE AND DORR LLP
13 60 State Street
   Boston, MA 02109
14 Telephone: +1 617 526 6000
15 Facsimile: +1 617 526 5000

16
   *Attorneys for Plaintiff*
17 MATT FURIE

18
                  **UNITED STATES DISTRICT COURT**
19                 **CENTRAL DISTRICT OF CALIFORNIA**

20 MATT FURIE

21                                            CV __18-1830_____

22              Plaintiff,
       vs.                                    **COMPLAINT FOR**
23                                            **COPYRIGHT**
   INFOWARS, LLC; FREE SPEECH                 **INFRINGEMENT**
24 SYSTEMS, LLC

25                                            DEMAND FOR JURY TRIAL
                Defendants.
26

27

28
                                     COMPLAINT FOR COPYRIGHT INFRINGEMENT
                                              Case No. _18-cv-1830___

Plaintiff Matt Furie hereby submits his Complaint for Copyright Infringement pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101 *et seq.*, against Defendants Infowars, LLC, and Free Speech Systems, LLC.  For his complaint, Furie alleges on personal knowledge as to matters relating to himself, and on information and belief as to all other matters, as follows:

## NATURE OF ACTION

1. This is an action to end the misappropriation of Pepe the Frog ("Pepe") by Defendants Infowars, LLC, and Free Speech Systems, LLC (collectively "Defendants"), including their sale of a poster copying Pepe through their website, infowars.com.

2. Artist Matt Furie created the Pepe the Frog character in the early 2000s.  Pepe is an anthropomorphic frog often depicted with large, rounded, red/brown lips, bulging eyes (often with multiple white stars in the pupil), puffy eyelids, and a human-shaped body, as shown below:



**Example Pepe the Frog Image**

3. At his creation, Pepe was a "peaceful frog-dude"—a kind and blissful cartoon character, who lived alongside three animal roommates, and became famous in part because of his catchphrase, "feels good man."  By 2014, the Pepe character featured prominently in internet memes.

4. But beginning in 2015, various fringe groups connected with the alt-right attempted to coopt Pepe by mixing images of Pepe with images of hate, including white supremacist language and symbols, Nazi symbols, and other offensive imagery.  Furie has worked hard to counteract that negative image of

-1-

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No. 18-cv-1830

Pepe, including collaborating with the Anti-Defamation League on the #SavePepe campaign to restore Pepe as a character representing peace, togetherness, and fun.

5. Despite Furie's efforts, Defendants and others have misused Furie's Pepe character and copied Pepe images for use in products sold online to promote messages of hate. In doing so, Defendants not only copied Furie's original creation, but also freeloaded off Pepe's popularity and Furie's labor.

6. Defendants sell a poster (the "infringing poster") that contains a copy of Pepe the Frog, featured alongside an image of Infowars founder Alex Jones, President Donald Trump, Milo Yiannopoulos, and Ann Coulter, among other figures, with the text "MAGA"—short for the Trump campaign slogan, "Make America Great Again"—printed on the bottom:



7. Furie did not authorize the use of the Pepe image or character in this poster, and does not approve of the association of Pepe with Alex Jones or any of the other figures shown in this poster, or with the "MAGA" slogan.

8.     This is therefore an action for copyright infringement. Defendants have infringed Furie's copyright in the Pepe the Frog character and image.

## JURISDICTION AND VENUE

9.     This action arises under the Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 *et seq*. ("Copyright Act").

10.    This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

11.    This Court has personal jurisdiction over Defendants because, as further alleged below, they have purposefully availed themselves of the benefits and privileges of conducting business in the State of California and this District, and have purposefully directed their activities toward California and this District.

12.    Defendants Infowars and Free Speech Systems are Texas limited-liability companies. On information and belief, Defendants are managed by radio host Alex Jones. Defendants operate an organization that includes nationwide radio programming and an interactive, commercial website, infowars.com. The website publishes articles, hosts an archive of Defendants' audio programs, and offers for sale hundreds of products through its online store, including "emergency survival foods," "outdoor survival gear," and a range of dietary supplements purporting to—among other things—protect DNA, "defend [] cells," and cleanse lungs.

13.    Defendants regularly conduct and solicit business in California and this District. On information and belief, California residents regularly access infowars.com and account for a substantial portion of the website's visitors. Defendants sell products online, by mail, and by telephone to residents of California and this District and ship those products to buyers in the state.

14.    Further, Defendants maintain an ongoing relationship with customers—including California customers—via their "Patriot Points" loyalty

program, in which customers receive reward points for every dollar spent on Defendants' products. Defendants also broadcast programs to California radio stations, including at least five stations in this District. *See* Ex. A (list of stations that run Defendants' program *The Alex Jones Show*). That programming advertises the products that Defendants sell, and thereby directly solicits purchases from customers in California and this District.

15. Through their online store, Defendants offer for sale and sell the infringing poster in California and in this District. At least four of the 24 customers who reviewed the infringing poster identified themselves as residing in California; two identified themselves as residing within this District. *See* Exs. B1-B3. Defendants have thereby committed acts of direct infringement in California and this District in violation of Plaintiff Furie's intellectual property rights.

16. Defendants have further purposefully and voluntarily placed the infringing poster into the stream of commerce with, on information and belief, the expectation and intent that it will be purchased and used by consumers in California and this District.

17. Defendants' infringing conduct has caused foreseeable harm in California and in this District, where Furie resides.

18. Defendants maintain ongoing and systematic contacts within, and/or have otherwise purposefully directed activities toward, the State of California and this District, including (but not limited to) by: (i) regularly conducting or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to the residents of California and this District, (ii) conducting infringing acts in California and this District, and/or (iii) placing infringing products into the stream of commerce with the purpose, intent and knowledge that they will be used by consumers in California and this District. The Defendants have thus availed themselves of the benefits and

1  privileges of conducting business in, and have purposefully directed their activities
2  toward, California and this District.
3      19.    The present action arises out of and relates to Defendants' forum
4  contacts, and the exercise of personal jurisdiction over Defendants would not
5  offend traditional notions of fair play and substantial justice.
6      20.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and
7  1400(a).  The Defendants have committed acts of infringement in this District and
8  are subject to personal jurisdiction in this District.

## THE PARTIES

9  

10      21.    Plaintiff Matt Furie is an artist residing in San Luis Obispo County,
11  California.  His art includes "children's book illustrations for adults," that blend
12  child-like characters and adult situations.  He is well known for, among other
13  things, his comic book series *Boy's Club* and his wordless children's book *The*
14  *Night Riders*.
15      22.    Defendant Infowars is a limited-liability company organized and
16  existing under the laws of Texas.  On information and belief, its principal place of
17  business is 100 Congress Avenue, Austin, TX 78701.
18      23.    Defendant Free Speech Systems is a limited-liability company
19  organized and existing under the laws of Texas.  On information and belief, its
20  principal place of business is 910 West Mary Street, Austin, TX 78704.
21      24.    On information and belief, at all times material to this complaint,
22  Defendants have owned and operated the websites infowars.com and
23  infowarsstore.com.

## FACTUAL ALLEGATIONS

**A.    Furie's Creation of Pepe the Frog**

26      25.    Matt Furie conceived of the character of Pepe the Frog in the early
27  2000s.
28

-5-

COMPLAINT FOR COPYRIGHT INFRINGEMENT
Case No. 18-cv-1830

26. Pepe is an anthropomorphic frog often depicted with large, rounded, red/brown lips, bulging eyes (often with multiple white stars in the pupil), puffy eyelids, and a human-shaped body, as shown below:



| Example Pepe the Frog Image |
|---|

27. The Pepe character was created as a "peaceful frog-dude" and a "blissfully stoned frog"—a kind and blissful cartoon character who lived with three animal roommates.

28. Furie first included Pepe in a publication called *Play Time* in 2003.

29. Then in 2005, Pepe appeared in the online cartoon *Boy's Club*. In that appearance, Pepe first uses his most famous catchphrase, "feels good man."

30. In 2006, *Boy's Club* 1 was released in print. Pepe appeared on the cover of *Boy's Club* 1, as well as in several comic panels in the book. Examples are reprinted here:

| Cover of *Boy's Club* 1 | Selected Images of Pepe from *Boy's Club* 1 |
|---|---|

31.  In addition, *Boy's Club* 1 included a profile of the Pepe character:

| **Profile of Pepe from *Boy's Club* 1** |
|---|
|  |

32.  In June 2008, through Buenaventura Press, Furie published *Boy's Club* 2, again featuring Pepe prominently on the cover, back jacket, and interior panels, examples of which are illustrated below:

| **Cover of *Boy's Club* 2** |
|---|
|   |

| **Selected Images of Pepe from *Boy's Club* 2** |
|:---:|
| (images of Pepe) |

33. *Boy's Club* 2 also included a copyright page, making clear that Furie owned the copyright in the work:

| **Copyright Page from *Boy's Club* 2** |
|:---:|
| "boy's club" copyright © 2008 by matt furie.<br>isbn: 978-0980003994<br>first printing: june 2008.<br>no part of this publication may be reproduced without the written consent of matt furie or the publisher, except for review purposes.<br>published by buenaventura press.<br>www.buenaventurapress.com<br>buenaventura press<br>p.o. box 23661<br>Oakland, CA 94623<br>printed in China.<br>thanks aiyana, jj, alvin b., jordan, tim goodyear, nasty neff + tamara. |

34. *Boy's Club* continued in publication through 2016.

35. From 2005 to 2016, Furie created other depictions of Pepe, including each of the following examples, which Furie drew:



36. Furie is the sole legal owner of the character and images of Pepe the Frog—an original, creative work in which Furie owns protectable copyright interests. Furie has registered a number of his copyrights with the U.S. Copyright Office and has other copyright applications pending. *See* Exs. C–J.

**B.  Licensing of Pepe**

37. Furie has expressly licensed his intellectual property rights in Pepe to certain licensees, including Bored Teenager, Hashtag Collectables, Yesterdays, and the creators of the What Do You Meme? card game. Licensed Pepe merchandise includes, for example, "Pepe the Frog - official stuffed doll," sold by Hashtag Collectables, illustrated below:

 

C. **Popularity of Pepe**

38. Over time, Pepe grew in popularity, and became a popular internet meme.

39. In August 2014, singer Katy Perry tweeted an image of Pepe, and in December 2014, rapper Nicki Minaj posted an image of Pepe to Instagram.

40. By May 2015, the website Buzzfeed had posted over 1,200 Pepe images. Likewise, in 2015, Pepe was the most retweeted meme on Twitter.

D. **Fringe "Alt Right," Neo-Nazis, and White Supremacists "Reclaim" Pepe**

41. On information and belief, in late 2015, in reaction to Pepe becoming mainstream, some users of the Internet imageboard 4chan began a campaign designed to "reclaim" Pepe, by mixing him with offensive material—for example, Nazi propaganda images. Throughout 2015 and during the 2016 U.S. Presidential campaign, the number of memes juxtaposing Pepe with racist, anti-Semitic, and other bigoted imagery and themes grew.

42. On or about October 13, 2015, an unauthorized image of Pepe dressed as Donald Trump and standing behind the Presidential seal appeared on Twitter:



43. On or about September 10, 2016, Donald Trump Jr. posted to Instagram an image that was a modified version of the movie poster for the film "The Expendables," labeled "The Deplorables," and featured Pepe standing behind Trump and alongside other supporters of Trump's presidential campaign:



44. Shortly after "The Deplorables" image was posted, news outlets began referring to Pepe as a "white nationalist symbol," and Hillary Clinton's campaign website posted an "explainer" stating that Pepe has been coopted by the alt-right and other white supremacists as a symbol associated with anti-Semitism and white supremacy.

45. On September 27, 2016, the Anti-Defamation League added Pepe the Frog to their database of General Hate Symbols.

46. The association of Pepe with symbols of hate and with the alt-right movement has been a nightmare for Furie.

E. **Furie's Efforts to Disassociate Pepe from Hateful Causes**

47. Furie was dismayed by Pepe's association with white supremacy, anti-Semitism, and the alt-right. In October 2016, Furie partnered with the Anti-Defamation League to launch the #SavePepe campaign, to "reclaim" Pepe as a symbol for peace, love, and acceptance.

48. On May 6, 2017, disappointed with the continued unauthorized use of Pepe in connection with hateful imagery and themes, Furie posted an online comic in which Pepe has died and is shown at his funeral. At that time, Furie hoped that use of the Pepe character in connection with hateful speech would diminish and eventually cease.

F. **Defendants Infowars and Free Speech Systems**

49. On information and belief, both Defendant companies were founded in 2007 and are managed by Alex Jones. Jones, host of Defendants' *The Alex Jones Show*, has been described as "America's leading conspiracy theorist,"[1] a member of "an anti-government far right that blames the world's ills on a grand global conspiracy."[2]

50. *The Alex Jones Show* is syndicated to over 100 radio stations nationwide, and is simulcasted via YouTube and Defendants' website, infowars.com. Jones has claimed that he has 5 million daily radio listeners and has topped 80 million video views in a month.[3]

51. Defendants' website infowars.com publishes what various sources have deemed "fake news."[4] It also posts episodes of Defendants' radio programs and sells products through its online store. The site attracted 10 million unique

---

[1] "An Interview With Alex Jones, America's Leading (and Proudest) Conspiracy Theorist," http://nymag.com/daily/intelligencer/2013/11/alex-jones-americas-top-conspiracy-theorist.html
[2] "Alex Jones, Pizzagate booster and America's most famous conspiracy theorist, explained," https://www.vox.com/policy-and-politics/2016/10/28/13424848/alex-jones-infowars-prisonplanet
[3] "How Alex Jones, conspiracy theorist extraordinaire, got Donald Trump's ear," https://www.washingtonpost.com/lifestyle/style/how-alex-jones-conspiracy-theorist-extraordinaire-got-donald-trumps-ear/2016/11/17/583dc190-ab3e-11e6-8b45-f8e493f06fcd_story.html?utm_term=.66c2c7098827
[4] "Want to keep fake news out of your newsfeed? College professor creates list of sites to avoid," http://www.latimes.com/nation/politics/trailguide/la-na-trailguide-updates-want-to-keep-fake-news-out-of-your-1479260297-htmlstory.html; "Don't get fooled by these fake news sites," https://www.cbsnews.com/pictures/dont-get-fooled-by-these-fake-news-sites/4/.

visitors in one month in 2016, more than mainstream sites such as the Economist and Newsweek,[5] and had 476 million views in all of 2016.[6]

52. Defendants' online store sells, among other things, dietary supplements, toiletries, apparel, media, and "preparedness" items—such as "emergency survival foods," "outdoor survival gear," gun holsters, water filters, and face masks. One recent estimate placed Defendants' revenue from online sales at upwards of $15 million over a two-year period.[7]

53. On information and belief, Defendants' online store is the primary source of funding for Defendants' online and radio content. At the top of the store webpage, infowarsstore.com, a message from Alex Jones reads: "Thank you for supporting the infowar!"

54. Defendants' products are heavily advertised on their radio programming, with one source calling Jones' radio show "a nationwide, daily, four-hour infomercial for" Defendants' merchandise.[8]

### G. Defendants' Infringing Activities

55. Among the items offered for sale on Defendants' website is the infringing poster, prominently featuring a copy of Pepe. In the image, Pepe appears alongside Jones, President Donald Trump, conservative political commentator Matt Drudge, strategist Roger Stone, and other individuals associated with the Trump 2016 campaign. On information and belief, two of those remaining individuals are Paul Joseph Watson, editor-at-large of infowars.com,

---

[5] "Alex Jones, Pizzagate booster and America's most famous conspiracy theorist, explained," https://www.vox.com/policy-and-politics/2016/10/28/13424848/alex-jones-infowars-prisonplanet

[6] "How Does Alex Jones Make Money?," http://nymag.com/selectall/2017/05/how-does-alex-jones-make-money.html

[7] *Id.*

[8] *Id.*

-13-

and Milo Yiannopoulos, former editor of Breitbart News—both of whom have been associated with alt-right and nativist or white nationalist viewpoints.[9]

56. The poster is offered for $17.76, and the product description on Defendants' website explains that purchases of the poster will "[h]elp support Infowars in the fight for free speech."

57. Multiple reviewers enthusiastically noted Pepe's presence in the photo:

★★★★★ 5  **Beautifully colored poster! Love Pepe the frog in it!**

This is by far the best poster on my wall and I have like 15. It makes a huge statement and really stands out. Everyone who comes in is immediately attracted to it lol. Already had one friend triggered! But overall beautiful art love pepe in it he makes the whole thing.

More Details ∨

Submitted 9 months ago
By Elijah47
From Las Vegas
✓ Verified Reviewer

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?  👍 2   👎 0   Flag this review

★★★★★ 5  **Make America Great Again!**

All the people fighting for your freedom are on this poster. Everyone who helped Trump become President are on this poster, that includes Pepe! But, where's Michael Savage? I know, he's your competitor (hehe). As soon as I got this poster, I went out and got a frame and hung this up in my gaming room. It's an excellent addition, and right next to my MAGA hat. I also got inspired to buy an American flag too.

More Details ∨

Submitted 9 months ago
By Louise T.
From 410
✓ Verified Reviewer

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?  👍 4   👎 0   Flag this review

---

[9] "Here's How Breitbart And Milo Smuggled Nazi and White Nationalist Ideas Into The Mainstream," https://www.buzzfeed.com/josephbernstein/heres-how-breitbart-and-milo-smuggled-white-nationalism?utm_term=.lcYOxgzyr#.lfxGJ9rDW; "For the New Far Right, YouTube has Become the New Talk Radio," https://www.nytimes.com/2017/08/03/magazine/for-the-new-far-right-youtube-has-become-the-new-talk-radio.html; "Alt-right editor challenges journalists to visit Sweden," http://www.bbc.com/news/world-europe-39033165

# COUNT ONE
## Copyright Infringement

58. Plaintiff repeats and re-alleges the allegations of paragraphs 1–57 above as if fully set forth herein.

59. Plaintiff Matt Furie is the sole and exclusive owner of the copyright of the image and character of Pepe the Frog. A number of Furie's works are registered with the Copyright Office; applications for additional registrations are pending. Attached hereto as Exhibits C–J are true and correct copies of the registrations and applications, with evidence that Furie has paid the required fees and made the required deposit, as follows:

| Exhibit | Title of Work | Date of Completion | Registration Number | Application Number (if pending) |
|---|---|---|---|---|
| C | *Play Time* | 2003 | VA0002073601 | |
| D | *Boy's Club* 1 | 2006 | VA0002073597 | |
| E | *Boy's Club* 1 Zine | 2006 | VA0002073600 | |
| F | *Boy's Club* 2 | 2008 | VA0002073603 | |
| G | *Boy's Club* 3 | 2009 | VA0002073598 | |
| H | *Boy's Club* 4 | 2010 | | 1-5772648437 |
| I | *Boy's Club* Collective Edition | 2016 | | 1-5772648492 |
| J | Pepe in Blue Shirt | 2016 | VA0002074461 | |

60. As the owner of the copyrighted Pepe the Frog character and image, Plaintiff owns the exclusive rights, among others, to copy the original work, to prepare derivative works based on the original, and to distribute copies of the work by sale or other transfer of ownership, or by rental, lease, or lending.

61. Defendant has used Pepe the Frog, created derivative works based on the original, and sold such works without Plaintiff's authorization.

62.     Defendant's acts constitute infringement of Plaintiff's copyrighted work in violation of the Copyright Act, 17 U.S.C. § 101 *et seq*.

## DAMAGES

63.     Plaintiff is entitled to recover from Defendant his actual damages and/or Defendants' unlawful profits, or, at his election, statutory damages as provided by 17 U.S.C. § 504(c).

## INJUNCTION

64.     Defendant's conduct has caused Plaintiff irreparable harm.  Unless restrained and enjoined, Defendant will continue to commit acts of infringement, and cause Plaintiff to suffer substantial injuries, loss, and irreparable damage to his proprietary and exclusive rights to his copyright.  Plaintiff's remedy at law is inadequate to fully compensate him for these inflicted and threatened injuries.

65.     Plaintiff is entitled to a permanent injunction, as provided for in 17 U.S.C. § 502, enjoining Defendant and all others acting in concert with him from engaging in further acts of infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the following relief be granted:

a. Award Plaintiff his actual damages for Defendant's infringement, or other damages on all Counts, in an amount to be determined at trial;

b. Grant a permanent injunction enjoining Defendant and anyone acting in concert with Defendant from copying or distributing any unauthorized copy of, or derivative work based on, Pepe the Frog;

c. Grant to Plaintiff any and all such other relief as the Court deems just and proper, including all applicable costs and attorneys' fees.

///

# DEMAND FOR JURY TRIAL

In accordance with Fed. R. Civ. P. 38(b) and Local Rule 38–1, Plaintiff demands a trial by jury on all issues so triable.

Dated:  March 5, 2018      WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Rebecca Girolamo*
    Rebecca Girolamo (SBN 293422)

*Attorneys for Plaintiff*
MATT FURIE