# EXHIBIT A



(/JW1D/index.php/component/banners/click/254)

(https://www.facebook.com/GCNLivecom-893017364080067/) (https://twitter.com/GCNLiveRadio)
(https://diasp.org/u/gcnlive) (https://delicious.com/gcnlive)
(http://www.cross.tv/profile/640343?go=about) (http://gcnlive.com/forum)

## AM & FM Affiliates For The Alex Jones Show

Listed Show Times Are In Central Time (CST)

The Alex Jones Show (117)   Airs: Mon-Fri: 11:00am-3:00pm   Sun: 4:00pm-6:00pm

| Call Letters | Frequency | City | State | Market | Watts | Live or Delay | Time | Day(block) |
|---|---|---|---|---|---|---|---|---|
| KFAR | 660 AM | Fairbanks | AK | | 10000 | Delay | 3:00AM-6:00AM | Mon - Fri |
| KSRM | 920 AM | Soldotna-Kenai-Sterling | AK | | 5000 | Delay | 1:00AM-3:00AM | Mon - Fri |
| WHBB | 1490 AM | Selma | AL | | 1000 | Live | 11:00AM-2:00PM | Mon - Fri |
| W293BK | 106.5 FM | Tallassee | AL | 0 | 250 | Delay | SUN 12:00AM-3:00PM | Mon - Fri |
| WTLS | 1300 AM | Tallassee-Tuskegee-Montgomery | AL | 156 | 1200 | Delay | SUN 12:00AM-3:00PM | Mon - Fri |
| KFFK | 1390 FM | Fayetteville | AR | 123 | 5000 | Delay | 5:00PM-8:00PM | Mon - Fri |
| KQEW | 102.3 FM | Fordyce | AR | | 25000 | Delay | SAT 12:00AM-3:00AM | Mon - Fri |
| KBJT | 1590 AM | Fordyce | AR | | 4700 | Live | 11:00AM-12:00PM | Mon - Fri |

**Exhibit A**
**1**

| Call Letters | Frequency | City | State | Market | Watts | Live or Delay | Time | Day(block) |
|---|---|---|---|---|---|---|---|---|
| K255DI | 98.9 FM | Fordyce | AR | | 250 | Live | 11:00AM-12:00PM | Mon - Fri |
| KQEW | 102.3 FM | Fordyce | AR | | 25000 | Live | 4:00PM-6:00PM | Sun |
| KASR | 92.7 FM | Little Rock-Conway-Vilonia | AR | 86 | 25000 | Delay | 1:00PM-4:00PM | Mon - Fri |
| KJMT | 97.1 FM | Mountain Home | AR | | 5200 | Delay | 2:00AM-5:00AM | Mon - Fri |
| KJMT | 97.1 FM | Mountain Home | AR | | 5200 | Delay | SAT 2:00AM-5:00AM | Mon - Fri |
| Radio Indochine | 92.75 FM | Thailand | ASIA | | 1000 | Delay | 11:00PM-2:00AM | Mon - Fri |
| KTOX | 1340 AM | Needles-Fort Mohave | AZ | | 1000 | Live | 11:00AM-2:00PM | Mon - Fri |
| KFNX | 1100 AM | Phoenix-Mesa-Cave Creek | AZ | 14 | 50000 | Delay | 2:00AM-4:00AM | Mon - Fri |
| KFNX | 1100 AM | Phoenix-Mesa-Cave Creek | AZ | 14 | 50000 | Delay | 2:00AM-4:00AM | Sat |
| KNKI | 106.7 FM | Pine Top | AZ | | 61420 | Delay | 9:00PM-11:00PM Hours 1&2 | Mon - Fri |
| KAHI | 950 AM | Auburn-Yuba City-Sacramento | CA | 27 | 5000 | Delay | 12:00AM-1:00AM | Mon - Fri |
| KEIB | 1150 AM | Los Angeles | CA | 2 | 50000 | Delay | 12:00AM-3:00AM | Mon - Fri |
| KRCK HD2 | 97.7 FM | Mecca-Palm Desert | CA | | 2000 | Delay | 5:00AM-8:00AM | Mon - Fri |
| KRCK HD2 | 97.7 FM | Mecca-Palm Desert | CA | | 2000 | Delay | SUN 5:00AM-8:00AM | Mon - Fri |

Exhibit A
2

| Call Letters | Frequency | City | State | Market | Watts | Live or Delay | Time | Day(block) |
|---|---|---|---|---|---|---|---|---|
| KOMY | 1340 AM | Monterey-Salinas-Santa Cruz | CA | 85 | 1000 | Live | 11:00AM-2:00PM | Mon - Fri |
| K281CR | 104.1 FM | Needles | CA | | 250 | Live | 11:00AM-2:00PM | Mon - Fri |
| K251BX | 98.1FM | Palm Desert | CA | | 50 | Delay | 5:00AM-8:00AM | Mon - Fri |
| K251BX | 98.1FM | Palm Desert | CA | | 50 | Delay | SUN 5:00AM-8:00AM | Mon - Fri |
| KSCO | 1080 AM | San Jose-Monterey-Salinas-Santa Cruz | CA | 37 | 10000 | Delay | 9:00PM-12:00AM | Mon - Fri |
| KIXW | 960 AM | Victorville-Hesperia-Barstow-Riverside-San Be | CA | 25 | 5000 | Delay | 8:00PM-12:00AM | Mon - Fri |
| KIXW | 960 AM | Victorville-Hesperia-Barstow-Riverside-San Be | CA | 25 | 5000 | Delay | 6:00PM-10:00PM | Sun |
| KHNC | 1360 AM | Ft. Collins-Greeley-Loveland-Longmont | CO | 108 | 10000 | Live | 12:00PM-1:00PM | Mon - Fri |
| KHNC | 1360 AM | Ft. Collins-Greeley-Loveland-Longmont | CO | 108 | 10000 | Delay | 8:00PM-9:00PM | Mon - Fri |
| KHNC | 1360 AM | Ft. Collins-Greeley-Loveland-Longmont | CO | 108 | 10000 | Delay | 2:00AM-3:00AM | Mon - Fri |
| W234BI | 94.7 FM | Cocoa | FL | 104 | 125 | Live | 4:00PM-6:00PM | Sun |
| W260CL | 99.9 FM | Cocoa | FL | 102 | 250 | Live | 4:00PM-6:00PM | Sun |
| W232CF | 94.3 FM | Fort Walton Beach | FL | 183 | 170 | Delay | 11:00PM-1:00AM | Mon - Fri |
| WFDM | 1400 AM | Ft. Walton Beach-Destin | FL | 183 | 1000 | Delay | 11:00PM-1:00AM | Mon - Fri |

Exhibit A
3

| Call Letters | Frequency | City | State | Market | Watts | Live or Delay | Time | Day(block) |
|---|---|---|---|---|---|---|---|---|
| WFDM | 1400 AM | Ft. Walton Beach-Destin | FL | 183 | 1000 | Delay | 11:00PM-1:00AM | Sat |
| WBOB | 600 AM | Jacksonville | FL | 46 | 50000 | Live | 4:00PM-6:00PM | Sun |
| W264AS | 100.7 FM | Melbourne | FL | 102 | 250 | Live | 4:00PM-6:00PM | Sun |
| WWBC | 1510 AM | Melbourne-Titusville-Cocoa | FL | 102 | 50000 | Live | 4:00PM-6:00PM | Sun |
| WYOO | 101.1 FM | Panama City | FL | 224 | 12000 | Delay | SAT 6:00PM-9:00PM | Mon - Fri |
| WYOO | 101.1 FM | Panama City | FL | 224 | 12000 | Delay | 7:00PM-9:00PM | Mon - Fri |
| WPNN | 790 AM | Pensacola | FL | 125 | 1000 | Delay | SUN 7:00PM-10:00PM | Mon - Fri |
| WPNN | 790 AM | Pensacola | FL | 125 | 1000 | Delay | SAT 7:00PM-10:00PM | Mon - Fri |
| WPNN | 790 AM | Pensacola | FL | 125 | 1000 | Delay | 9:00PM-12:00AM | Mon - Fri |
| WVFT | 93.3 FM | Tallahassee-Gretna-Midway | FL | 162 | 8700 | Live | 11:00AM-2:00PM | Mon - Fri |
| WVFT | 93.3 FM | Tallahassee-Gretna-Midway | FL | 162 | 8700 | Delay | 11:00PM-12:00AM | Mon - Fri |
| WVFT | 93.3 FM | Tallahassee-Gretna-Midway | FL | 162 | 8700 | Delay | 10:00PM-12:00AM | Sun |
| WGKA | 920 AM | Atlanta | GA | 8 | 14000 | Live | 4:00PM-6:00PM | Sun |
| W248AH | 97.5 FM | Brunswick | GA | | 120 | Delay | 6:00PM-10:00PM | Mon - Fri |

Exhibit A
4

| Call Letters | Frequency | City | State | Market | Watts | Live or Delay | Time | Day(block) |
|---|---|---|---|---|---|---|---|---|
| W248AH | 97.5 FM | Brunswick | GA | | 120 | Live | 4:00PM-6:00PM | Sun |
| WCGA | 1100 AM | Woodbine | GA | | 10000 | Delay | 6:00PM-10:00PM | Mon - Fri |
| WCGA | 1100 AM | Woodbine | GA | | 10000 | Live | 4:00PM-6:00PM | Sun |
| KGUM | 567 AM | Hagatna-Agana | GU | | 10000 | Live | MON-THUR 11:00AM-2:00PM | Mon - Fri |
| KBAR | 1230 AM | Burley-Twin Falls-Rupert | ID | 248 | 1000 | Delay | 8:00PM-11:00PM | Mon - Fri |
| WRPW | 92.9 FM | Bloomington-Colfax | IL | | 6000 | Delay | SAT 11:00PM-2:00AM | Mon - Fri |
| WRPW | 92.9 FM | Bloomington-Colfax | IL | | 6000 | Delay | 11:00PM-2:00AM | Mon - Fri |
| WRPW | 92.9 FM | Bloomington-Colfax | IL | | 6000 | Delay | SUN 11:00PM-2:00AM | Mon - Fri |
| WCKG | 1530 AM | Elmhurst-Chicago | IL | 3 | 760 | Delay | 10:00PM-1:00AM | Mon - Fri |
| WCGO | 1590 AM | Evanston-Chicago | IL | 3 | 10000 | Live | 4:00PM-6:00PM | Sun |
| WTRH | 93.3 FM | Ramsey | IL | | 3000 | Delay | TUE-FRI 1:00AM-4:00AM | Mon - Fri |
| WTRH | 93.3 FM | Ramsey | IL | | 3000 | Delay | SAT 1:00AM-4:00AM | Mon - Fri |
| W287BY | 105.3 FM | Rockford | IL | 160 | 135 | Live | 11:00AM-3:00PM | Mon - Fri |

Exhibit A
5

| Call Letters | Frequency | City | State | Market | Watts | Live or Delay | Time | Day(block) |
|---|---|---|---|---|---|---|---|---|
| WLUV | 1520 AM | Rockford | IL | 160 | 500 | Live | 11:00AM-3:00PM | Mon - Fri |
| KIUL | 1240 AM | Garden City | KS | | 1000 | Live | 4:00PM-6:00PM | Sun |
| K233CF | 94.5 FM | Salina-Abilene | KS | 196 | 250 | Live | 11:00AM-2:00PM | Mon - Fri |
| KINA | 910 AM | Salina-Hays | KS | 205 | 500 | Live | 11:00AM-2:00PM | Mon - Fri |
| KYUL | 1310 AM | Scott City | KS | | 500 | Live | 4:00PM-6:00PM | Sun |
| KQAM | 1480 AM | Witchita | KS | 100 | 5000 | Delay | 5:00PM-7:00PM | Sun |
| W238CN | 95.5 FM | Lancaster | KY | 0 | 250 | Live | 11:00AM-3:00PM | Mon - Fri |
| W238CN | 95.5 FM | Lancaster | KY | 0 | 250 | Live | 4:00PM-6:00PM | Sun |
| WZXI | 1280 AM | Lexington-Fayette-Lancaster | KY | 103 | 1000 | Live | 11:00AM-3:00PM | Mon - Fri |
| WZXI | 1280 AM | Lexington-Fayette-Lancaster | KY | 103 | 1000 | Live | 4:00PM-6:00PM | Sun |
| W256CF | 99.1 FM | Owensboro | KY | | 185 | Delay | 6:00PM-8:00PM | Sun |
| WOMI | 1490 AM | Owensboro | KY | | 830 | Delay | 6:00PM-8:00PM | Sun |
| KMBS | 1310 AM | Monroe | LA | 240 | 5000 | Delay | 2:00PM-5:00PM | Mon - Fri |
| WGSO | 990 AM | New Orleans | LA | 49 | 1000 | Delay | SAT 4:00PM-6:00PM | Mon - Fri |
| WGSO | 990 AM | New Orleans | LA | 49 | 1000 | Delay | 7:00PM-9:00PM | Sun |

**Exhibit A**

6

| Call Letters | Frequency | City | State | Market | Watts | Live or Delay | Time | Day(block) |
|---|---|---|---|---|---|---|---|---|
| WSLA | 1560 AM | Slidell-New Orleans | LA | 49 | 1000 | Live | 11:00AM-2:00PM | Mon - Fri |
| WTHU | 1450 AM | Thurmont | MD | | 500 | Delay | 4:00PM-5:00PM Hour 1 | Mon - Fri |
| WXME | 780 AM | Monticello | ME | | 5000 | Live | 11:00AM-2:00PM | Mon - Fri |
| W263BZ | 100.5 FM | Portland | ME | 96 | 250 | Delay | SUN 12:00PM-3:00PM | Mon - Fri |
| WLOB | 1310 AM | Portland | ME | 96 | 5000 | Delay | SUN 12:00PM-3:00PM | Mon - Fri |
| WAAM | 1600 AM | Ann Arbor | MI | 150 | 5000 | Delay | 10:00PM-12:00AM | Mon - Fri |
| KTLK | 1130 AM | Minneapolis | MN | 15 | 50000 | Delay | 7:00PM-9:00PM | Sat |
| KLID | 1340 AM | Poplar Bluff | MO | | 1000 | Live | 11:00AM-3:00PM | Mon - Fri |
| KLID | 1340 AM | Poplar Bluff | MO | | 1000 | Live | 4:00PM-6:00PM | Sun |
| WNIX | 1330 AM | Greenville | MS | | 1000 | Delay | SUN 12:00PM-3:00PM | Mon - Fri |
| W266BY | 101.1 FM | Greenville | MS | | 250 | Delay | SUN 12:00PM-3:00PM | Mon - Fri |
| WMOX | 1010 AM | Meridian | MS | | 10000 | Live | 4:00PM-6:00PM | Sun |
| KMMS | 1450 AM | Bozeman | MT | | 1000 | Delay | SAT 6:00PM-9:00PM | Mon - Fri |

Exhibit A
7

| Call Letters | Frequency | City | State | Market | Watts | Live or Delay | Time | Day(block) |
|---|---|---|---|---|---|---|---|---|
| KMMS | 1450 AM | Bozeman | MT | | 1000 | Delay | SUN 2:00PM-6:00PM | Mon - Fri |
| KPRK | 1340 AM | Livingston-Bozeman | MT | | 1000 | Delay | SAT 6:00PM-9:00PM | Mon - Fri |
| KPRK | 1340 AM | Livingston-Bozeman | MT | | 1000 | Delay | SUN 2:00PM-6:00PM | Mon - Fri |
| KMPT | 930 AM | Missoula | MT | | 5000 | Live | 11:00AM-2:00PM | Mon - Fri |
| KMPT | 930 AM | Missoula | MT | | 5000 | Live | 4:00PM-6:00PM | Sun |
| WZFG | 1100 AM | Fargo-Moorhead-Dilworth | ND | 197 | 50000 | Delay | 11:00PM-2:00AM | Mon - Fri |
| WZFG | 1100 AM | Fargo-Moorhead-Dilworth | ND | 197 | 50000 | Live | 4:00PM-6:00PM | Sun |
| KTGO | 1090 AM | Tioga | ND | | 1000 | Delay | 11:00PM-2:00AM | Mon - Fri |
| KTGO | 1090 AM | Tioga | ND | | 1000 | Live | 4:00PM-6:00PM | Sun |
| WEZS | 1350 AM | Laconia | NH | | 5000 | Live | 4:00PM-6:00PM | Sun |
| WSMN | 1590 AM | Nashua | NH | 198 | 5000 | Live | 11:00AM-3:00PM | Mon - Fri |
| W281BH | 104.1 FM | Absecon | NJ | | 250 | Delay | 9:00PM-11:00PM | Sun |
| WPGG | 1450 AM | Atlantic City-Cape May | NJ | 154 | 1000 | Delay | 9:00PM-11:00PM | Sun |
| KBET | 790 AM | Las Vegas-Henderson | NV | 30 | 1000 | Delay | 5:00AM-8:00AM | Mon - Fri |

**Exhibit A**
8

| Call Letters | Frequency | City | State | Market | Watts | Live or Delay | Time | Day(block) |
|---|---|---|---|---|---|---|---|---|
| WVNJ | 1160 AM | New York City | NY | 1 | 20000 | Live | 11:00AM-12:00PM | Mon - Fri |
| WVNJ | 1160 AM | New York City | NY | 1 | 20000 | Delay | 5:00PM-8:00PM | Mon - Fri |
| WVNJ | 1160 AM | New York City | NY | 1 | 20000 | Delay | 7:00PM-8:00PM | Sun |
| WTNY | 790 AM | Watertown | NY | 262 | 1000 | Delay | 6:00PM-9:00PM | Mon - Fri |
| KBEL | 1240 AM | Idabel | OK | | 1000 | Delay | 2:00PM-5:00PM | Mon - Fri |
| KZLS | 1640 AM | Oaklahoma City | OK | 50 | 10000 | Live | 11:00AM-2:00PM | Mon - Fri |
| KBKR | 1490 AM | Baker City | OR | | 1000 | Delay | 10:00PM-12:00AM | Sun |
| KPNW | 1120 AM | Eugene-Springfield | OR | 147 | 50000 | Live | 11:00AM-2:00PM | Mon - Fri |
| KLBM | 1450 AM | La Grande | OR | | 1000 | Delay | 10:00PM-12:00AM | Sun |
| KCMX | 880 AM | Medford-Ashland-Phoenix | OR | 207 | 1000 | Live | 11:00AM-2:00PM | Mon - Fri |
| KPJC | 1220 AM | Salem | OR | | 1000 | Delay | SUN 10:00PM-11:00PM | Mon - Fri |
| KPJC | 1220 AM | Salem | OR | | 1000 | Live | 11:00AM-2:00PM | Mon - Fri |
| KPJC | 1220 AM | Salem | OR | | 1000 | Delay | 8:00PM-10:00PM | Sun |
| WJET | 1400 AM | Erie | PA | 178 | 1000 | Delay | 9:00PM-10:00PM | Mon - Fri |
| W244CU | 96.7 FM | Warren | PA | | 250 | Live | 4:00PM-6:00PM | Sun |

Exhibit A
9

| Call Letters | Frequency | City | State | Market | Watts | Live or Delay | Time | Day(block) |
|---|---|---|---|---|---|---|---|---|
| WNAE | 1310 AM | Warren-Youngsville-Scandia | PA | | 5000 | Live | 4:00PM-6:00PM | Sun |
| WAIM | 1230 AM | Anderson | SC | | 1000 | Live | 4:00PM-6:00PM | Sun |
| WBCR | 1470 AM | Alcoa-Knoxville | TN | 72 | 956 | Delay | 3:00AM-7:00AM | Mon - Fri |
| WBCR | 1470 AM | Alcoa-Knoxville | TN | 72 | 956 | Live | 11:00AM-2:00PM | Mon - Fri |
| WBCR | 1470 AM | Alcoa-Knoxville | TN | 72 | 956 | Live | 4:00PM-6:00PM | Sun |
| WPLZ HD4 | 95.3 FM | Chattanooga-Soddy Daisy-Ooltewah | TN | 88 | 25000 | Delay | 6:00PM-9:00PM | Mon - Fri |
| WTNW | 820 AM | Jasper-Chattanooga | TN | 88 | 1000 | Delay | 2:00PM-5:00PM | Mon - Fri |
| WTNW | 820 AM | Jasper-Chattanooga | TN | 88 | 1000 | Delay | 5:00PM-7:00PM | Sun |
| W222BA | 92.3 FM | Karns | TN | | 170 | Delay | 6:00PM-8:00PM | Mon - Fri |
| WETR | 760 AM | Knoxville | TN | 72 | 2400 | Delay | 1:00AM-5:00AM | Mon - Fri |
| WMQM | 1600 AM | Memphis-Collierville-Southaven | TN | 51 | 50000 | Live | 12:00PM-2:00PM | Mon - Fri |
| W224AZ | 92.7 FM | Soddy Daisy-Chattanooga | TN | 88 | 250 | Delay | 6:00PM-9:00PM | Mon - Fri |
| KIXZ | 940 AM | Amarillo | TX | 170 | 5000 | Delay | 11:00PM-2:00AM | Mon - Fri |
| KIXZ | 940 AM | Amarillo | TX | 170 | 5000 | Delay | 6:00PM-8:00PM | Sun |
| KQTY | 1490 AM | Borger | TX | | 6000 | Live | 4:00PM-6:00PM | Sun |

Exhibit A
10

| Call Letters | Frequency | City | State | Market | Watts | Live or Delay | Time | Day(block) |
|---|---|---|---|---|---|---|---|---|
| KEYS | 1440 AM | Corpus Christi-Kingsville-Rockport | TX | 111 | 1000 | Delay | 10:00PM-12:00AM | Mon - Fri |
| KEYS | 1440 AM | Corpus Christi-Kingsville-Rockport | TX | 111 | 1000 | Delay | 7:00PM-9:00PM | Sun |
| KRFE | 580 AM | Lubbock | TX | 168 | 500 | Live | 12:00PM-2:00PM | Mon - Fri |
| KRFE | 580 AM | Lubbock | TX | 168 | 500 | Live | 4:00PM-6:00PM | Sun |
| KTFS | 740 AM | Texarkana | TX | 242 | 1000 | Delay | 2:00AM-5:00AM | Mon - Fri |
| K253BO | 98.5 FM | Texarkana | TX |  | 170 | Delay | 2:00AM-5:00AM | Mon - Fri |
| KYAH | 540 AM | Delta-Hinckley | UT |  | 1000 | Delay | 3:00AM-7:00AM | Mon - Fri |
| KYAH | 540 AM | Delta-Hinckley | UT |  | 1000 | Live | 11:00AM-3:00PM | Mon - Fri |
| KYAH | 540 AM | Delta-Hinckley | UT |  | 1000 | Live | 4:00PM-6:00PM | Sun |
| KTKK | 630 AM | Salt Lake City | UT | 29 | 1000 | Live | 1:00PM-3:00PM | Mon - Fri |
| KTKK | 630 AM | Salt Lake City | UT | 29 | 1000 | Delay | 4:00AM-6:00AM | Mon - Fri |
| WKGM | 940 AM | Norfolk-Virginia Beach-Newport News-Chesapeak | VA | 45 | 10000 | Live | 11:00AM-2:00PM | Mon - Fri |
| WNTW | 820 AM | Richmond | VA | 53 | 10000 | Live | 11:00AM-12:00PM | Mon - Fri |
| WNTW | 820 AM | Richmond | VA | 53 | 10000 | Live | 4:00PM-6:00PM | Mon - Fri |
| W249CI | 97.7 FM | Richmond-Bellwood | VA | 55 | 240 | Live | 11:00AM-12:00PM | Mon - Fri |

**Exhibit A 11**

| Call Letters | Frequency | City | State | Market | Watts | Live or Delay | Time | Day(block) |
|---|---|---|---|---|---|---|---|---|
| W249CI | 97.7 FM | Richmond-Bellwood | VA | 55 | 240 | Live | 4:00PM-6:00PM | Sun |
| KXLE | 1240 AM | Ellensburg-Kittitas-Renslow | WA | | 1000 | Live | 2:00PM-6:00PM | Sun |
| WELD | 690 AM | Fisher | WV | | 3000 | Live | 11:00AM-2:00PM | Mon - Fri |
| WELD | 690 AM | Fisher | WV | | 3000 | Live | 4:00PM-6;00PM | Sun |

©2013 Genesis Communications Network    Terms of Use/Copyright Notice (/JW1D/index.php/terms-of-use-copyright-notice)

Exhibit A
12