# EXHIBIT B2

**30-80% OFF SITE WIDE OPERATION PAUL REVERE 2018 MEGA SPECIAL\*
+FREE US DOMESTIC SHIPPING** ×

# STORE

"Thank you for supporting the infowar!"

-  Menu
-  Search
-  Patriot Points 0
-  Account
-  Wishlist
-  Cart (0)

All          Search entire store here... 

**Infowars Life**
Health & WellnessShow Health & Wellness Submenu



View All Categories

Infowars Life
Emric's Essentials
Wellness
Coffee
Meal Management Bags
Survival Food
Water Filtration
Related Media
PreparednessShow Preparedness Submenu



View All Categories
Water Filtration
Emergency Survival Foods
Freeze Dryers
Seed Center
Radios
Outdoor Survival Gear
Survival Accessories
Privacy & Security
Nuclear & Biological
Related Media
MediaShow Media Submenu



View All Categories
Books
Videos
Media Specials
GearShow Gear Submenu





View All Categories
Made In 1776: Made In The USA
Outdoor Survival Gear
Personal Protective Gear
Apparel
Stickers & Decals
Flags
Accessories
Gear Specials
SpecialsShow Specials Submenu



View All Categories
Accessories Specials
Current Specials
Infowars Life Specials
Health & Wellness Specials
Preparedness Specials
Media Specials
Gear Specials
Clearance
Support UsShow Support Us Submenu



View All Categories
tv.infowars.com
Youngevity
Donations

Home > Gear > Accessories > MAGA Poster 16" x 24"

# MAGA Poster 16" x 24"

New limited edition MAGA poster by renowned artist and patriot Jon Allen exclusively available through Infowars

5

24 Reviews
Write a Review

 100%  of respondents would recommend this to a friend

Retail: $19.95    Now: $17.76   Savings: $2.19 ( 10.98% )

⊖ **LIMITED AVAILABILITY**
  **GET YOURS TODAY!**

Qty:  1        ADD TO CART

✦ Wishlist      🖶 Print





## DESCRIPTION

## ADDITIONAL INFO

Exhibit B2
35

# REVIEWS

## Review Snapshot by PowerReviews

| | | |
|---|---|---|
| **5** 24 Reviews | Write a Review | ✓ **100%** of respondents would recommend this to a friend |

### Ratings Distribution

| | |
|---|---|
| 5 Stars | 23 |
| 4 Stars | 1 |
| 3 Stars | 0 |
| 2 Stars | 0 |
| 1 Star | 0 |

### Pros

- 2  Glossy
- 1  Stunning
- 1  It's a poster you'll want framed
- 1  Quality
- 1  A Soothing Color of Red

### Cons

- 1  It has no frame.
- 1  Tricky frame size to find
- 1  Scratches All Over
- 1  Minor scratches on poster I got
- 1  None

**Best Uses**
- 1  Office
- 1  Use to jazz up your room or place of choosing
- 1  Framed
- 1  Coversation piece
- 1  Troll friends

**Was this a gift?**
- 22  No
- 1  Yes

## Reviewed by 24 customers

Sort by: Highest Rated

### 5  Very fine piece of art!

Definitely going into a frame with. The use of gloves. Shows thy patriotism.

More Details ∨

**Submitted** 10 months ago
**By** Dj
**From** Monroe, Washington

✓ Verified Reviewer

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?  👍 1   👎 0    Flag this review

### 5  Buy one

I don't regret buying this at all on an impulsive buying day.

**Submitted** 10 months ago


Exhibit B2
36



**More Details** ⌄

By Ll3
From San Antonio

● Verified Reviewer

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?   👍 0   👎 0   Flag this review

5  **Great Poster**

Got mine poster other day. Came fast.well done.have to get a frame. Also got the Ronald Reagan and President Donld Trump prints.those two are awesome too.

**Submitted** 10 months ago
**By** Rocky
**From** Toms River NJ

**More Details** ⌄

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?   👍 1   👎 0   Flag this review

5  **Beautiful Poster. Love Pepe the frog in it !**

Absolutely Love everything about the art from the color to all the individuals on it. Love Pepe the frog in it, everyone will immediately know this poster is from 2017.

**Submitted** 10 months ago
**By** Elijah Gutman
**From** Las Vegas, NV

**More Details** ⌄

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?   👍 0   👎 0   Flag this review

5  **Proud To Own**

Very proud to own this gorgeous piece of patriot artwork. Gonna frame it and hang it up in my office at work

**Submitted** 10 months ago
**By** Jace
**From** TX

● Verified Reviewer

**More Details** ⌄

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?   👍 1   👎 0   Flag this review


### Great quality, will frame this

To Spiceydame: the two ladies under Pepe are Diamond & Silk. This poster is pretty awesome, it's got a bunch of the MAGA characters captured in this great piece of art. I'm not a poster connoisseur, but I can say it's a higher quality print than any poster I've owned. It's going on my wall as soon as I get a frame for it!

**Submitted** 10 months ago
**By** Tim
**From** Lake Elsinore, CA

 Verified Reviewer

More Details ⌄

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?    👍 0    👎 0    Flag this review


### Beautiful Poster! I showed it to all my friends!

This poster is very beautiful and stunning. It is very appealing to the eyes. All the people are painted in a wonderful way.

**Submitted** 10 months ago
**By** Karl
**From** Columbus, OH

 Verified Reviewer

More Details ⌄

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?    👍 0    👎 0    Flag this review


### Amazing artwork

Great poster! Looks even better in person, could not wait to get it up on my wall. For those who don't know who the two women under Pepe are I believe they are silk and diamond . i know who they are from following the Right side broadcasting network (RSBN) youtube channel during the election

**Submitted** 10 months ago
**By** 822mike
**From** Dallas texas

More Details ⌄

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?    👍 0    👎 0    Flag this review

### 5  Amazing

Looks great. The artwork is simply awesome featuring a great cast from the MAGA movement.

**Submitted** 10 months ago
**By** Lasercod
**From** America

More Details ⌄

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?  👍 0   👎 0   Flag this review



5   **Full Details on PPL**

I know most, but who are the two people under Pepe and to the left? And the one to the left of Milo? I assume that is Kellyanne to his right, and PJW at the very top. Info should name them all.

**Submitted** 10 months ago
**By** Spiceydame
**From** Torrance, CA

✅ Verified Reviewer

More Details ⌄

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?  👍 3   👎 0   Flag this review

Displaying Reviews **11-20**   Back to Top                « Previous | Next »

# CUSTOMERS WHO BOUGHT THIS ALSO BOUGHT...



**How Trump Won: The...**

4.9   15 Reviews

~~Retail: $19.95~~   **Now: $4.95**



**The Making of The ...**

4.6   170 Reviews

~~Retail: $24.95~~   **Now: $17.47**
Exhibit B2
39

ADD TO CART

ADD TO CART

FAQ     Contact Us     Infowars.com     Terms & Conditions     Privacy Policy

Returns








**PHONE ORDERS**
1-888-253-3139
Mon-Fri, 8am to 6pm CST

**MAIL ORDERS**
Infowars
PO Box 19549, Austin, TX 78760



**FOLLOW US HERE**

 InfoWarsStore      @RealAlexJones      InfoWarsStore

\* **These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease. If you are pregnant, nursing, taking medication, or have a medical condition, consult your physician before using this product.**

Supplement & Food Product Disclaimer: Infowars thanks you for your support of the operation. As always, we offer what we have researched and believe to be the highest quality selection of products for you and your family that have been developed along with the advisory of top doctors and experts. It is important to do your own research and consult with a qualified healthcare provider or doctor to decide what is best for you. We also know that everyone's bodies are different, and it is essential to consult with a qualified health care professional before taking products offered on this website. The information on this website is not intended to replace a one-on-one relationship with a doctor or qualified health care professional and is not intended as medical advice. And by purchasing any item from this store, you agree to these terms and conditions as well as understand that by using these products you are agreeing to abide by this contract. Infowars Life is not held responsible for the irresponsible use of this product.

**Free Shipping Disclaimer**: Free shipping applies only to orders shipped to an address in the United States. Some exclusions or additional handling charges may apply.

\* We do not moderate the comments consumers make about our products outside of our third party partner Power Reviews, which screens them for authenticity and other factors. We appreciate the feedback and share some typical comments here.

Copyright © 2018 Alex Jones, Infowars Store. All rights reserved.