# EXHIBIT D

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay Leigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-073-597**

**Effective Date of Registration:**
September 01, 2017

---

## Title

**Title of Work:** Boy's Club 1

## Completion/Publication

**Year of Completion:** 2006
**Date of 1st Publication:** July 31, 2007
**Nation of 1st Publication:** United States

## Author

- **Author:** Matthew F. Furie
  **Author Created:** 2-D artwork, text
  **Citizen of:** United States
  **Year Born:** ██

## Copyright Claimant

**Copyright Claimant:** Matthew F. Furie
████████████████████████

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork

**New material included in claim:** 2-D artwork, text

## Rights and Permissions

**Organization Name:** Wilmer Cutler Pickering Hale and Dorr LLP
**Name:** Donald R. Steinberg, Esquire
**Email:** don.steinberg@wilmerhale.com
**Telephone:** (617)526-6453
**Address:** 60 State Street
Boston, MA 02109 United States

## Certification

**Name:** Donald R. Steinberg

Page 1 of 2

**Date**:   September 01, 2017
**Applicant's Tracking Number**:   2214.391.120

