# EXHIBIT E

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayra Leigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
## VA 2-073-600
**Effective Date of Registration:**
September 01, 2017

## Title

**Title of Work:**   Boy's Club 1 zine

## Completion/Publication

**Year of Completion:**   2006
**Date of 1st Publication:**   April 30, 2006
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Matthew F. Furie
**Author Created:**   2-D artwork, text
**Citizen of:**   United States
**Year Born:**   ▮

## Copyright Claimant

**Copyright Claimant:**   Matthew F. Furie
▮▮▮▮▮▮▮▮▮▮

## Limitation of copyright claim

**Material excluded from this claim:**   2-D artwork

**New material included in claim:**   2-D artwork, text

## Rights and Permissions

**Organization Name:**   Wilmer Cutler Pickering Hale and Dorr LLP
**Name:**   Donald R. Steinberg, Esquire
**Email:**   don.steinberg@wilmerhale.com
**Telephone:**   (617)526-6453
**Address:**   60 State Street
Boston, MA 02109 United States

## Certification

**Name:**   Donald R. Steinberg

**Date**:   September 01, 2017
**Applicant's Tracking Number**:   2214.391.120



**Exhibit E**
**57**