# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-073-603

**Effective Date of Registration:**
September 01, 2017

Acting United States Register of Copyrights and Director

## Title

| | |
|---|---|
| **Title of Work:** | Boy's Club 2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | June 30, 2008 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISBN 978-0980003994 |

## Author

| | |
|---|---|
| • **Author:** | Matthew F. Furie |
| **Author Created:** | 2-D artwork, text |
| **Citizen of:** | United States |
| **Year Born:** | ████ |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Matthew F. Furie |
| | ████████████████ |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | 2-D artwork |
| **New material included in claim:** | 2-D artwork, text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Wilmer Cutler Pickering Hale and Dorr LLP |
| **Name:** | Donald R. Steinberg, Esquire |
| **Email:** | don.steinberg@wilmerhale.com |
| **Telephone:** | (617)526-6453 |
| **Address:** | 60 State Street |
| | Boston, MA 02109 United States |

## Certification

**Exhibit F**
**58**

**Name:** Donald R. Steinberg
**Date:** September 01, 2017
**Applicant's Tracking Number:** 2214.391.120



**Exhibit F**
**59**