# EXHIBIT H

        **Registration #:**   *-APPLICATION-*
     **Service Request #:**   1-5772648437

## Mail Certificate

Wilmer Cutler Pickering Hale and Dorr LLP
Donald R. Steinberg, Esquire
60 State Street
Boston, MA 02109 United States

       **Priority:**   Routine       **Application Date:**   September 01, 2017

## Correspondent

    **Organization Name:**   Wilmer Cutler Pickering Hale and Dorr LLP
              **Name:**   Donald R. Steinberg, Esquire
                **Email:**   don.steinberg@wilmerhale.com
          **Telephone:**   (617)526-6453
                 **Fax:**   (617)526-5000
            **Address:**   60 State Street
                          Boston, MA 02109 United States

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Boy's Club 4

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** September 30, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-935443-09-4

## Author

- **Author:** Matthew F. Furie
  **Author Created:** 2-D artwork, Text
  **Citizen of:** United States
  **Year Born:** ■

## Copyright Claimant

**Copyright Claimant:** Matthew F. Furie
■

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork
**New material included in claim:** 2-D artwork, Text

## Rights and Permissions

**Organization Name:** Wilmer Cutler Pickering Hale and Dorr LLP
**Name:** Donald R. Steinberg, Esquire
**Email:** don.steinberg@wilmerhale.com
**Telephone:** (617)526-6453
**Address:** 60 State Street
Boston, MA 02109 United States

## Certification

Page 1 of 2

|  |  |
|--:|:--|
| **Name:** | Donald R. Steinberg |
| **Date:** | September 01, 2017 |
| **Applicant's Tracking Number:** | 2214.391.120 |