# EXHIBIT I

      **Registration #:**   *-APPLICATION-*
     **Service Request #:**   1-5772648492

## Mail Certificate

Wilmer Cutler Pickering Hale and Dorr LLP
Donald R. Steinberg, Esquire
60 State Street
Boston, MA 02109 United States

      **Priority:**   Routine     **Application Date:**   September 01, 2017

## Correspondent

     **Organization Name:**   Wilmer Cutler Pickering Hale and Dorr LLP
        **Name:**   Donald R. Steinberg, Esquire
        **Email:**   don.steinberg@wilmerhale.com
      **Telephone:**   (617)526-6453
         **Fax:**   (617)526-5000
       **Address:**   60 State Street
           Boston, MA 02109 United States

**Exhibit I**
65

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Boy's Club Collective Edition

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 30, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-60699-919-6

## Author

- **Author:** Matthew F. Furie
  **Author Created:** 2-D artwork, Text
  **Citizen of:** United States
  **Year Born:** ███

## Copyright Claimant

**Copyright Claimant:** Matthew F. Furie
███████████████████████

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork, Text
**New material included in claim:** 2-D artwork, Text

## Rights and Permissions

**Organization Name:** Wilmer Cutler Pickering Hale and Dorr LLP
**Name:** Donald R. Steinberg, Esquire
**Email:** don.steinberg@wilmerhale.com
**Telephone:** (617)526-6453
**Address:** 60 State Street
Boston, MA 02109 United States

## Certification

Page 1 of 2

Exhibit I
66

                **Name:** Donald R. Steinberg
                **Date:** September 01, 2017
**Applicant's Tracking Number:** 2214.391.120