# EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-074-461**

**Effective Date of Registration:**
September 01, 2017

## Title

    **Title of Work:** Pepe in Blue Shirt

## Completion/Publication

    **Year of Completion:** 2016
    **Date of 1st Publication:** December 20, 2016
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Matthew F. Furie
    **Author Created:** 2-D artwork
    **Citizen of:** United States
    **Year Born:** ■

## Copyright Claimant

    **Copyright Claimant:** Matthew F. Furie

## Rights and Permissions

    **Organization Name:** Wilmer Cutler Pickering Hale and Dorr LLP
    **Name:** Donald R. Steinberg, Esquire
    **Email:** don.steinberg@wilmerhale.com
    **Telephone:** (617)526-6453
    **Address:** 60 State Street
    Boston, MA 02109 United States

## Certification

    **Name:** Donald R. Steinberg
    **Date:** September 01, 2017
    **Applicant's Tracking Number:** 2214.391.120

Page 1 of 2