**Attorneys for Plaintiff:**

REBECCA GIROLAMO (SBN 293422)
(becky.girolamo@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: +213 443 5300
Facsimile: +213 443 5400

LOUIS W. TOMPROS (*pro hac vice* application to be filed)
(louis.tompros@wilmerhale.com)
DONALD R. STEINBERG (*pro hac vice* application to be filed)
(don.steinberg@wilmerhale.com)
STEPHANIE LIN (*pro hac vice* application to be filed)
(stephanie.lin@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000