1  REBECCA GIROLAMO (SBN 293422)
2  (becky.girolamo@wilmerhale.com)
   WILMER CUTLER PICKERING
3      HALE AND DORR LLP
4  350 S. Grand Ave., Suite 2100
   Los Angeles, CA 90071
5  Telephone: +213 443 5300
6  Facsimile: +213 443 5400
7

8  LOUIS W. TOMPROS (*pro hac vice* application to be filed)
   (louis.tompros@wilmerhale.com)
9  DONALD R. STEINBERG (*pro hac vice* application to be filed)
10 (don.steinberg@wilmerhale.com)
   STEPHANIE LIN (*pro hac vice* application to be filed)
11 (stephanie.lin@wilmerhale.com)
   WILMER CUTLER PICKERING
12     HALE AND DORR LLP
13 60 State Street
   Boston, MA 02109
14 Telephone: +1 617 526 6000
15 Facsimile: +1 617 526 5000
16
   *Attorneys for Plaintiff*
17 MATT FURIE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATT FURIE | CV 2:18-cv-01830 _____ |
| --- | --- |
| Plaintiff, | |
| vs. | **NOTICE OF PENDENCY OF OTHER ACTIONS** |
| INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC | |
| Defendants. | |

1 Pursuant to Local Rule 83-1.4, the undersigned counsel for Plaintiff Matt Furie hereby provides notice of the following action pending in the United States District Court for the Western District of Missouri: *Matt Furie v. Jessica Logsdon*, Case No. 4:17-cv-00828-HFS.  That action alleges infringement of the same copyrights at issue in the present action, and therefore involves a material part of the subject matter of the present action.

Attorneys for Plaintiff Matt Furie in the Western District of Missouri are:

Charles W. German
Carrie Phillips
GERMAN MAY PC
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
Tel: (816) 471-7700


Louis W. Tompros
Stephanie Lin
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: +1 617 526 6000


William C. Kinder
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: +1 212 295 6509


Defendant Jessica Logsdon is proceeding *pro se*:

Jessica Logsdon
1009 Chestnut Ave.
Kansas City, MO 64127
Tel: +1 816-326-8851

-2-

1  Dated: March 5, 2018         Respectfully submitted,

2                                WILMER CUTLER PICKERING HALE AND
3                                   DORR LLP

4
                                 By: */s/ Rebecca Girolamo*
5                                    Rebecca Girolamo (SBN 293422)

6
                                 *Attorneys for Plaintiff*
7                                MATT FURIE