| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Rebecca Girolamo, Wilmer Cutler Pickering Hale and Dorr LLP<br>350 S. Grand Ave., Suite 2100, Los Angeles, CA 90071<br>+213 443 5300<br><br>Louis Tompros, Donald Steinberg, Stephanie Lin<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street, Boston, MA 02109<br>+617 526 6000<br><br>ATTORNEY(S) FOR: Matt Furie | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Matt Furie

Plaintiff(s),

v.

Infowars, LLC
Free Speech Systems, LLC

Defendant(s)

CASE NUMBER: 2:18-cv-01830

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Matt Furie or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Matt Furie | Plaintiff |

March 5, 2018
Date

/s/ Rebecca Girolamo
Signature

Attorney of record for (or name of party appearing in pro per):

Matt Furie