The following copyrights are at issue in this action:

| Copyright Registration No. | Title of Work | Author |
|---|---|---|
| VA0002073601 | *Play Time* | Matt Furie |
| VA0002073597 | *Boy's Club* 1 | Matt Furie |
| VA0002073600 | *Boy's Club* 1 Zine | Matt Furie |
| VA0002073603 | *Boy's Club* 2 | Matt Furie |
| VA0002073598 | *Boy's Club* 3 | Matt Furie |
| VA0002074461 | Pepe in Blue Shirt | Matt Furie |
| Pending (Application No. 1-5772648437) | *Boy's Club* 4 | Matt Furie |
| Pending (Application No. 1-5772648492) | *Boy's Club* Collective Edition | Matt Furie |