Name and address:
Rebecca A. Girolamo
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Matt Furie

Plaintiff(s)

v.

Infowars, LLC; Free Speech Systems, LLC

Defendant(s).

CASE NUMBER

2:18-cv-01830-CAS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lin, Stephanie
*Applicant's Name (Last Name, First Name & Middle Initial)*

617-526-6789
*Telephone Number*

617-526-6000
*Fax Number*

stephanie.lin@wilmerhale.com
*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Matt Furie

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Girolamo, Rebecca A.
*Designee's Name (Last Name, First Name & Middle Initial)*

293422
*Designee's Cal. Bar No.*

213-443-5300
*Telephone Number*

213-443-5400
*Fax Number*

becky.girolamo@wilmerhale.com
*E-Mail Address*

of

Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge