**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MATT FURIE | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 18-1830 CAS(JPRx) |
| v. | |
| INFOWARS, LLC, ET AL. | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 16-05 .

March 13, 2018
Date

*Christina A. Snyder* (signature)
United States District Judge

---

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge    Michael W. Fitzgerald    for all further proceedings. On all documents subsequently filed in this case, please substitute the initials    MWF    after the case number in place of the initials of the prior judge so that the case number will read   2:18-cv-01830 MWF(JPRx  . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-89 (10/16)                    ORDER RETURNING CASE FOR REASSIGNMENT