# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Furie<br><br>v.<br><br>Infowars, LLC; Free Speech Systems, LLC<br><br>Plaintiff(s)<br><br>Defendant(s). | **CASE NUMBER**<br><br>2:18-cv-01830-MWF (JPRx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tompros, Louis W   of   Wilmer Cuter Pickering Hale and Dorr LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   60 State Street
617-526-6886   617-526-6000   Boston, MA  02109
*Telephone Number*   *Fax Number*
louis.tompros@wilmerhale.com
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Matt Furie

*Name(s) of Party(ies) Represented*   [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

**and designating as Local Counsel**

Girolamo, Rebecca A.   of   Wilmer Cutler Pickering Hale and Dorr LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   350 South Grand Avenue, Suite 2100
293422   213-443-5300   213-443-5400   Los Angeles, CA  90071
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
becky.girolamo@wilmerhale.com
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: _____
   [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
   [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid** [ ] be refunded  [ ] not be refunded.

Dated   March 15, 2018

*U.S. District Judge*