# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Furie<br><br>v.<br><br>Infowars, LLC; Free Speech Systems, LLC<br>_____<br>Plaintiff(s)<br><br>Defendant(s). | **CASE NUMBER**<br><br>2:18-cv-01830-MWF (JPRx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Steinberg, Donald R. of Wilmer Cutler Pickering Hale and Dorr LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*  60 State Street
617-526-6453     617-526-6000  Boston, MA 02109
*Telephone Number*   *Fax Number*
don.steinberg@wilmerhale.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Matt Furie

*Name(s) of Party(ies) Represented*   [X] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] *Other:* _____

**and designating as Local Counsel**

Girolamo, Rebecca A. of Wilmer Cutler Pickering Hale and Dorr LLP
*Designee's Name (Last Name, First Name & Middle Initial)*  350 South Grand Avenue, Suite 2100
293422    213-443-5300   213-443-5400  Los Angeles, CA 90071
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
becky.girolamo@wilmerhale.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: _____
   [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
   [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** [ ] be refunded [ ] not be refunded.

Dated  March 15, 2018

_____
U.S. District Judge