# EXHIBIT B1



STORE

"Thank you for supporting the infowar!"

- ☰ Menu
- 🔍 Search
- 🦅 Patriot Points 0
- 👤 Account
- 🪄 Wishlist
- 🛒 Cart (0)

All          Search entire store here...          

**Infowars Life**
Health & WellnessShow Health & Wellness Submenu



View All Categories
Infowars Life
Emric's Essentials
Wellness
Coffee

Meal Management Bags
Survival Food
Water Filtration
Related Media
PreparednessShow Preparedness Submenu



View All Categories
Water Filtration
Emergency Survival Foods
Freeze Dryers
Seed Center
Radios
Outdoor Survival Gear
Survival Accessories
Privacy & Security
Nuclear & Biological
Related Media
MediaShow Media Submenu



View All Categories
Books
Videos
Media Specials
GearShow Gear Submenu



View All Categories
Made In 1776: Made In The USA
Outdoor Survival Gear
Personal Protective Gear
Apparel
Stickers & Decals
Flags
Accessories
Gear Specials
SpecialsShow Specials Submenu



View All Categories
Accessories Specials
Current Specials
Infowars Life Specials
Health & Wellness Specials
Preparedness Specials
Media Specials
Gear Specials
Clearance
Support UsShow Support Us Submenu



View All Categories
tv.infowars.com
Youngevity
Donations

**Home** > MAGA Poster 16" x 24"

# MAGA Poster 16" x 24"

New limited edition MAGA poster by renowned artist and patriot Jon Allen exclusively available through Infowars

5

24 Reviews
Write a Review

 **100%** of respondents would recommend this to a friend

Retail: $19.95    Now: **$17.76**   Savings: $2.19 ( 10.98% )

⊖ **LIMITED AVAILABILITY**
  **GET YOURS TODAY!**

Qty:  1                       ADD TO CART

                Wishlist        Print







## DESCRIPTION

## ADDITIONAL INFO

**Exhibit B1**
**20**

# REVIEWS

# Review Snapshot

by PowerReviews

5    24 Reviews    Write a Review      ✓ **100%** of respondents would recommend this to a friend

**Ratings Distribution**

| | |
|---|---:|
| 5 Stars | 23 |
| 4 Stars | 1 |
| 3 Stars | 0 |
| 2 Stars | 0 |
| 1 Star | 0 |

**Pros**

- 2   Glossy
- 1   Stunning
- 1   It's a poster you'll want framed
- 1   Quality
- 1   A Soothing Color of Red

**Cons**

- 1   It has no frame.
- 1   Tricky frame size to find
- 1   Scratches All Over
- 1   Minor scratches on poster I got
- 1   None

| Best Uses | | | | | |
|---|---|---|---|---|---|
| | 1 | Office | 1 | Use to jazz up your room or place of choosing | 1 | Framed |
| | 1 | Coversation piece | 1 | Troll friends | | |

| Was this a gift? | 22 | No | 1 | Yes |
|---|---|---|---|---|

Sort by: Highest Rated

5

## Epic addition to my office

**Submitted** 2 months ago
**By** Christina
**From** PA

 Verified Reviewer

This poster is an epic addition to my office wall. It reminds of the greatness that is out there and that there is hope for our country once again. In my lifetime I have never seen such dedication to someone else, the American People. Thank you Info Wars #MAGA

More Details ∨

**Was this review helpful to you?**

  1    0

Flag this review

5

## Beautiful quality

**Submitted** 5 months ago
**By** Marcass
**From** California

 Verified Reviewer

Very surprised with the quality and colors of this epic portrait of history and the infowar. It has a beautiful matte finished and I actually had it custom framed. A masterpiece indeed that will be part of the collection for years to come!

**Was this review helpful to you?**

  3    0

Flag this review

5

### The poster is great!

**Submitted** 6 months ago
**By** PGII
**From** Ruidoso, NM

 Verified Reviewer

LOVE the poster and LOVE that it supports InfoWars!!!

More Details ∨

**Was this review helpful to you?**

 1    👎 0

Flag this review

5

### Yes!

**Submitted** 7 months ago
**By** Tim Lippert
**From** Ocala FL

I was looking for a nice Trump poster to put in my room and I found it right here at infowars! Good product at a good price.

More Details ∨

**Was this review helpful to you?**

 1    👎 0

Flag this review

5

### Quality poster.

**Submitted** 7 months ago
**By** Jaysie
**From** Luray, VA

I wasn't sure what to expect but this poster far surpassed anything I imagined . Vibrant colors, it actually looks velvety. Excellent artwork and it doesn't feel cheap.I am absolutely thrilled with this, I love it.

More Details ∨

**Was this review helpful to you?**

👍 2    👎 0

Flag this review

5

### The Poster is awesome! Triggers all my liberal friends

**Submitted** 7 months ago
**By** Long Island Patriot
**From** Long Island, NY

✅ Verified Reviewer

This is a really nice piece. If you have man cave or location where you sport your political identity, this is a must have to put on your wall. A daily reminder for me of the people in the trenches.

More Details ⌄

**Was this review helpful to you?**

👍 1    👎 0

Flag this review

5

### Awesome poster

**Submitted** 9 months ago
**By** Jake
**From** Visalia,CA

✅ Verified Reviewer

The quality is great and i just love the color selection. Although, the tricky part is finding a decent frame at a reasonable price. Beyond that it truly is a great poster. A perfect gift for friends, family or oneself.

More Details ⌄

**Bottom Line** Yes, I would recommend to a friend

**Was this review helpful to you?**

👍 0    👎 0

Flag this review



### very good and vibrant color

**Submitted** 9 months ago
**By** Big Trump and Infowars fan
**From** Australia

✅ Verified Reviewer

The red color is more vibrant than shown. This really is excellent. Thankyou!

More Details ⌄

**Bottom Line** Yes, I would recommend to a friend

**Was this review helpful to you?**



👍 3    👎 0

Flag this review



### Beautifully colored poster! Love Pepe the frog in it !

**Submitted** 9 months ago
**By** Elijah47
**From** Las Vegas

✅ Verified Reviewer

This is by far the best poster on my wall and I have like 15. It makes a huge statement and really stands out. Everyone who comes in is immediately attracted to it lol. Already had one friend triggered! But overall beautiful art love pepe in it he makes the whole thing.

More Details ⌄

**Bottom Line** Yes, I would recommend to a friend

**Was this review helpful to you?**



👍 2    👎 0

Flag this review

### Make America Great Again!

**Submitted** 9 months ago
**By** Louise T.

**From** 410

 Verified Reviewer

All the people fighting for your freedom are on this poster. Everyone who helped Trump become President are on this poster, that includes Pepe! But, where's Michael Savage? I know, he's your competitor (hehe). As soon as I got this poster, I went out and got a frame and hung this up in my gaming room. It's an excellent addition, and right next to my MAGA hat. I also got inspired to buy an American flag too.

More Details ⌄

**Bottom Line** Yes, I would recommend to a friend

**Was this review helpful to you?**

👍 4   👎 0

Flag this review

Displaying Reviews **1-10**

Back to Top

Next »

## CUSTOMERS WHO BOUGHT THIS ALSO BOUGHT...



How Trump Won: The...

4.9   15 Reviews

~~Retail: $19.95~~   **Now: $4.95**

ADD TO CART



The Making of The ...

4.6   170 Reviews

~~Retail: $24.95~~   **Now: $19.95**

ADD TO CART

Exhibit B1
26

**FAQ**     **Contact Us**     **Infowars.com**     **Terms & Conditions**     **Privacy Policy**

**Returns**

    

| PHONE ORDERS | MAIL ORDERS |  |
|---|---|---|
| **1-888-253-3139** | **Infowars** | |
| Mon-Fri, 8am to 6pm CST | PO Box 19549, Austin, TX 78760 | |

## FOLLOW US HERE

     **InfoWarsStore**      **@RealAlexJones**      **InfoWarsStore**

***\* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease. If you are pregnant, nursing, taking medication, or have a medical condition, consult your physician before using this product.***

Supplement & Food Product Disclaimer: Infowars thanks you for your support of the operation. As always, we offer what we have researched and believe to be the highest quality selection of products for you and your family that have been developed along with the advisory of top doctors and experts. It is important to do your own research and consult with a qualified healthcare provider or doctor to decide what is best for you. We also know that everyone's bodies are different, and it is essential to consult with a qualified health care professional before taking products offered on this website. The information on this website is not intended to replace a one-on-one relationship with a doctor or qualified health care professional and is not intended as medical advice. And by purchasing any item from this store, you agree to these terms and conditions as well as understand that by using these products you are agreeing to abide by this contract. Infowars Life is not held responsible for the irresponsible use of this product.

**Free Shipping Disclaimer**: Free shipping applies only to orders shipped to an address in the United States. Some exclusions or additional handling charges may apply.

\* We do not moderate the comments consumers make about our products outside of our third party partner Power Reviews, which screens them for authenticity and other factors. We appreciate the feedback and share some typical comments here.

Copyright © 2018 Alex Jones, Infowars Store. All rights reserved.