# EXHIBIT B3

**30-80% OFF SITE WIDE OPERATION PAUL REVERE 2018 MEGA SPECIAL* +FREE US DOMESTIC SHIPPING** 



*"Thank you for supporting the infowar!"*

- Menu
- Search
- Patriot Points 0
- Account
- Wishlist
- Cart (0)

All | Search entire store here...

Infowars Life
Health & WellnessShow Health & Wellness Submenu



View All Categories
Infowars Life
Emric's Essentials
Wellness
Coffee
Meal Management Bags

Survival Food
Water Filtration
Related Media
PreparednessShow Preparedness Submenu



View All Categories
Water Filtration
Emergency Survival Foods
Freeze Dryers
Seed Center
Radios
Outdoor Survival Gear
Survival Accessories
Privacy & Security
Nuclear & Biological
Related Media
MediaShow Media Submenu



View All Categories
Books
Videos
Media Specials
GearShow Gear Submenu



View All Categories
Made In 1776: Made In The USA
Outdoor Survival Gear
Personal Protective Gear
Apparel
Stickers & Decals
Flags
Accessories
Gear Specials
SpecialsShow Specials Submenu



View All Categories
Accessories Specials
Current Specials
Infowars Life Specials
Health & Wellness Specials
Preparedness Specials
Media Specials
Gear Specials
Clearance
Support UsShow Support Us Submenu



View All Categories
tv.infowars.com
Youngevity
Donations

Home > Gear > Accessories > MAGA Poster 16" x 24"

# MAGA Poster 16" x 24"

New limited edition MAGA poster by renowned artist and patriot Jon Allen exclusively available through Infowars

5

24 Reviews
Write a Review

 **100%** of respondents would recommend this to a friend

Retail: $19.95    **Now: $17.76**   Savings: $2.19 ( 10.98% )

⊖ LIMITED AVAILABILITY
GET YOURS TODAY!

---

Qty:   1                ADD TO CART



Exhibit B3

47

## DESCRIPTION

## ADDITIONAL INFO

## REVIEWS

# Review Snapshot by PowerReviews

| 5 | 24 Reviews | Write a Review |

✓ **100%** of respondents would recommend this to a friend

### Ratings Distribution

| 5 Stars | 23 |
| 4 Stars | 1 |
| 3 Stars | 0 |
| 2 Stars | 0 |
| 1 Star  | 0 |

### Pros

- 2 Glossy
- 1 Stunning
- 1 It's a poster you'll want framed
- 1 Quality
- 1 A Soothing Color of Red

### Cons

- 1 It has no frame.
- 1 Tricky frame size to find
- 1 Scratches All Over
- 1 Minor scratches on poster I got
- 1 None

**Best Uses**
- 1 Office
- 1 Use to jazz up your room or place of choosing
- 1 Framed
- 1 Coversation piece
- 1 Troll friends

**Was this a gift?**  22 No   1 Yes

## Reviewed by 24 customers

Sort by: Highest Rated

### 5 Awesome

Amazing quality. The artwork is epic, has a great lineup of people from the MAGA movement.

More Details ⌄

**Submitted** 10 months ago
**By** Lasercod
**From** Missouri

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?   👍 0   👎 0   Flag this review

### 5 Cool, and makes a statement

**Submitted** 10 months ago

**Exhibit B3**
**48**

Our President

**More Details** ⌄

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?    👍 0    👎 0    Flag this review

**By** Sam Kchleam
**From** Rome, NY

---

**5**  **Awesome work!**

Wall art

**More Details** ⌄

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?    👍 0    👎 0    Flag this review

**Submitted** 10 months ago
**By** Jbladerunr
**From** Seattle, WA

✓ Verified Reviewer

---

**4**  **Very Stunning Detail**

This is going to be one of the centerpieces on my Wall of Freedom that I am about to put together that coincides with my own service to America. I noticed that there are scratches all over the piece. At certain angles it is very noticeable, but straight-on you wouldn't know it was there. Unfortunate, truly. That won't get me down, though. Personally, it adds a bit of tone. As if a reminder of the Deep State. Thanks InfoWars!

**More Details** ⌄

**Bottom Line** Yes, I would recommend to a friend

Was this review helpful to you?    👍 0    👎 0    Flag this review

**Submitted** 9 months ago
**By** Chris S.
**From** Silver Spring

✓ Verified Reviewer

---

Displaying Reviews **21-24**    Back to Top                « Previous

# CUSTOMERS WHO BOUGHT THIS ALSO BOUGHT...





How Trump Won: The...

 4.9   15 Reviews

Retail: $19.95   **Now: $4.95**

ADD TO CART

The Making of The ...

 4.6   170 Reviews

Retail: $24.95   **Now: $17.47**

ADD TO CART

FAQ     Contact Us     Infowars.com     Terms & Conditions     Privacy Policy     Returns

 

**PHONE ORDERS**
1-888-253-3139
Mon-Fri, 8am to 6pm CST

**MAIL ORDERS**
Infowars
PO Box 19549, Austin, TX 78760

4.9 ★★★★★
Google Customer Reviews

**FOLLOW US HERE**

InfoWarsStore          @RealAlexJones          InfoWarsStore

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure or prevent any disease. If you are pregnant, nursing, taking medication, or have a medical condition, consult your physician before using this product.

Supplement & Food Product Disclaimer: Infowars thanks you for your support of the operation. As always, we offer what we have researched and believe to be the highest quality selection of products for you and your family that have been developed along with the advisory of top doctors and experts. It is important to do your own research and consult with a qualified healthcare provider or doctor to decide what is best for you. We also know that everyone's bodies are different, and it is essential to consult with a qualified health care professional before taking products offered on this website. The information on this website is not intended to replace a one-on-one relationship with a doctor or qualified health care professional and is not intended as medical advice. And by purchasing any item from this store, you agree to these terms and conditions as well as understand that by using these products you are agreeing to abide by this contract. Infowars Life is not held responsible for the irresponsible use of this product.

**Free Shipping Disclaimer**: Free shipping applies only to orders shipped to an address in the United States. Some exclusions or additional handling charges may apply.

* We do not moderate the comments consumers make about our products outside of our third party partner Power Reviews, which screens them for authenticity and other factors. We appreciate the feedback and share some typical comments here.

Exhibit B3
50

Case 2:18-cv-01830-MWF-JPR Document 22-4 Filed 04/30/18 Page 12 of 12 Page ID #:224

Copyright © 2018 Alex Jones, Infowars Store. All rights reserved.

**Exhibit B3**
**51**