# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Tayle Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-073-601**
Effective Date of Registration:
September 01, 2017

## Title

    **Title of Work:** Play Time

## Completion/Publication

    **Year of Completion:** 2003
    **Date of 1st Publication:** November 18, 2003
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Matthew F. Furie
    **Author Created:** 2-D artwork, Text
    **Citizen of:** United States
    **Year Born:** ▮

## Copyright Claimant

    **Copyright Claimant:** Matthew F. Furie
▮

## Rights and Permissions

    **Organization Name:** Wilmer Cutler Pickering Hale and Dorr LLP
    **Name:** Donald R. Steinberg, Esquire
    **Email:** don.steinberg@wilmerhale.com
    **Telephone:** (617)526-6453
    **Address:** 60 State Street
    Boston, MA 02109 United States

## Certification

    **Name:** Donald R. Steinberg
    **Date:** September 01, 2017
    **Applicant's Tracking Number:** 2214.391.120

