# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-073-600**

**Effective Date of Registration:**
September 01, 2017

## Title

| | |
|---|---|
| Title of Work: | Boy's Club 1 zine |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2006 |
| Date of 1st Publication: | April 30, 2006 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Matthew F. Furie |
| Author Created: | 2-D artwork, text |
| Citizen of: | United States |
| Year Born: | ■■■■ |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Matthew F. Furie |
| | ■■■■■■■■■■■■■■■■■■■ |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | 2-D artwork |
| New material included in claim: | 2-D artwork, text |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Name: | Donald R. Steinberg, Esquire |
| Email: | don.steinberg@wilmerhale.com |
| Telephone: | (617)526-6453 |
| Address: | 60 State Street |
| | Boston, MA 02109 United States |

## Certification

| | |
|---|---|
| Name: | Donald R. Steinberg |

Page 1 of 2

**Exhibit E**
56

|  |  |
|---:|:---|
| Date: | September 01, 2017 |
| Applicant's Tracking Number: | 2214.391.120 |

