# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-073-603**

**Effective Date of Registration:**
September 01, 2017

## Title
                Title of Work:  Boy's Club 2

## Completion/Publication
            Year of Completion:  2008
         Date of 1st Publication:  June 30, 2008
       Nation of 1st Publication:  United States
   International Standard Number:  ISBN 978-0980003994

## Author
- Author:  Matthew F. Furie
  Author Created:  2-D artwork, text
  Citizen of:  United States
  Year Born:  ▮

## Copyright Claimant
        Copyright Claimant:  Matthew F. Furie
        ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

## Limitation of copyright claim
   Material excluded from this claim:  2-D artwork
   New material included in claim:  2-D artwork, text

## Rights and Permissions
        Organization Name:  Wilmer Cutler Pickering Hale and Dorr LLP
                    Name:  Donald R. Steinberg, Esquire
                   Email:  don.steinberg@wilmerhale.com
               Telephone:  (617)526-6453
                 Address:  60 State Street
                          Boston, MA 02109 United States

## Certification

Page 1 of 2

                        **Name:** Donald R. Steinberg
                        **Date:** September 01, 2017
**Applicant's Tracking Number:** 2214.391.120



Page 2 of 2

**Exhibit F**
**59**