# EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-073-598**

**Effective Date of Registration:**
September 01, 2017

## Title

Title of Work: Boy's Club 3

## Completion/Publication

Year of Completion: 2009
Date of 1st Publication: August 30, 2009
Nation of 1st Publication: United States
International Standard Number: ISBN 978-1-935443-06-3

## Author

- Author: Matthew F. Furie
  Author Created: 2-D artwork, Text
  Citizen of: United States
  Year Born: ▇▇▇▇

## Copyright Claimant

Copyright Claimant: Matthew F. Furie
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

## Limitation of copyright claim

Material excluded from this claim: 2-D artwork

New material included in claim: 2-D artwork, Text

## Rights and Permissions

Organization Name: Wilmer Cutler Pickering Hale and Dorr LLP
Name: Donald R. Steinberg, Esquire
Email: don.steinberg@wilmerhale.com
Telephone: (617)526-6453
Address: 60 State Street
Boston, MA 02109 United States

## Certification

Page 1 of 2

**Exhibit G**
**60**

|   |   |
|---|---|
| **Name:** | Donald R. Steinberg |
| **Date:** | September 01, 2017 |
| **Applicant's Tracking Number:** | 2214.391.120 |

