# EXHIBIT H

Registration #: *-APPLICATION-*
Service Request #: 1-5772648437

## Mail Certificate

Wilmer Cutler Pickering Hale and Dorr LLP
Donald R. Steinberg, Esquire
60 State Street
Boston, MA 02109 United States

**Priority:** Routine     **Application Date:** September 01, 2017

## Correspondent

**Organization Name:** Wilmer Cutler Pickering Hale and Dorr LLP
**Name:** Donald R. Steinberg, Esquire
**Email:** don.steinberg@wilmerhale.com
**Telephone:** (617)526-6453
**Fax:** (617)526-5000
**Address:** 60 State Street
Boston, MA 02109 United States

Exhibit H
62

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Boy's Club 4

## Completion/Publication

**Year of Completion:** 2010
**Date of 1st Publication:** September 30, 2010
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-935443-09-4

## Author

- **Author:** Matthew F. Furie
  **Author Created:** 2-D artwork, Text
  **Citizen of:** United States
  **Year Born:** ▮

## Copyright Claimant

**Copyright Claimant:** Matthew F. Furie
▮

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork
**New material included in claim:** 2-D artwork, Text

## Rights and Permissions

**Organization Name:** Wilmer Cutler Pickering Hale and Dorr LLP
**Name:** Donald R. Steinberg, Esquire
**Email:** don.steinberg@wilmerhale.com
**Telephone:** (617)526-6453
**Address:** 60 State Street
Boston, MA 02109 United States

## Certification

Page 1 of 2

|  |  |
|---:|:---|
| **Name:** | Donald R. Steinberg |
| **Date:** | September 01, 2017 |
| **Applicant's Tracking Number:** | 2214.391.120 |