# EXHIBIT I

          **Registration #:**   *-APPLICATION-*
        **Service Request #:**   1-5772648492

## Mail Certificate

Wilmer Cutler Pickering Hale and Dorr LLP
Donald R. Steinberg, Esquire
60 State Street
Boston, MA 02109 United States

         **Priority:**   Routine         **Application Date:**   September 01, 2017

## Correspondent

    **Organization Name:**   Wilmer Cutler Pickering Hale and Dorr LLP
              **Name:**   Donald R. Steinberg, Esquire
              **Email:**   don.steinberg@wilmerhale.com
         **Telephone:**   (617)526-6453
                **Fax:**   (617)526-5000
           **Address:**   60 State Street
                           Boston, MA 02109 United States

**Exhibit I**

Registration Number
# *-APPLICATION-*

## Title

**Title of Work:** Boy's Club Collective Edition

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** June 30, 2016
**Nation of 1st Publication:** United States
**International Standard Number:** ISBN 978-1-60699-919-6

## Author

**Author:** Matthew F. Furie
**Author Created:** 2-D artwork, Text
**Citizen of:** United States
**Year Born:** ▮

## Copyright Claimant

**Copyright Claimant:** Matthew F. Furie
▮▮▮▮▮▮▮▮▮▮▮▮▮

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork, Text
**New material included in claim:** 2-D artwork, Text

## Rights and Permissions

**Organization Name:** Wilmer Cutler Pickering Hale and Dorr LLP
**Name:** Donald R. Steinberg, Esquire
**Email:** don.steinberg@wilmerhale.com
**Telephone:** (617)526-6453
**Address:** 60 State Street
Boston, MA 02109 United States

## Certification

Page 1 of 2

Exhibit I
66

Page 2 of 2

                      **Name:** Donald R. Steinberg
                      **Date:** September 01, 2017
**Applicant's Tracking Number:** 2214.391.120

**Exhibit I**
**67**