# EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-074-461

**Effective Date of Registration:**
September 01, 2017

---

## Title

**Title of Work:** Pepe in Blue Shirt

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** December 20, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Matthew F. Furie
**Author Created:** 2-D artwork
**Citizen of:** United States
**Year Born:** ▉

## Copyright Claimant

**Copyright Claimant:** Matthew F. Furie
▉▉▉▉▉▉▉▉▉▉▉▉▉▉

## Rights and Permissions

**Organization Name:** Wilmer Cutler Pickering Hale and Dorr LLP
**Name:** Donald R. Steinberg, Esquire
**Email:** don.steinberg@wilmerhale.com
**Telephone:** (617)526-6453
**Address:** 60 State Street
Boston, MA 02109 United States

## Certification

**Name:** Donald R. Steinberg
**Date:** September 01, 2017
**Applicant's Tracking Number:** 2214.391.120

Page 1 of 2

Exhibit J
69