# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FURIE <br><br> PLAINTIFF(S) <br><br> v. <br><br> INFOWARS, LLC , et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:18−cv−01830−MWF−JPR <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

   04/30/2018          23          Request for Summons

Date Filed        Doc. No.     Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The date and signature line must be left blank.

*Other Error(s):*

Should indicate on "First Amended Complaint"

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

                                                 Clerk, U.S. District Court

Date: May 1, 2018                          By: */s/ Ingrid Valdes*
                                                                   Deputy Clerk