# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FURIE<br><br>PLAINTIFF(S)<br><br>v.<br><br>INFOWARS, LLC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:18−cv−01830−MWF−JPR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

　　05/01/2018　　　　　25 and 26　　　　　Request for Summons

Date Filed　　　　Doc. No.　　Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write "see attached." Next, attach a face page of the complaint or a second page addendum to the Summons.

*Other Error(s):*

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

Date: May 1, 2018　　　　　　　　　　　　By: /s/ *Ingrid Valdes*
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.



– NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS –