UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MATT FURIE

CIVIL ACTION NO.: 2:18-CV-01830-MWF-JPR

*Plaintiff*

vs

INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC

*Defendant*

## AFFIDAVIT OF SERVICE

State of Florida }
County of Miami-Dade } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Florida,

That on **05/08/2018** at **10:10 AM** at **Lipscomb & Partners, PLLC, 25 SE 2nd Avenue, 8th Floor, Miami, FL 33131**

deponent served a(n) **Summons in a Civil Action as to First Amended Complaint, Amended Complaint for Copyright Infringement, Demand for Jury Trial with Exhibits A-J**

on **Free Speech Systems, LLC,** accepted by **David F. Tamaroff, Esq.**,

deponent knew the person so served to be a person authorized to accept service.

Description of Person Served:
Gender: Male
Skin: White
Hair: Brown
Age: 25 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other:

Sworn to before me this
8th day of May, 2018

CHRIS YEOMAN
MY COMMISSION # FF 931116
EXPIRES: November 27, 2019
Bonded Thru Budget Notary Services

NOTARY PUBLIC

Sylvio Morales
License No. CPS# 2341