**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**MATT FURIE**

CIVIL ACTION NO.: 2:18-CV-01830-MWF-JPR

*Plaintiff*

vs

**INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC**

*Defendant*

## AFFIDAVIT OF SERVICE

State of Florida }
County of Maimi-Dade }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Florida,

That on **05/07/2018** at **2:15 PM** at **Lipscomb & Partners, PLLC, 25 SE 2nd Avenue, 8th Floor, Miami, FL 33131**

deponent served a(n) **Summons in a Civil Action as to First Amended Complaint, Amended Complaint for Copyright Infringement, Demand for Jury Trial with Exhibits A-J**

on **Infowars, LLC**, accepted by **David F. Tamaroff, Esq.**,

deponent knew the person so served to be a person authorized to accept service.

Description of Person Served:
Gender: Male
Skin: White
Hair: Brown
Age: 25 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight:161-200 Lbs.
Other:

Sworn to before me this
8th day of May, 2018

NOTARY PUBLIC

CHRIS YEOMAN
MY COMMISSION # FF 931116
EXPIRES: November 27, 2019
Bonded Thru Budget Notary Service

Sylvio Morales #2341
License No.CPS# 2341