Name and address:

R. Scott Feldmann, Esq.
Baker & Hostetler, LLP
600 Anton Boulevard, Suite 900
Costa Mesa, California 92626-7221

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATT FURIE | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:18-cv-01830-MWF-JPR |
| v. | |
| INFOWARS, LLC and FREE SPEECH SYSTEMS, LLC | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**
(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*
(2) *Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $325 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Hatten, James B.
_____       check here if federal government attorney ☐
*Applicant's Name (Last Name, First Name & Middle Initial)*

Baker & Hostetler, LLP
_____
*Firm/Agency Name*

1170 Peachtree Street, Suite 2400         (404) 459-0050              (404) 459-5734
_____     _____        _____
                                         *Telephone Number*         *Fax Number*
*Street Address*

Atlanta, GA 30309-7676                            jhatten@bakerlaw.com
_____                    _____
*City, State, Zip Code*                              *E-mail Address*

**I have been retained to represent the following parties:**

| Infowars, LLC | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* |
| Free Speech Systems, LLC | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Section IV. | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☐ No

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated June 7, 2018

James B. Hatten
*Applicant's Name (please type or print)*

*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Feldmann, Roger S.
*Designee's Name (Last Name, First Name & Middle Initial)*

Baker & Hostetler, LLP
*Firm/Agency Name*

600 Anton Boulevard, Suite 900

*Street Address*

Costa Mesa, California 92626-7221
*City, State, Zip Code*

(714) 966-8862
*Telephone Number*

(714) 754-6611
*Fax Number*

sfeldmann@bakerlaw.com
*E-mail Address*

169230
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated _____July 7, 2018_____

R. Scott Feldmann, Esq.
*Designee's Name (please type or print)*

/s/ R. Scott Feldmann
*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

* Superior Court of Fulton County (Georgia); Admitted 11/15/2013; Ga. Bar No. 963831, Active in Good Standing
* Supreme Court of the State of Georgia; Admitted 11/21/2013; Ga. Bar No. 963831, Active in Good Standing
* Court of Appeals of Georgia; Admitted 1/10/2017; Ga. Bar No. 963831, Active in Good Standing
* U.S. District Court for the Northern District of Georgia; Admitted 4/2/2014; Active in Good Standing
* U.S. District Court for the Eastern District of Texas; Admitted 7/23/2014; Active in Good Standing



Lawyers Serving the Public and the Justice System

Mr. James Hatten
BakerHostetler LLP
1170 Peachtree Street NE Suite 2400
Atlanta, GA  30309

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 11/15/2013
**BAR NUMBER:** 963831
**TODAY'S DATE:** 05/18/2018

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**.  The member is current in license fees and is not suspended or disbarred as of the date of this letter.



**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

| HEADQUARTERS | COASTAL GEORGIA OFFICE | SOUTH GEORGIA OFFICE |
|---|---|---|
| 104 Marietta St. NW, Suite 100 | 18 E. Bay St. | 244 E. 2nd St. (31794) |
| Atlanta, GA  30303-2743 | Savannah, GA  31401-1225 | P.O. Box 1390 |
| 404-527-8700 • 800-334-6865 | 912-239-9910 • 877-239-9910 | Tifton, GA  31793-1390 |
| Fax 404-527-8717 | Fax 912-239-9970 | 229-387-0446 • 800-330-0446 |
| www.gabar.org | | Fax 229-382-7435 |

# CERTIFICATE OF SERVICE

I, Lisa Uyesugi, declare:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 600 Anton Blvd., Suite 900, Costa Mesa, California 92626-7221, in said County and State. On June 8, 2018, I served the following:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE – JAMES HATTEN**

☐ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY NOTICE OF ELECTRONIC FILING:** Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

| | |
|---|---|
| Donald R Steinberg, Esq.<br>Louis W. Tompros, Esq.<br>Stephanie Lin, Esq.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel.: (617) 526-6453<br>Fax: (617) 526-5000<br>Email: don.steinberg@wilmerhale.com<br>        stephanie.lin@wilmerhale.com | Counsel for Plaintiff<br>MATT FURIE |

| | |
|---|---|
| Rebecca A Girolamo, Esq.<br>Louis W Tompros, Esq.<br>WILMER CUTLER PICKERING HALL & DORR LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Tel.: (213) 443-5300<br>Fax: (213) 443-5400<br>Email: rebecca.girolamo@wilmerhale.com<br>        louis.tompros@wilmerhale.com | Counsel for Plaintiff<br>MATT FURIE |
| David F. Tamaroff, Esq.<br>(Pro Hac Vice Ordered)<br>Alberto Interian, III, Esq.<br>(Pro Hac Vice Ordered)<br>LIPSCOMB & PARTNERS, PLLC<br>25 SE 2nd Avenue, 8th Floor<br>Miami, FL 33131-1506<br>Tel.:  (786) 431-2228<br>Fax:  (786) 431-2229<br>E-mail: dt@lipscombpartners.com<br>        ai@lipscombpartners.com | Co-Counsel for Defendants<br>INFOWARS, LLC and<br>FREE SPEECH SYSTEMS, LLC |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on June 8, 2018, at Costa Mesa, California.

/s/ Lisa Uyesugi
Lisa Uyesugi