# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MATT FURIE | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:18-cv-01830-MWF-JPR |
| v. | |
| INFOWARS, LLC and FREE SPEECH SYSTEMS, LLC | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hatten, James B.    of    Baker & Hostetler, LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    1170 Peachtree Street, Suite 2400
(404) 459-0050    (404) 459-5734    Atlanta, GA 30309-7676
*Telephone Number*    *Fax Number*
jhatten@bakerlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Infowars, LLC and Free Speech Systems, LLC

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other:

**and designating as Local Counsel**

Feldmann, Roger S.    of    Baker & Hostetler, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    600 Anton Boulevard, Suite 900
169230    (714) 966-8862    (714) 754-6611    Costa Mesa, California 92626-7221
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
sfeldmann@bakerlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: June 8, 2018**

*[signature]*

**U.S. District Judge**