# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Furie<br><br>v.<br><br>Infowars, LLC; Free Speech Systems, LLC<br><br>_Plaintiff(s)_<br><br>_Defendant(s)._ | **CASE NUMBER**<br>2:18-cv-01830-MWF-JPR<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** _PRO HAC VICE_ |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** _Pro Hac Vice_ **filed by**

Kinder, William C.     of     Wilmer Cutler Pickering Hale and Dorr LLP
_Applicant's Name (Last Name, First Name & Middle Initial)_           250 Greenwich Street
212-295-6509     212-230-8888                        7 World Trade Center
_Telephone Number_     _Fax Number_                    New York, NY  10007
will.kinder@wilmerhale.com
_E-Mail Address_                                         _Firm/Agency Name & Address_

**for permission to appear and participate in this case on behalf of**

Matt Furie

_Name(s) of Party(ies) Represented_     ☒ _Plaintiff(s)_   ☐ _Defendant(s)_   ☐ _Other:_ _____

**and designating as Local Counsel**

Girolamo, Rebecca A.     of     Wilmer Cutler Pickering Hale and Dorr LLP
_Designee's Name (Last Name, First Name & Middle Initial)_          350 South Grand Avenue, Suite 2100
293422     213-433-5300     213-443-5400         Los Angeles, CA  90071
_Designee's Cal. Bar No._   _Telephone Number_   _Fax Number_
becky.girolamo@wilmerhale.com
_E-Mail Address_                                         _Firm/Agency Name & Address_

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**

**Counsel is reminded that compliance with the Local Rules and this Court's Procedures and Schedules is mandatory. The Court did not receive an electronic version of the proposed Order, or the mandatory chambers copy.**

☐ **DENIED:** ☐ for failure to pay the required fee.
              ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
              ☐ for failure to complete Application: _____
              ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
              ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

Dated     July 16, 2018                                              _/s/ Michael W. Fitzgerald_
                                                                       **U.S. District Judge**

G–64 ORDER (5/16)     ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE _PRO HAC VICE_     Page 1 of 1