Name and address:
R. Scott Feldmann (SBN 169230)
BAKER & HOSTETLER LLP
600 Anton Boulevard, Suite 900
Costa Mesa, CA 92626-7221

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MATT FURIE | CASE NUMBER: |
|---|---|
| PLAINTIFF(S)<br>v. | 2:18-cv-01830-MWF(JPR) |
| INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC<br><br>DEFENDANT(S) | REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL |

### INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: R. Scott Feldmann     CA Bar Number: 169230

Firm or agency: Baker & Hostetler LLP

Address: 600 Anton Boulevard, Suite 900, Costa Mesa, CA 92626-7221

Telephone Number: 714.754.6600     Fax Number: 714.754.6611

E-mail: sfeldmann@bakerlaw.com

Counsel of record for the following party or parties: Infowars, LLC, and Free Speech Systems, LLC

Other members of the same firm or agency also seeking to withdraw: James B. Hatten (PHV)

## SECTION II - NEW REPRESENTATION

[X] No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

[ ] The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

[ ] The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: _____    CA Bar Number: _____

Firm or agency: _____

Address: _____

Telephone Number: _____    Fax Number: _____

E-mail: _____

## SECTION III - SIGNATURES

### *Withdrawing Attorney*

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 08/30/2018    Signature: /s/ R. Scott Feldmann

Name: R. Scott Feldmann

### *New Attorney (if applicable)*

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: _____    Signature: _____

Name: _____

### *Party Represented by Withdrawing Attorney*

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

[ ] substitution of counsel as specified above.

[ ] representing myself *pro se* in this case.

Date: August 31, 2018    Signature: /s/ Mark I. Bailen

Name: Mark I. Bailen

Title: Outside Counsel for Defendants

# CERTIFICATE OF SERVICE

I, Lisa Uyesugi, declare:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 600 Anton Blvd., Suite 900, Costa Mesa, California 92626-7221, in said County and State. On August 31, 2018, I served the following:

**DEFENDANTS INFOWARS, LLC AND FREE SPEECH SYSTEMS, LLC'S REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL – R. SCOTT FELDMANN AND JAMES B. HATTEN**

☐ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY NOTICE OF ELECTRONIC FILING:** Counsel who have consented to electronic service have been automatically served by the Notice of Electronic Filing, which is automatically generated by CM/ECF at the time said document(s) was(were) filed, and which constitutes service pursuant to FRCP 5(b)(2)(D).

| | |
|---|---|
| Donald R Steinberg, Esq.<br>Louis W. Tompros, Esq.<br>Stephanie Lin, Esq.<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel.: (617) 526-6453<br>Fax: (617) 526-5000<br>Email: don.steinberg@wilmerhale.com<br>        stephanie.lin@wilmerhale.com | Counsel for Plaintiff<br>MATT FURIE |

| | |
|---|---|
| Rebecca A Girolamo, Esq.<br>Louis W Tompros, Esq.<br>WILMER CUTLER PICKERING<br>HALL & DORR LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071<br>Tel.: (213) 443-5300<br>Fax: (213) 443-5400<br>Email: rebecca.girolamo@wilmerhale.com<br>   louis.tompros@wilmerhale.com | Counsel for Plaintiff<br>MATT FURIE |
| William C. Kinder, Esq.<br>WILMER CUTLER PICKERING<br>HALL & DORR LLP<br>250 Greenwich Street<br>7 World Trade Center<br>New York, NY 10007<br>Tel.: (212) 295-6509<br>Fax: (212) 230-8888<br>Email: will.kinder@wilmerhale.com | Counsel for Plaintiff<br>MATT FURIE |

  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  ☒  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

Executed on August 31, 2018, at Costa Mesa, California.

                 */s/ Lisa Uyesugi*
                 Lisa Uyesugi