# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FURIE,<br><br>　　　　　　　　　　Plaintiff.<br><br>　　　　v.<br><br>INFOWARS, LLC, and FREE SPEECH SYSTEMS, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NUMBER:<br>　　2:18-cv-01830-MWF(JPR)<br><br>**ORDER ON REQUEST FOR APPROVAL OF WITHDRAWAL OF ATTORNEY** |

　　　　The Court hereby orders that the request of attorneys R. SCOTT FELDMANN and JAMES B. HATTEN on behalf of <u>Defendants Infowars, LLC and Free Speech Systems, LLC</u> to withdraw **is hereby GRANTED**.

　　　　The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated:  September 4, 2018

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　　　United States District Judge