## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **CV 18-1830-MWF (JPRx)**              Date: **September 5, 2018**
Title:  **Matt Furie v. Infowars, LLC et al.**

================================================================

**DOCKET ENTRY: Order Declining to Issue Proposed Order Regarding Discovery of Electronically Stored Information**

================================================================

PRESENT:

**HON. JEAN P. ROSENBLUTH, MAGISTRATE JUDGE**

| Bea Martinez | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:              ATTORNEYS PRESENT FOR DEFENDANT:
   None present                                                             None present

**PROCEEDINGS: (IN CHAMBERS)**

The parties' proposed stipulated Order Re: Discovery of Electronically Stored Information has been referred to the Magistrate Judge for consideration. She declines to approve or issue it. Although Federal Rule of Civil Procedure 26(f)(3)(C) directs the parties to include in their discovery plan "any issues about disclosure, discovery, or preservation of electronically stored information," the Court sees nothing in the rules requiring the separate filing of an e-discovery stipulation or the Court's signature ordering or approving it. Moreover, Rule 26(b)(2)(B) governs discovery of electronically stored information and the handling of disputes concerning it; the Court declines to issue an order trumping that provision. The parties are certainly free to agree between themselves on how they will handle such discovery, however.

Finally, the parties seek to have the Court agree that "production of a privileged or work-product-protected document, whether inadvertent or otherwise, is not a waiver of privilege or protection from discovery in this case or in any other federal or state proceeding." Federal Rule of Evidence 502 governs the consequences of production of privileged information and in fact provides that in certain circumstances the intentional disclosure of privileged information is a waiver. This Court declines to give the parties advance blanket protection from waiver in all circumstances. If they desire such an order, they should seek it from the District Judge.

cc: Judge Fitzgerald

MINUTES FORM 11                                                                          Initials of Deputy Clerk: bm
CIVIL-GEN