# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Matt Furie <br><br> Plaintiff(s) <br> v. <br><br> Infowars, LLC, et al. <br><br> Defendant(s). | CASE NUMBER: <br><br> **CV 18-1830-MWF(JPRx)** <br><br><br> **ORDER/REFERRAL TO ADR** |

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

**ORDERS** this case referred to:

**X   ADR PROCEDURE NO. 1:** (☐ district judge *or* **X** magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

☐  **ADR PROCEDURE NO. 2:**  This case is referred to the ADR Program. Within twenty-one (21) days, plaintiff shall obtain the consent of a neutral listed on the Court's Mediation Panel who will conduct the mediation, and file form ADR-2, Stipulation Regarding Selection of Panel Mediator. If the parties have not selected and obtained the consent of a Panel Mediator within twenty-one (21) days, the ADR Program (213-894-2993) will assign one. Forms and a list of the Panel Mediators are available on the Court website, www.cacd.uscourts.gov. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

☐  **ADR PROCEDURE NO. 3**: (Private mediation).

The ADR proceeding is to be completed no later than: April 22, 2019.

The Court further sets a status conference for: _____

For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated:   **September 12, 2018**

_____
United States District Judge