Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendants,*
*Infowars, LLC and Free Speech Systems, LLC*

RANDAZZA | LEGAL GROUP

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MATT FURIE,

Plaintiff,

vs.

INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC,

Defendants.

Case No. 2:18-cv-01830-MWF-JPR

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS INFOWARS, LLC AND FREE SPEECH SYSTEMS, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWERS TO PLAINTIFF MATT FURIE'S SECOND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT**

Date: December 17, 2018
Time: 10:00 a.m.
Hon. Michael W. Fitzgerald

Case Filed: March 5, 2018
Trial Date: July 16, 2019

## 1.0 INTRODUCTION AND FACTUAL BACKGROUND

Defendants Infowars, LLC ("Infowars") and Free Speech Systems, LLC ("FSS") request leave from this Court to file Amended Answers to Plaintiff Matt Furie's Second Amended Complaint (the "SAC"). Mr. Furie filed the SAC on July 2, 2018 (Doc. No. 47). Infowars and FSS filed their Answers to the SAC on July 12, 2018 (Doc. Nos. 48 and 49, respectively). Defendants each asserted six affirmative defenses in their Answers. Since the filing of the Answers, Defendants have retained new counsel. (*See* Doc. Nos. 56 and 57.) Defendants have also since discovered additional information providing the factual bases for two additional affirmative defenses. As explained in greater detail in the proposed Amended Answers, attached as **Exhibits 1 and 2**, there is evidence suggesting that Mr. Furie's conceptualization of the "Pepe the Frog" character is itself an unauthorized derivative work of a pre-existing character. Furthermore, Mr. Furie's numerous statements to the public regarding his acceptance of unauthorized derivative works of Pepe the Frog created a general express or implied license to third parties to create, sell, and distribute derivative works of Pepe the Frog.

After counsel for the parties conferred regarding this motion, Plaintiff's counsel informed Defendants' counsel on November 1, 2018 that Plaintiff does not oppose the requested relief.

## 2.0 ARGUMENT

Fed. R. Civ. P. 15(a)(2) provides that "[t]he court should freely give leave" to amend a pleading "when justice so requires." In determining whether justice requires granting leave to amend, courts should look to whether the moving party has acted in

good faith or has unduly delayed in seeking to amend, and whether allowing amendment would prejudice the non-moving party. *See Owens v. Kaiser Foundation Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001). The proposed may not be futile, either. *See id.*

Defendants wish to add two new affirmative defenses. The first affirmative defense asserts that Mr. Furie's "Pepe the Frog" character is an unauthorized derivative work based on a pre-existing, and strikingly similar, Argentine cartoon character named "El Sapo Pepe" ("Pepe the Toad"). Defendants assert this affirmative defense in good faith, as it is based on research performed by Defendants' current counsel after prior counsel prepared the original Answers to the SAC. This affirmative defense is not futile, either, as it would either preclude Mr. Furie from asserting any copyright interest in "Pepe the Frog," or at least severely limit the scope of copyright protection in the character.

Defendants additionally assert the affirmative defense of express or implied license. This is based on the publicly available facts that Mr. Furie has stated on numerous occasions to the general public that he likes the fact third parties create unauthorized derivative works of "Pepe the Frog" and encourages the creation of such works, even going so far as to encourage these third parties to profit from their use. These statements created either an express or implied license to third parties, including Defendants, to create, sell, and distribute derivative works of Pepe the Frog. Defendants' conduct, as alleged in the SAC, falls within the scope of this express or implied license, and thus cannot form the basis of a copyright infringement claim. As



RANDAZZA | LEGAL GROUP

RANDAZZA | LEGAL GROUP

with the prior affirmative defense, Defendants' current counsel performed research supporting this defense after prior counsel filed Answers to the SAC.

The addition of these affirmative defenses would not prejudice Mr. Furie, either, as there is adequate time remaining to conduct discovery related to these affirmative defenses.

## 3.0 CONCLUSION

Defendants' proposed Amended Answers to the SAC add affirmative defenses that are alleged in good faith, are not futile, and would not prejudice Mr. Furie. Furthermore, Plaintiff does not oppose the requested relief. The Court should find justice requires granting leave to amend Defendants' Answers, and grant Defendants' Motion.

Dated: November 1, 2018

Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza
Alex J. Shepard
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

*Attorneys for Defendants,*
*Infowars, LLC and*
*Free Speech Systems, LLC*

Case No. 2:18-cv-01830-MWF-JPR

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

s/

Employee,
Randazza Legal Group, PLLC

RANDAZZA | LEGAL GROUP