Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendants,*
*Infowars, LLC and Free Speech Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MATT FURIE,

   Plaintiff,

  vs.

INFOWARS, LLC; FREE SPEECH
SYSTEMS, LLC,

   Defendants.

Case No. 2:18-cv-01830-MWF-JPR

**DEFENDANTS INFOWARS, LLC
AND FREE SPEECH SYSTEMS,
LLC'S NOTICE OF MOTION TO
MODIFY SCHEDULING ORDER**

Date: February 11, 2019
Time: 10:00 a.m.
Hon. Michael W. Fitzgerald

Case Filed: March 5, 2018
Trial Date: July 16, 2019

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT** on February 11, 2019 at 10:00 a.m., before Courtroom 5A of the above-identified Court, located at First Street Courthouse, 350 West First Street, Los Angeles, California 90012, Defendants Infowars, LLC and Free Speech Systems, LLC (collectively, "Defendants") will, and hereby do, move for an order modifying the case's Scheduling Order, specifically by extending the discovery period in this matter by 6 months or, in the alternative, by 1 month.  The grounds for the instant Motion are more particularly set forth in the Memorandum of Points and Authorities filed concurrently.   Briefly and without limitation to the foregoing, Defendants move for a modification of the Scheduling Order because (1) there are outstanding discovery disputes that will likely require additional time beyond the existing discovery and dispositive motions deadlines to resolve; (2) Defendants plan to depose the creator of the "El Sapo Pepe" character, who resides in Argentina, and likely must comply with the time-consuming procedures of the Hague Evidence Convention; and (3) the current scheduling order was put in place before Defendants' current counsel appeared, and before Defendants asserted defenses to which testimony from the creator of "El Sapo Pepe" would be relevant.

This Motion is based on this Notice of Motion, as well as on the Memorandum of Points and Authorities and exhibits thereto, the Declaration of Marc J. Randazza in support, the papers and pleadings on file in this action, and such arguments and evidence as may be introduced at the hearing on this Motion.

1    This motion is made following the conference of counsel pursuant to L.R. 7-3,

2    via email correspondence, which took place on January 9, 2019.  Counsel for Plaintiff

3    informed counsel for Defendants that Plaintiff would not consent to a 6-month

4    extension of the discovery period, but would consent to a 1-week extension for the

5    purpose of deposing Plaintiff.

6

7    Dated: January 14, 2019                    Respectfully submitted,

8                                               RANDAZZA LEGAL GROUP, PLLC

9                                               /s/ Marc J. Randazza
10                                              Marc J. Randazza
                                                Alex J. Shepard
11                                              2764 Lake Sahara Drive, Suite 109
                                                Las Vegas, NV 89117
12

13                                              *Attorneys for Defendants,*
                                                *Infowars, LLC and*
14                                              *Free Speech Systems, LLC*

15

16

17

18

19

20

21

22

23

Case No. 2:18-cv-01830-MWF-JPR

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 14, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

s/Alex J. Shepard
Employee,
Randazza Legal Group, PLLC