Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendants,*
*Infowars, LLC and Free Speech Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FURIE, <br><br> Plaintiff, <br><br> vs. <br><br> INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC, <br><br> Defendants. | Case No. 2:18-cv-01830-MWF-JPR <br><br> **NOTICE OF LODGING PROPOSED ORDER ON DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER** <br><br> Date: February 11, 2019 <br> Time: 10:00 a.m. <br> Hon. Michael W. Fitzgerald <br><br> Case Filed: March 5, 2018 <br> Trial Date: July 16, 2019 |

- 1 -
Notice of Lodging Proposed Order on
Defendants' Motion to Modify Scheduling Order
2:18-cv-01830-MWF-JPR

Defendants Free Speech Systems, LLC and Infowars, LLC hereby provide notice that they are lodging with the Court a proposed order granting Defendants' Motion to Modify Scheduling Order (Doc. No. 71), submitted as an attachment to this filing.

Dated: January 16, 2019  Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Alex J. Shepard
Marc J. Randazza
Alex J. Shepard
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

*Attorneys for Defendants,*
*Infowars, LLC and*
*Free Speech Systems, LLC*

Case No. 2:18-cv-01830-MWF-JPR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

s/ Tennyson J.
Employee,
Randazza Legal Group, PLLC