UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 18-1830-MWF(JPRx)**                                              Dated: **February 5, 2019**

Title:      Matt Furie -*v*- Infowars, LLC, et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                    None Present

**PROCEEDINGS (IN CHAMBERS):**    **COURT ORDER TAKING HEARING ON MOTION TO MODIFY SCHEDULING ORDER [71] OFF CALENDAR AND UNDER SUBMISSION**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for submission on the papers without oral argument. Accordingly, the hearing set on this motion for February 11, 2019, is vacated and taken off calendar. An order will issue.

IT IS SO ORDERED.