# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FURIE,<br><br>    Plaintiff,<br><br>  vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC,<br><br>    Defendants. | Case No. 2:18-cv-01830-MWF-JPR<br><br>**ORDER ON DEFENDANTS' CONSENTED TO MOTION TO MODIFY SCHEDULING ORDER**<br><br>Date: April 15, 2019<br>Time: 10:00 a.m.<br>Hon. Michael W. Fitzgerald<br><br>Case Filed: March 5, 2018<br>Trial Date: July 16, 2019 |

**UPON CONSIDERATION** of the motion filed by Defendants Free Speech Systems, LLC and Infowars, LLC to modify the Court's Scheduling Order, the supporting Memorandum of Points and Authorities, and the record in this case, and for other good cause shown:

**THE COURT HEREBY FINDS THAT** Defendants have demonstrated good cause to modify the Court's Scheduling Order to move forward the last day to hear motions by 1 week to May 6, 2019.

**IT IS THEREFORE ODERED, ADJUDGED, AND DECREED** that Defendants' Consented to Motion to Modify Scheduling Order is hereby GRANTED;

**IT IS FURTHER ORDERED** that the last day to hear motions in this matter is changed from April 29, 2019 to May 6, 2019.

The hearing on Defendants' Motion, set for April 15, 2019, is VACATED.

Dated: March 19, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge