1  NANCY SCHROEDER (SBN 280207)
2  (nancy.schroeder@wilmerhale.com)
   WILMER CUTLER PICKERING
3     HALE AND DORR LLP
4  350 S. Grand Ave., Suite 2100
   Los Angeles, CA 90071
5  Telephone: +213 443 5300
6  Facsimile: +213 443 5400

7
8  LOUIS W. TOMPROS (*pro hac vice*)        WILLIAM C. KINDER (*pro hac vice*)
   (louis.tompros@wilmerhale.com)           (will.kinder@wilmerhale.com)
9  STEPHANIE LIN (*pro hac vice*)           WILMER CUTLER PICKERING
   (stephanie.lin@wilmerhale.com)              HALE AND DORR LLP
10 WILMER CUTLER PICKERING                  7 World Trade Center
11    HALE AND DORR LLP                     New York, NY 10007
   60 State Street                          Telephone: +1 212 230 8800
12 Boston, MA 02109                         Facsimile: +1 212 230 8888
13 Telephone: +1 617 526 6000
   Facsimile: +1 617 526 5000
14

15 *Attorneys for Plaintiff Matt Furie*

16        **IN THE UNITED STATES DISTRICT COURT**
17           **CENTRAL DISTRICT OF CALIFORNIA**

18 | MATT FURIE, | 2:18-cv-01830-MWF-JPR |
|---|---|
| Plaintiff, | **PLAINTIFF MATT FURIE'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC, | Date: May 6, 2019 |
| Defendants. | Time: 10:00 a.m. |
| | Hon. Michael W. Fitzgerald |
| | Case Filed: March 5, 2018 |
| | Trial Date: July 16, 2019 |

TO THE COURT, PLAINTIFFS, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 6, 2019, or as soon thereafter as the matter may be heard, in Courtroom 5A, located at 350 West First Street, Los Angeles, California, 90012, Plaintiff Matt Furie will, and hereby does, move the Court for an order granting partial summary judgment on various affirmative defenses of Defendants Free Speech Systems, LLC and Infowars, LLC (collectively, "Infowars").

Specifically, Mr. Furie moves for partial summary judgment because there is no genuine dispute of material fact precluding summary judgment in Mr. Furie's favor on Infowars's first (lack of copyright), third (abandonment), fourth (implied license), seventh (invalid certificate), and eighth (*de minimis* use) affirmative defenses.

This motion is made following the conference between counsel pursuant to Local Rule 7-3, which took place on March 15, 2019.

This motion is supported by the accompanying Memorandum of Points and Authorities, the Proposed Statement of Uncontroverted Facts and Conclusions of Law, the Declaration of William C. Kinder and accompanying exhibits attached hereto, and such other evidence or argument as may be presented at or before the hearing.

| | | |
|---|---|---|
| 1 | Dated: April 8, 2019 | Respectfully submitted, |
| 2 | | By: /s/ *Louis W. Tompros* |
| 3 | | |
| 4 | | **Wilmer Cutler Pickering Hale and Dorr LLP** |
| 5 | | Nancy Schroeder (SBN 280207) |
| 6 | | 350 S. Grand Ave. Suite 2100 Los Angeles, CA 90071 |
| 7 | | Tel.: (213) 443-5300 Fax: (213) 443-5400 |
| 8 | | nancy.schroeder@wilmerhale.com |
| 9 | | Louis W. Tompros (*pro hac vice*) |
| 10 | | Stephanie Lin (*pro hac vice*) 60 State Street |
| 11 | | Boston, MA 02109 |
| 12 | | Tel.: (617) 526-6000 Fax: (617) 526-5000 |
| 13 | | louis.tompros@wilmerhale.com |
| 14 | | stephanie.lin@wilmerhale.com |
| 15 | | William C. Kinder (*pro hac vice*) |
| 16 | | 7 World Trade Center 250 Greenwich Street |
| 17 | | New York, New York 10007 |
| 18 | | Tel.: (212) 295-6509 Fax: (212) 230-8888 |
| 19 | | will.kinder@wilmerhale.com |
| 20 | | *Attorneys for Plaintiff* |
| 21 | | MATT FURIE |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |