1 | NANCY SCHROEDER (SBN 280207)
2 | (nancy.schroeder@wilmerhale.com)
  | WILMER CUTLER PICKERING
3 |    HALE AND DORR LLP
4 | 350 S. Grand Ave., Suite 2100
  | Los Angeles, CA 90071
5 | Telephone: +213 443 5300
6 | Facsimile: +213 443 5400

7

8 | LOUIS W. TOMPROS (*pro hac vice*)   WILLIAM C. KINDER (*pro hac vice*)
  | (louis.tompros@wilmerhale.com)       (will.kinder@wilmerhale.com)
9 | STEPHANIE LIN (*pro hac vice*)       WILMER CUTLER PICKERING
  | (stephanie.lin@wilmerhale.com)          HALE AND DORR LLP
10 | WILMER CUTLER PICKERING              7 World Trade Center
11 |    HALE AND DORR LLP                 New York, NY 10007
   | 60 State Street                      Telephone: +1 212 230 8800
12 | Boston, MA 02109                     Facsimile: +1 212 230 8888
13 | Telephone: +1 617 526 6000
   | Facsimile: +1 617 526 5000
14

15 | *Attorneys for Plaintiff Matt Furie*

16 | **IN THE UNITED STATES DISTRICT COURT**
17 | **CENTRAL DISTRICT OF CALIFORNIA**

18 | MATT FURIE,                              2:18-cv-01830-MWF-JPR

19 |                    Plaintiff,           **DECLARATION OF WILLIAM C.**
                                             **KINDER IN SUPPORT OF**
20 |        vs.                              **PLAINTIFF'S MOTION FOR**
                                             **PARTIAL SUMMARY**
21 | INFOWARS, LLC; FREE SPEECH              **JUDGMENT**
22 | SYSTEMS, LLC,

23 |                    Defendants.          Date: May 6, 2019
                                             Time: 10:00 a.m.
24 |                                         Hon. Michael W. Fitzgerald
25 |                                         Case Filed: March 5, 2018
                                             Trial Date: July 16, 2019
26

27

28 |                                         DECLARATION OF WILLIAM C. KINDER
                                             Case No. 2:18-cv-01830-MWF-JPR

1   I, William C. Kinder, declare under penalty of perjury that:

2       1.      I am a senior associate at the law firm of Wilmer Cutler Pickering

3   Hale and Dorr LLP, counsel for Plaintiff Matt Furie, and am a member of good

4   standing of the bar in New York and Massachusetts.  I respectfully submit this

5   declaration in support of Plaintiff Matt Furie's Motion for Partial Summary

6   Judgment against Defendants Infowars, LLC and Free Speech Systems, LLC

7   (collectively, "Infowars") in the above-referenced matter.  This declaration is

8   based upon my personal knowledge.

9       2.      Attached hereto as **Exhibit 1** is a true and correct copy of an image of

10  "Pepe in the Blue Shirt" bearing Bates number FURIE_INFO_00000166.

11      3.      Attached hereto as **Exhibit 2** is a true and correct copy of an image of

12  the MAGA Poster bearing Bates number Allen_Furie_0000033.

13      4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpted

14  portions of the transcript for the deposition of Matt Furie, which took place on

15  February 13, 2019.

16      5.      Attached hereto as **Exhibit 4** is a true and correct copy of Matt Furie's

17  comic book titled *Play Time*, bearing Bates numbers FURIE_INFO_00000037 –

18  FURIE_INFO_00000047.

19      6.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpted

20  portions of the transcript for the deposition of Jon Allen,  which took place on

21  December 14, 2018.

22      7.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpted

23  portions of the transcript for the deposition of David Jones, which took place on

24  December 18, 2018.

25

26

2

27

DECLARATION OF WILLIAM C. KINDER
Case No. 2:18-cv-01830-MWF-JPR

28

8.      Attached hereto as **Exhibit 7** is a true and correct copy of an image of the "Pepe in the Blue Shirt," with the associated metadata, produced to Defendants' counsel on February 4, 2019 bearing Bates number FURIE_INFO_00000812.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of "*What Happens When Hillary Clinton Calls Your Cartoon Frog Racis*t," an article published by New York Magazine and Select All on September 13, 2016, bearing Bates numbers FURIE_INFO_00001368 – FURIE_INFO_00001383.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of the article "*The Creator of Pepe the Frog Talks About Making Comics in the Post-Meme World*," produced by Defendants' counsel on October 9, 2018 and bearing Bates numbers FSS000328 – FSS000338.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of an image of Matt Furie's comic book *Boy's Club*, bearing Bates numbers FURIE_INFOWARS_00000115 – FURIE_INFO_00000137.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of Matt Furie's comic book *Boy's Club 3*, bearing Bates numbers FURIE_INFO_00000055- FURIE_INFO_00000077.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of Matt Furie's comic book *Boy's Club 2*, bearing Bates numbers FURIE_INFO_00000290- FURIE_INFOWARS_00000312.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of Matt Furie's comic book *Boy's Club 4*, bearing Bates numbers FURIE_INFO_00000143- FURIE_INFO_00000165.

3

DECLARATION OF WILLIAM C. KINDER
Case No. 2:18-cv-01830-MWF-JPR

1    15.    Attached hereto as **Exhibit 14** is a true and correct copy of Matt

2  Furie's comic book *Boy's Club*, bearing Bates numbers FURIE_INFO_00000171-

3  FURIE_INFO_00000261.

4    16.    Attached hereto as **Exhibit 15** is a true and correct copy of the article

5  "*Pepe the Frog Creator Says Pro-Trump Memes 'Just a Phase'*," produced by

6  Defendants' counsel on October 9, 2018 and bearing Bates numbers FSS000254 –

7  FSS000258.

8    17.    Attached hereto as **Exhibit 16** is a true and correct copy of the article

9  "*We Talked to Pepe the Frog's Creator About Accidentally Making the New

10  Swastika*," produced by Defendants' counsel on October 9, 2018 and bearing Bates

11  numbers FSS000359 – FSS000384.

12    18.    Attached hereto as **Exhibit 17** is a true and correct copy of

13  advertisements for the MAGA Posters as produced by Defendants' counsel on

14  December 10, 2018 and bearing Bates numbers FSS004872 – FSS004875.

15    19.    Attached hereto as **Exhibit 18** is a true and correct copy of "*Pepe the

16  Frog's Creator: I'm Reclaiming Him. He Was Never About Hate*," an article

17  published by *Time.com* on October 13, 2016, bearing Bates numbers

18  FURIE_INFO_00000010 – FURIE_INFO_00000011.

19    20.    Attached hereto as **Exhibit 19** is a true and correct copy of the article

20  "*2015 Most Reblogged Memes*," produced by Defendants' counsel on October 9,

21  2018 and bearing Bates numbers FSS000354 – FSS000358.

22    21.    Attached hereto as **Exhibit 20** is a true and correct copy of a license

23  between Mr. Furie and What Do You Meme, LLC, dated February 27, 2018,

24  bearing Bates numbers FURIE_INFO_00000338 – FURIE_INFO_00000344.

25

26                                        4

27

28                            DECLARATION OF WILLIAM C. KINDER
                              Case No. 2:18-cv-01830-MWF-JPR

22.     Attached hereto as **Exhibit 21** is a true and correct copy of a license between Mr. Furie and Xi'an MOMO IT Limited, dated June 27, 2016, bearing Bates numbers FURIE_INFO_00000345 – FURIE_INFO_00000346.

23.     Attached hereto as **Exhibit 22** is a true and correct copy of a license between Mr. Furie and Bored Teenager, LLC, dated October 19, 2015, bearing Bates numbers FURIE_INFO_00000347 – FURIE_INFO_00000348.

24.     Attached hereto as **Exhibit 23** is a true and correct copy of a license between Mr. Furie and Wattzup Power, Inc., dated December 2, 2016, bearing Bates numbers FURIE_INFO_00000349 – FURIE_INFO_00000351.

25.     Attached hereto as **Exhibit 24** is a true and correct copy of a license between Mr. Furie and Furry Puppet Studio Inc., dated November 6, 2015, bearing Bates numbers FURIE_INFO_00000352 – FURIE_INFO_00000359.

26.     Attached hereto as **Exhibit 25** is a true and correct copy of an email exchange between Mr. Furie and Quang Le on June 13, 2016, bearing Bates number FURIE_INFO_00000360.

27.      Attached hereto as **Exhibit 26** is a true and correct copy of a license between Mr. Furie and FJerry, LLC, dated April 25, 2016, bearing Bates numbers FURIE_INFO_00000738 – FURIE_INFO_00000741.

28.     Attached hereto as **Exhibit 27** is a true and correct copy of Plaintiff Matt Furie's Supplemental Responses to Defendants' Interrogatory Nos. 2-5, 12, 19-21, and 23 as produced to Defendants' counsel on March 29, 2019.

29.     Attached hereto as **Exhibit 28** is a true and correct copy of the article "*How Pepe the Frog Became a Nazi Trump Supporter and Alt-Right Symbol,*" an article published by *thedailybeast.com* on May 26, 2016, bearing Bates numbers FURIE_INFO_00000090 – FURIE_INFO_00000100.

DECLARATION OF WILLIAM C. KINDER
Case No. 2:18-cv-01830-MWF-JPR

30.     Attached hereto as **Exhibit 29** is a true and correct copy of the article "'*Pepe the Frog' Creator Voting for Hillary Clinton: Feels Good Man*," produced by Defendants' counsel on October 9, 2018 and bearing Bates numbers FSS000016 – FSS000027.

31.     Attached hereto as **Exhibit 30** is a true and correct copy of "*ADL Adds 'Pepe the Frog' Meme, Use by Anti-Semites and Racists, to Online Hate Symbols Database*," an article published by *adl.org* on September 27, 2016, bearing Bates numbers FURIE_INFO_00000101- FURIE_INFO_00000103.

32.     Attached hereto as **Exhibit 31** is a true and correct copy of an email exchange between Mr. Furie and a representative of Bored Teenager, LLC, on May 8, 2017, bearing Bates numbers FURIE_INFO_00000089 – FURIE_INFO_00000090.

33.     Attached hereto as **Exhibit 32** is a true and correct copy of the Certificate of Registration for "Boy's Club 1 zine," bearing Bates numbers FURIE_INFO_00000015 – FURIE_INFO_00000016.

34.     Attached hereto as **Exhibit 33** is a true and correct copy of the Certificate of Registration for "Play Time," bearing Bates numbers FURIE_INFO_00000028 – FURIE_INFO_00000029.

35.     Attached hereto as **Exhibit 34** is a true and correct copy of the Certificate of Registration for "Boy's Club 1," bearing Bates numbers FURIE_INFO_00000113 – FURIE_INFO_00000114.

36.     Attached hereto as **Exhibit 35** is a true and correct copy of the Certificate of Registration for "Boy's Club 2," bearing Bates numbers FURIE_INFO_00000286 – FURIE_INFO_00000287.

6

37.     Attached hereto as **Exhibit 36** is a true and correct copy of the Certificate of Registration for "Boy's Club 3," bearing Bates numbers FURIE_INFO_00000288 – FURIE_INFO_00000289.

38.     Attached hereto as **Exhibit 37** is a true and correct copy of the Certificate of Registration for "Boy's Club 4," bearing Bates numbers FURIE_INFO_00000835 – FURIE_INFO_00000836.

39.     Attached hereto as **Exhibit 38** is a true and correct copy of the Certificate of Registration for "Boy's Club Collective Edition," bearing Bates numbers FURIE_INFO_00000953 – FURIE_INFO_00000954.

40.     Attached hereto as **Exhibit 39** is a true and correct copy of Mr. Furie's Application for Copyright Registration for "Pepe in the Blue Shirt," bearing Bates numbers FURIE_INFO_00000018 – FURIE_INFO_00000019.

41.     Attached hereto as **Exhibit 40** is a true and correct copy of the Certificate of Registration for "Pepe in the Blue Shirt," bearing Bates numbers FURIE_INFO_00000053 – FURIE_INFO_00000054.

42.     Attached hereto as **Exhibit 41** is a true and correct copy of an email from the U.S. Copyright Office to Donald Steinberg, Esq., regarding the submission of Mr. Furie's Application for Copyright Registration in "Pepe in the Blue Shirt," bearing Bates numbers FURIE_INFO_00000033 – FURIE_INFO_00000034.

43.     Attached hereto as **Exhibit 42** is a true and correct copy of a letter sent by my WilmerHale colleague, Louis Tompros, to *Altright.com* on September 12, 2017, bearing Bates numbers FURIE_INFO_00000395 – FURIE_INFO_00000396.

7

DECLARATION OF WILLIAM C. KINDER
Case No. 2:18-cv-01830-MWF-JPR

44.    Attached hereto as **Exhibit 43** is a true and correct copy of a letter sent by my WilmerHale colleague, Louis Tompros, to Mike Cernovich on September 12, 2017, bearing Bates numbers FURIE_INFO_00000397 – FURIE_INFO_00000398.

45.    Attached hereto as **Exhibit 44** is a true and correct copy of a letter sent by my WilmerHale colleague, Louis Tompros, to Jessica Logsdon on September 15, 2017, bearing Bates numbers FURIE_INFO_00000399 – FURIE_INFO_00000400.

46.    Attached hereto as **Exhibit 45** is a true and correct copy of an infringement notice submitted to *Amazon.com* on September 3, 2017 by my WilmerHale colleague, Louis Tompros, bearing Bates numbers FURIE_INFO_00000403 – FURIE_INFO_00000406

47.    Attached hereto as **Exhibit 46** is a true and correct copy of a letter sent by my WilmerHale colleague, Louis Tompros, to Jeremy Bernstein on October 24, 2017, bearing Bates numbers FURIE_INFO_00000407 – FURIE_INFO_00000408.

48.    Attached hereto as **Exhibit 47** is a true and correct copy of the article "*Q&A with Matt Furie,*" produced by Defendants' counsel on October 9, 2018 and bearing Bates numbers FSS000319 – FSS000327.

49.    Attached hereto as **Exhibit 48** is a true and correct copy of Plaintiff Matt Furie's Objections and Responses to Defendants' First Set of Interrogatories, dated January 14, 2019.

50.    Attached hereto as **Exhibit 49** is a true and correct copy of "*A Texas Assistant Principal Wrote an Alt-Right Children's Book,*" an article published by

8

1  *motherboard.vice.com* on August 15, 2017 and bearing Bates numbers

2  FURIE_INFO_00001863 - FURIE_INFO_00001871.

3       51.    Attached hereto as **Exhibit 50** is a true and correct copy of a press

4  release issued by Mr. Furie on September 18, 2017, bearing Bates numbers

5  FURIE_INFO_00001472- FURIE_INFO_00001473.

6       52.    Attached hereto as **Exhibit 51** is a true and correct copy of a transcript

7  of *The Alex Jones Show* from September 19, 2017, bearing Bates numbers

8  FURIE_INFO_00001890- FURIE_INFO_00001904.

9       53.    Attached hereto as **Exhibit 52** is a true and correct copy of a transcript

10  of *The Alex Jones Show* from March 6, 2018, bearing Bates numbers

11  FURIE_INFO_00001905- FURIE_INFO_00001924.

12       54.    Attached hereto as **Exhibit 53** is a true and correct copy of Mr.

13  Furie's Complaint For Copyright Infringement and accompanying exhibits filed

14  therewith, as filed on March 5, 2018.

15       55.    Attached hereto as **Exhibit 54** is a true and correct copy of Plaintiff

16  Matt Furie's Objections and Responses to Defendants' First Set of Requests for

17  Admission, dated January 14, 2019.

18       56.    Attached hereto as **Exhibit 55** is a true and correct copy of an email

19  between Jon Allen and Infowars, as produced by Jon Allen on November 30, 2018

20  and bearing Bates number Allen_Furie_0000036.

21       57.    Attached hereto as **Exhibit 56** is a true and correct copy of Defendant

22  Free Speech Systems, LLC's Amended Answer to Plaintiff Matt Furie's Second

23  Amended Complaint For Copyright Infringement, dated November 2, 2018.

24

25

26

27

28

9

58.     Attached hereto as **Exhibit 57** is a true and correct copy of excerpted portions of the transcript for the deposition of Alex Jones, which took place on December 19, 2018.

59.     Attached hereto as **Exhibit 58** is a true and correct copy of a purchase order from Free Speech Systems, LLC to Jon Allen for 1,000 MAGA Posters on March 7, 2017 as produced by Defendants' counsel on October 9, 2018 and bearing Bates number FSS000001.

60.     Attached hereto as **Exhibit 59** is a true and correct copy of screenshots from the Infowars Store website, dated January 19, 2018, bearing Bates number FURIE_INFO_00000079 – FURIE_INFO_00000084.

61.     Attached hereto as **Exhibit 60** is a true and correct copy of screenshots from the Infowars Store website, dated March 29, 2019, bearing Bates number FURIE_INFO_00000085 – FURIE_INFO_00000088.

62.     Attached hereto as **Exhibit 61** is a true and correct copy of Defendants' Supplemental Responses to Plaintiff Matt Furie's First Set of Interrogatories, dated December 7, 2018.

63.     Attached hereto as **Exhibit 62** is a true and correct copy of Infowars, LLC's Amended Answer to Plaintiff Matt Furie's Second Amended Complaint For Copyright Infringement as produced by Defendants' counsel on November 2, 2018.

64.     Attached hereto as **Exhibit 63** is a true and correct copy of an email exchange between Mr. Furie and Imad Khan, writer for *The Daily Dot*, bearing Bates numbers FURIE_INFO_00000989 – FURIE_INFO_00000992.

65.     Attached hereto as **Exhibit 64** is a true and correct copy of the article "*4-chan's Pepe the Frog is Bigger Than Ever—And His Creator Feels Good,*

10

1    *Man*," produced by Defendants' counsel on October 9, 2018 and bearing Bates

2    numbers FSS000345 – FSS000352.

3          66.      Attached hereto as **Exhibit 65** is a true and correct copy of the article

4    "*Exclusive: The Creator of Pepe the Frog Is Voting For Hillary*," produced by

5    Defendants' counsel on October 9, 2018 and bearing Bates numbers FSS000141 –

6    FSS000144.

7          67.      Attached hereto as **Exhibit 66** is a true and correct copy of the article

8    "*ADL Joins With 'Pepe' Creator Matt Furie in Social Media Campaign to*

9    *#SavePepe*," published by *adl.org* on October 14, 2016 and bearing Bates numbers

10   FURIE_INFO_00000104 – FURIE_INFO_00000106.

11         68.      Attached hereto as **Exhibit 67** is a true and correct copy of Plaintiff

12   Matt Furie's Objections and Responses to Defendants' Second Interrogatories

13   (Nos. 12-17), dated February 22, 2019.

14         69.      Attached hereto as **Exhibit 68** is a true and correct copy of the

15   Declaration of Marc J. Randazza In Support Of Defendants' Motion to Modify the

16   Scheduling Order, dated January 14, 2019.

17         70.      Attached hereto as **Exhibit 69** is a true and correct copy of "*Pepe the*

18   *Frog's Creator Gets Alt-Right Children's Book Pulled, Vows to 'Aggressively*

19   *Enforce His Intellectual Property*,'" published by Motherboard on August 28,

20   2017 and bearing Bates numbers FURIE_INFO_00012026-

21   FURIE_INFO_00012029.

22

23

24

25

26

27

28

DECLARATION OF WILLIAM C. KINDER
Case No. 2:18-cv-01830-MWF-JPR

1

2    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the

3    foregoing is true and correct.

4        Executed on April 8, 2019 at New York, New York.

5

6    _____

7                    William C. Kinder

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                              12

27   _____
                              DECLARATION OF WILLIAM C. KINDER
28                            Case No. 2:18-cv-01830-MWF-JPR