# EXHIBIT 57



**Planet Depos**

We Make It *Happen*™

# Transcript of Alex Jones, Corporate Designee

**Date:** December 19, 2018
**Case:** Furie -v- Infowars, LLC, et al.

Planet Depos
Phone: 888.433.3767
Email: transcripts@planetdepos.com
planetdepos.com

Worldwide Court Reporting & Litigation Technology

Ex. 57
660

Transcript of Alex Jones, Corporate Designee
Conducted on December 19, 2018                29

| | | |
|---|---|---|
| 1 | I said, "Don't buy any more of that."  And I | 10:49:46 |
| 2 | remember a few months later being irritated to hear | 10:49:49 |
| 3 | that more had been bought, and I was being asked to | 10:49:53 |
| 4 | promote it more.  And I said, "No." | 10:49:56 |
| 5 | MR. RANDAZZA:  Can we pause just for one | 10:50:00 |
| 6 | second?  You don't need to go off the record. | 10:50:02 |
| 7 | MR. TOMPROS:  Okay. | 10:50:04 |
| 8 | MR. RANDAZZA:  Don't say anything. | 10:50:07 |
| 9 | (Mr. Randazza exited the proceedings.  Time | 10:50:10 |
| 10 | noted:  10:50 a.m. - 10:51 a.m.) | 10:50:10 |
| 11 | (Discussion off the record.) | 10:51:29 |
| 12 | THE WITNESS:  Days of depositions over | 10:51:29 |
| 13 | literally five minutes' of stuff. | 10:51:29 |
| 14 | I'll go slow.  I'll try to. | 10:51:29 |
| 15 | MR. TOMPROS:  We're still on the record; | 10:51:33 |
| 16 | right? | 10:51:34 |
| 17 | Q.  Focusing on when you first saw the poster, | 10:51:34 |
| 18 | all right, your reaction was that the people in it | 10:51:39 |
| 19 | looked stoned, and you didn't think it would be a | 10:51:43 |
| 20 | good seller.  Is that fair? | 10:51:46 |
| 21 | A.  I didn't particularly -- I mean, I liked it | 10:51:47 |
| 22 | some, but you know about art?  It was just kind of | 10:51:51 |
| 23 | like, I don't like it, maybe I do, okay, it is some | 10:51:53 |
| 24 | images of the campaign.  And, you know, I'm on it, | 10:51:56 |
| 25 | and Paul's on it.  This is in my head. | 10:51:58 |

Ex. 57
661

Transcript of Alex Jones, Corporate Designee
Conducted on December 19, 2018

30

| | | |
|---|---|---|
| 1 | There wasn't much talking.  I kind of looked | 10:52:02 |
| 2 | at it, and go, "Why do we look stoned?  I don't know | 10:52:05 |
| 3 | about that."  I'm just kind of like, "Get a contract, | 10:52:07 |
| 4 | get a limited number."  I don't remember the exact | 10:52:10 |
| 5 | amount.  I think we sold a couple thousand. | 10:52:13 |
| 6 | So you have the contracts and all that.  That | 10:52:16 |
| 7 | was it.  And I just remember it wasn't a good seller, | 10:52:18 |
| 8 | and I was irritated that more got ordered. | 10:52:21 |
| 9 | Q.  And you also mentioned thinking about if this | 10:52:24 |
| 10 | guy has the rights, you said something about that, I | 10:52:27 |
| 11 | think, in a previous answer.  Can you explain what | 10:52:29 |
| 12 | you mean by -- you were describing asking whether the | 10:52:32 |
| 13 | person selling it to you has the rights? | 10:52:36 |
| 14 | A.  Well, I wanted to make sure they were the | 10:52:37 |
| 15 | artist.  I never questioned they could create a fair | 10:52:39 |
| 16 | use gestalt of stuff, figures in a campaign.  That's | 10:52:43 |
| 17 | a painting of Libertarian, right-wing characters in | 10:52:46 |
| 18 | the campaign. | 10:52:52 |
| 19 | Q.  Did you notice Pepe the Frog on it when you | 10:52:52 |
| 20 | first reviewed the poster? | 10:52:54 |
| 21 | A.  I did.  I mean, I had just a flash of that | 10:52:56 |
| 22 | and kind of brought up the data information in my | 10:52:59 |
| 23 | head about, oh, that's that stupid frog, but I guess | 10:53:01 |
| 24 | people like it, so whatever. | 10:53:05 |
| 25 | Q.  And did you consider any copyright issues | 10:53:07 |

Ex. 57
662

Transcript of Alex Jones, Corporate Designee
Conducted on December 19, 2018                                   31

| | | |
|---|---|---|
| 1 | when you first reviewed the poster? | 10:53:10 |
| 2 | A.   That's why I would sit there and -- copyright | 10:53:13 |
| 3 | issues with the person who created the original | 10:53:17 |
| 4 | larger image.  If it was just Pepe the Frog, I would | 10:53:19 |
| 5 | have said, I don't even want to sell that because | 10:53:21 |
| 6 | it's Pepe the Frog.  And I would have thought, oh -- | 10:53:24 |
| 7 | I remember a split-second thought about, oh, yeah, | 10:53:26 |
| 8 | that's fair use.  Plus, Matt Furie has been on the | 10:53:29 |
| 9 | internet saying everybody should use it. | 10:53:33 |
| 10 | And I mean, I think pretty quick.  I remember | 10:53:35 |
| 11 | thinking that because I had seen -- I had seen those | 10:53:38 |
| 12 | articles, and I think some other interviews, too, | 10:53:42 |
| 13 | where he was saying, "Everybody, please use it." | 10:53:44 |
| 14 | It's kind of hurtful.  He's like, "Please use it, | 10:53:47 |
| 15 | everybody," and he does this. | 10:53:50 |
| 16 | (Plaintiff's Exhibit No. 23 was marked for | 10:53:50 |
| 17 | identification.) | 10:54:32 |
| 18 | MR. TOMPROS:  Q.  Mr. Jones, you've been | 10:54:32 |
| 19 | handed what has been marked as Exhibit 23.  I'm now | 10:54:34 |
| 20 | going to bore you by reading the numbers that are at | 10:54:38 |
| 21 | the bottom of the exhibit, but I need this for the | 10:54:40 |
| 22 | record. | 10:54:40 |
| 23 | The numbers at the bottom say FSS000141, and | 10:54:41 |
| 24 | it continues through 144. | 10:54:44 |
| 25 | Do you have that document in front of you? | 10:54:47 |

Ex. 57
663

Transcript of Alex Jones, Corporate Designee
Conducted on December 19, 2018                    32

| | | |
|---|---|---|
| 1 | A.  Yes. | 10:54:48 |
| 2 | Q.  This is an article in Esquire; right? | 10:54:49 |
| 3 | A.  M-hm. | 10:54:52 |
| 4 | Q.  Is this one of the articles you reviewed | 10:54:52 |
| 5 | about Matt Furie at the time of -- that you were | 10:54:55 |
| 6 | discussing before? | 10:55:01 |
| 7 | A.  (Reviewing document.)  No, I don't remember | 10:55:02 |
| 8 | ever seeing this article. | 10:55:04 |
| 9 | Q.  Can I ask you to look at page 143 of this | 10:55:05 |
| 10 | article?  The second -- turn the page.  Page 3 of 4 | 10:55:14 |
| 11 | which has the numbers ending 143. | 10:55:19 |
| 12 | A.  Okay. | 10:55:21 |
| 13 | Q.  And do you see the second to the last bold | 10:55:22 |
| 14 | heading says, "Obviously the internet does whatever | 10:55:26 |
| 15 | it wants, but have you tried to stop it or control | 10:55:29 |
| 16 | it?" | 10:55:32 |
| 17 | Do you see that question? | 10:55:34 |
| 18 | A.  Yes. | 10:55:36 |
| 19 | Q.  Then the answer is, "Pepe the Frog is | 10:55:36 |
| 20 | copyrighted by me."  Do you see that? | 10:55:39 |
| 21 | A.  M-hm. | 10:55:41 |
| 22 | Q.  Do you recall reading that? | 10:55:41 |
| 23 | A.  No, I do not. | 10:55:43 |
| 24 | Q.  If you look at the front page of the article, | 10:55:44 |
| 25 | the date is September 28th, 2016; right? | 10:55:46 |

Ex. 57
664

Transcript of Alex Jones, Corporate Designee
Conducted on December 19, 2018                    33

| | | |
|---|---|---|
| 1 | A.   M-hm. | 10:55:51 |
| 2 | Q.   Did you do any investigation after | 10:55:51 |
| 3 | September 28th, 2016, concerning whether Matt Furie | 10:55:54 |
| 4 | was claiming copyright in Pepe the Frog? | 10:55:57 |
| 5 | A.   You know, we cover so much news here, I don't | 10:56:00 |
| 6 | remember seeing this article.  Pepe the Frog was all | 10:56:07 |
| 7 | over the news.  It's all a wash.  I can't answer that | 10:56:09 |
| 8 | with any -- with any accuracy. | 10:56:13 |
| 9 | I do remember hearing about the copyright | 10:56:17 |
| 10 | fights sometime after we were already selling the | 10:56:25 |
| 11 | poster.  It was in the back of my mind.  I wasn't -- | 10:56:33 |
| 12 | first time I ever really thought about that was I | 10:56:36 |
| 13 | heard Mike Cernovich talking about it when he came on | 10:56:39 |
| 14 | my show. | 10:56:43 |
| 15 | He's like, "Yes, I'm being threatened by the | 10:56:46 |
| 16 | Pepe the Frog people for like a meme that showed a | 10:56:46 |
| 17 | frog head on Hillary dancing."  And I remember that | 10:56:48 |
| 18 | was when I was like, "What?"  And that was -- that | 10:56:51 |
| 19 | was after we were selling the poster, but I didn't | 10:56:55 |
| 20 | even -- I didn't even click to it. | 10:56:58 |
| 21 | To me, it's like, it's a big public thing in | 10:56:59 |
| 22 | a -- in a campaign, and so I just thought that was | 10:57:03 |
| 23 | ridiculous that you can't make a parody video, a free | 10:57:07 |
| 24 | video, a meme video that's like 20 seconds long of | 10:57:13 |
| 25 | Hillary dancing, and it's got a frog head. | 10:57:16 |

Ex. 57
665

| | | |
|---|---|---|
| 1 | And it didn't even say "Pepe."  But still, I | 10:57:18 |
| 2 | mean, you can put Kermit the Frog's head on it. | 10:57:21 |
| 3 | That's what everybody does.  That's what memes are. | 10:57:23 |
| 4 | You can put John Wayne's head on it.  Is the John | 10:57:24 |
| 5 | Wayne estate going to sue you?  I'm not a lawyer. | 10:57:29 |
| 6 | I'm just like -- I never imagined that I would be | 10:57:31 |
| 7 | sued. | 10:57:33 |
| 8 | Obviously any image or something I'm selling | 10:57:36 |
| 9 | I have to think about, okay, what is that?  That's | 10:57:38 |
| 10 | like saying sue Andy Warhol because he trimmed | 10:57:43 |
| 11 | Campbell's soup can wrappers and then put them into | 10:57:51 |
| 12 | collages.  It just didn't make sense to me. | 10:57:55 |
| 13 | I just never -- that's why I'm fighting this. | 10:57:58 |
| 14 | It's not about the money.  I'll spend a hundred times | 10:58:00 |
| 15 | the money I ever made on this just because -- if we | 10:58:03 |
| 16 | ever get into this, I'll have to leave America.  The | 10:58:06 |
| 17 | country is dead if we can't -- political speech, the | 10:58:08 |
| 18 | most protected thing out there, and then have a -- it | 10:58:12 |
| 19 | may be one thing if we're putting out comic books | 10:58:16 |
| 20 | about Pepe the Frog and trying to say it was ours. | 10:58:19 |
| 21 | We're not.  It's a political statement of a poster of | 10:58:21 |
| 22 | a campaign with a frog being a tiny part of it.  And | 10:58:24 |
| 23 | this was not even in my imagination until I heard | 10:58:28 |
| 24 | about the Mike Cernovich thing, and then I just move | 10:58:32 |
| 25 | on to the next story. | 10:58:35 |

Ex. 57
666

Transcript of Alex Jones, Corporate Designee
Conducted on December 19, 2018                    47

| | | |
|---|---|---|
| 1 | Q.   That was going to be my next question. | 11:12:08 |
| 2 | Do you know why there were two separate | 11:12:09 |
| 3 | checks for that purchase order? | 11:12:11 |
| 4 | A.   Someone -- I don't know.  Someone probably | 11:12:12 |
| 5 | made a mistake or something.  I don't know. | 11:12:13 |
| 6 | Q.   And I also want to ask you this:  There was | 11:12:15 |
| 7 | an additional order of 625 posters in July; right? | 11:12:18 |
| 8 | A.   Yes.  I'm getting irritated that more were | 11:12:23 |
| 9 | ordered. | 11:12:26 |
| 10 | Q.   When did you learn about more being ordered? | 11:12:26 |
| 11 | After they were ordered or before? | 11:12:31 |
| 12 | A.   After. | 11:12:31 |
| 13 | Q.   Do you know why more were ordered? | 11:12:32 |
| 14 | A.   No, I don't. | 11:12:36 |
| 15 | Q.   Do you know who made the decision to order | 11:12:37 |
| 16 | more? | 11:12:39 |
| 17 | A.   No, I don't. | 11:12:40 |
| 18 | Q.   Who would you have expected to make that kind | 11:12:40 |
| 19 | of decision? | 11:12:43 |
| 20 | A.    We've changed a lot of people from the | 11:12:43 |
| 21 | people working over there.  So I don't remember. | 11:12:55 |
| 22 | This was a very trivial thing. | 11:12:58 |
| 23 | Q.   Who did you get irritated at, if you | 11:13:00 |
| 24 | remember? | 11:13:02 |
| 25 | A.   I just remember asking, "What happened with | 11:13:02 |

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.COM

Transcript of Alex Jones, Corporate Designee
Conducted on December 19, 2018                48

| | | |
|---|---|---|
| 1 | that poster?"  And they said, "Oh, we've still got | 11:13:10 |
| 2 | some."  I said, "We've still got some?  We never sold | 11:13:15 |
| 3 | out?"  They go, "Well, we kept it up, and then that | 11:13:19 |
| 4 | slowly sold out."  And I can't remember what. | 11:13:21 |
| 5 | What happened was -- what I was told was, if | 11:13:24 |
| 6 | memory serves, is it would stay up there for months | 11:13:26 |
| 7 | and months, and then they didn't take it down when it | 11:13:30 |
| 8 | sold out, even though the computer said inventory was | 11:13:33 |
| 9 | gone.  So then someone reordered the amount we | 11:13:36 |
| 10 | wanted, even though it was a slow seller, to fill | 11:13:39 |
| 11 | inventory. | 11:13:42 |
| 12 | I said, "Take it out.  Do not" -- I remember | 11:13:42 |
| 13 | saying, "No more, no more."  That's a mistake when | 11:13:45 |
| 14 | something is a bad seller, but you leave it up, then | 11:13:48 |
| 15 | it finally sells out, and you haven't put in there to | 11:13:50 |
| 16 | stop selling it in the computer, so more of it comes | 11:13:53 |
| 17 | in.  Classic mistake that happens with online sales. | 11:13:57 |
| 18 | And then so that's the best I remember why I | 11:14:00 |
| 19 | was irritated. | 11:14:03 |
| 20 | Q.  In that timeframe, which is I guess June or | 11:14:03 |
| 21 | so of 2017, why did you want to stop selling it? | 11:14:07 |
| 22 | A.  Because it was not a good seller. | 11:14:11 |
| 23 | Q.  Through what venues did you sell the poster? | 11:14:16 |
| 24 | A.  Just online store and then over the | 11:14:31 |
| 25 | telephone.  I guess people can I guess write a | 11:14:36 |

Ex. 57
668

Transcript of Alex Jones, Corporate Designee
Conducted on December 19, 2018          49

| | | |
|---|---|---|
| 1 | letter.  I don't get that one. | 11:14:39 |
| 2 | Q.  There's a website, Infowarsstore.com; right? | 11:14:41 |
| 3 | A.  Yes. | 11:14:44 |
| 4 | Q.  That's one of the places it was sold? | 11:14:44 |
| 5 | A.  Yes. | 11:14:47 |
| 6 | Q.  And Infowarsshop.com; right? | 11:14:47 |
| 7 | A.  Yes. | 11:14:49 |
| 8 | Q.  That's another place it was sold; right? | 11:14:49 |
| 9 | A.  I don't know if we had them on both sites. | 11:14:51 |
| 10 | Q.  You mentioned selling by telephone.  Do you | 11:14:54 |
| 11 | know if any orders were made by telephone? | 11:14:56 |
| 12 | A.  No, I don't. | 11:14:58 |
| 13 | Q.  If they were, would they be in the regular | 11:14:59 |
| 14 | inventory records? | 11:15:01 |
| 15 | A.  Yes. | 11:15:02 |
| 16 | Q.  How did you advertise the MAGA poster? | 11:15:02 |
| 17 | A.  It was on the shopping cart, and I think I | 11:15:06 |
| 18 | mentioned it a few times. | 11:15:09 |
| 19 | Q.  You say it's on the shopping cart.  Can you | 11:15:10 |
| 20 | explain what that means? | 11:15:13 |
| 21 | A.  Infowarsstore.com. | 11:15:14 |
| 22 | Q.  And so was it made prominent in some way in | 11:15:17 |
| 23 | Infowarsstore.com?  What do you mean, "it was on the | 11:15:23 |
| 24 | shopping cart"? | 11:15:25 |
| 25 | A.  It just was listed somewhere on the shopping | 11:15:26 |

Ex. 57
669

Transcript of Alex Jones, Corporate Designee
Conducted on December 19, 2018                    50

| | | |
|---|---|---|
| 1 | cart. | 11:15:30 |
| 2 | Q.  By "the shopping cart," do you mean the whole | 11:15:31 |
| 3 | of the online store?  Is that the idea? | 11:15:34 |
| 4 | A.  Kind of thing like Amazon.  So no.  Car parts | 11:15:35 |
| 5 | aren't all over Amazon.  People search for it.  So | 11:15:40 |
| 6 | they're looking for that, they go get it.  So if | 11:15:43 |
| 7 | somebody wanted to get kind of Infowars schwag, I | 11:15:47 |
| 8 | guess what you would call it, there's a few things | 11:15:51 |
| 9 | like that, it's not very pop- -- that's not one of | 11:15:53 |
| 10 | our big sellers.  So I just, I really never put much | 11:15:54 |
| 11 | thought into this. | 11:16:02 |
| 12 | Q.  You mentioned that you mentioned it on the | 11:16:03 |
| 13 | show a few times. | 11:16:06 |
| 14 | A.  Yes. | 11:16:07 |
| 15 | Q.  Do you recall approximately when that was? | 11:16:07 |
| 16 | A.  No.  Obviously, I would imagine right around | 11:16:09 |
| 17 | the time it came in.  So I guess that would be in the | 11:16:12 |
| 18 | fourth month of the year, probably third month.  I | 11:16:15 |
| 19 | don't know when it came in.  I will plug something, | 11:16:18 |
| 20 | people will buy it.  Then I plug it more.  If they | 11:16:21 |
| 21 | don't buy it, we discontinue it. | 11:16:24 |
| 22 | So I remember plugging it, and no one was | 11:16:28 |
| 23 | really buying it.  Something like -- we have a | 11:16:28 |
| 24 | meeting once every two weeks about sales.  I was | 11:16:30 |
| 25 | like, "I told you that poster is crap.  Don't reorder | 11:16:32 |

Ex. 57
670

Transcript of Alex Jones, Corporate Designee
Conducted on December 19, 2018                51

| | | |
|---|---|---|
| 1 | it." | 11:16:35 |
| 2 |     Q.  Did sales increase when you plugged it; do | 11:16:35 |
| 3 | you know? | 11:16:38 |
| 4 |     A.  Well, I mean, yes.  When you talk about | 11:16:38 |
| 5 | something to test market it, you're going to get some | 11:16:48 |
| 6 | sales, unless I guess you're selling horse manure.  I | 11:16:51 |
| 7 | guess you could sell that for people's gardens.  So | 11:16:58 |
| 8 | yes, but it didn't do well compared to other | 11:17:01 |
| 9 | products.  And so... | 11:17:06 |
| 10 |     Q.  When you plugged it, did you show the poster | 11:17:14 |
| 11 | on your video program? | 11:17:16 |
| 12 |     A.  Yes. | 11:17:18 |
| 13 |     Q.  What did you say about it? | 11:17:19 |
| 14 |     A.  "We've got this poster, shows some of the | 11:17:22 |
| 15 | characters of the 2016 campaign, and getting the | 11:17:30 |
| 16 | poster helps fund our operation.  So if you like the | 11:17:34 |
| 17 | poster, please get it."  I think I even said I think | 11:17:37 |
| 18 | we all look like we're stoned.  I think I even said | 11:17:39 |
| 19 | that on air.  That's what I do is I really talk about | 11:17:42 |
| 20 | stuff like that.  And that was it. | 11:17:46 |
| 21 |     Q.  And are there any archives of the video or | 11:17:47 |
| 22 | audio of you describing the poster on the show? | 11:17:51 |
| 23 |     A.  We don't log all that.  We just give like | 11:17:53 |
| 24 | shows names.  And so we don't have a system -- we | 11:17:57 |
| 25 | don't have like -- that's why Google and all that is | 11:18:01 |

Ex. 57
671

| | | |
|---|---|---|
| 1 | an artist myself. And this is original. Part of the | 12:01:48 |
| 2 | originalness is the stoned look. I know photos of | 12:01:52 |
| 3 | all these. These are not photos that have been even | 12:01:55 |
| 4 | posterized. This is original art. | 12:01:58 |
| 5 | Q. Have you talked with Mr. Allen about how he | 12:02:01 |
| 6 | made the poster? | 12:02:05 |
| 7 | A. No, I haven't. I'm familiar with his work. | 12:02:07 |
| 8 | I can see it's original. There's no photos like this | 12:02:09 |
| 9 | of anyone. | 12:02:12 |
| 10 | Q. Is that true for Pepe the Frog, too? | 12:02:14 |
| 11 | A. I mean, clearly this is all original. This | 12:02:17 |
| 12 | is his interpretation of what he was seeing through | 12:02:20 |
| 13 | his political lens as a human being and now | 12:02:22 |
| 14 | expressing, just as ancients did on cave walls. | 12:02:27 |
| 15 | Thank God nobody copy wrote mastodons, we | 12:02:31 |
| 16 | would have had lawyers suing the cave people. | 12:02:35 |
| 17 | Q. That sentence we were talking about a minute | 12:02:38 |
| 18 | ago, I was asking you about the "highly | 12:02:44 |
| 19 | transformative" part. What is -- strike that. | 12:02:47 |
| 20 | I want to move on to the next part of the | 12:02:53 |
| 21 | sentence. It says, "conveying a completely different | 12:02:55 |
| 22 | message than plaintiff's works." Do you see that? | 12:03:01 |
| 23 | A. Yes. | 12:03:04 |
| 24 | Q. So what message does the poster convey? | 12:03:04 |
| 25 | A. It just conveys the 2016 campaign and symbols | 12:03:08 |

Ex. 57
672

Transcript of Alex Jones, Corporate Designee
Conducted on December 19, 2018

80

| # | Line | Time |
|---|---|---|
| 1 | that became associated with it, whereas I looked at | 12:03:14 |
| 2 | Furie's work, from what I've seen, it's -- let's just | 12:03:18 |
| 3 | say not complicated, almost stick figure-ish.  I | 12:03:23 |
| 4 | mean, I would have to say below 70 IQ.  I'm not | 12:03:30 |
| 5 | talking about Mr. Furie.  What I've seen of his work, | 12:03:36 |
| 6 | it's so like something for two-year-olds, maybe to | 12:03:39 |
| 7 | teach two-year-old children.  I don't know. | 12:03:44 |
| 8 | It's like, "I am happy.  I am Pepe.  Oh, | 12:03:45 |
| 9 | hello."  It doesn't even -- this is totally different | 12:03:49 |
| 10 | than -- | 12:03:52 |
| 11 | Q.  What message does Pepe the Frog convey in | 12:03:53 |
| 12 | Mr. Furie's works in your understanding? | 12:03:57 |
| 13 | A.  Lobotomy. | 12:04:03 |
| 14 | Q.  What message does Pepe the Frog convey in the | 12:04:07 |
| 15 | MAGA poster in your understanding? | 12:04:10 |
| 16 | A.  Just it's not even a message.  It's these are | 12:04:11 |
| 17 | characters.  These are individuals.  These are | 12:04:18 |
| 18 | symbols.  These are things that were in 2016.  The | 12:04:20 |
| 19 | images of 9/11 would be the Towers, then the invasion | 12:04:30 |
| 20 | of Afghanistan, maybe George Bush, something else. | 12:04:35 |
| 21 | It's just a snapshot of that time. | 12:04:41 |
| 22 | Q.  So you have not met Matt Furie; right? | 12:04:44 |
| 23 | A.  No. | 12:04:47 |
| 24 | Q.  You've never spoken with Matt Furie; right? | 12:04:47 |
| 25 | A.  Not that I know of, no. | 12:04:49 |

Ex. 57
673

Transcript of Alex Jones, Corporate Designee
Conducted on December 19, 2018                    81

| | | |
|---|---|---|
| 1 | Q. And other than if you count something like | 12:04:51 |
| 2 | lawyers-to-lawyers communication, you've never | 12:04:54 |
| 3 | communicated in any way with Matt Furie; right? | 12:04:56 |
| 4 | A. No. | 12:04:59 |
| 5 | Q. No e-mails, texts, anything like that; right? | 12:04:59 |
| 6 | A. No. | 12:05:03 |
| 7 | Q. If you continue on to that interrogatory | 12:05:03 |
| 8 | No. 16 response, it says, "Plaintiff has stated on | 12:05:14 |
| 9 | numerous occasions that he accepts and even invites | 12:05:17 |
| 10 | others making transformative uses of Pepe the Frog | 12:05:21 |
| 11 | and is even fine with others profiting from these | 12:05:25 |
| 12 | transformative uses." | 12:05:28 |
| 13 | You see that; right? | 12:05:29 |
| 14 | A. Yes. Those are quotes from the Daily Dot. | 12:05:29 |
| 15 | Q. From that Daily Dot article you read? | 12:05:32 |
| 16 | A. M-hm. | 12:05:34 |
| 17 | Q. Has Mr. Furie invited you to profit from a | 12:05:34 |
| 18 | transformative use? | 12:05:39 |
| 19 | A. Yes. He said, "Everyone." "He belongs to | 12:05:40 |
| 20 | everyone." That means everyone on the planet, | 12:05:41 |
| 21 | 7.5 billion people. "Everyone" means everyone. | 12:05:45 |
| 22 | Q. Could, in your view, could Mr. Furie ever | 12:05:50 |
| 23 | revoke that grant? | 12:05:54 |
| 24 | A. I'm not a copy -- | 12:05:55 |
| 25 | MR. RANDAZZA: Objection. Calls for a legal | 12:05:58 |

Ex. 57
674

Transcript of Alex Jones, Corporate Designee
Conducted on December 19, 2018                    82

| | | |
|---|---|---|
| 1 | conclusion. | 12:05:59 |
| 2 | THE WITNESS:  I -- I just know this:  If I | 12:05:59 |
| 3 | come out for years and say, "Everybody, use this. | 12:06:05 |
| 4 | Please use this," and then people do, then you turn | 12:06:07 |
| 5 | around and say they're bad and act like something has | 12:06:10 |
| 6 | been stolen from you, that sounds like something Dick | 12:06:16 |
| 7 | Dastardly would be doing.  Somebody who has got a | 12:06:22 |
| 8 | handlebar moustache, and they're going, "Hee hee | 12:06:25 |
| 9 | hee." | 12:06:31 |
| 10 | MR. TOMPROS:  Q.  What if you say | 12:06:31 |
| 11 | specifically that people shouldn't use it, and then | 12:06:32 |
| 12 | after some time, you enforce your copyrights.  That's | 12:06:35 |
| 13 | appropriate; right? | 12:06:40 |
| 14 | MR. RANDAZZA:  Objection.  Form. | 12:06:41 |
| 15 | THE WITNESS:  Again, Mr. Furie said, | 12:06:41 |
| 16 | "Everyone can use it.  It belongs to everyone."  That | 12:06:51 |
| 17 | means you're saying it's free to air.  It's copyright | 12:06:54 |
| 18 | free.  It's digital comments.  It's saying, | 12:06:58 |
| 19 | "Popularize this.  I want this to be big." | 12:07:01 |
| 20 | And then you -- you -- you -- you not only | 12:07:04 |
| 21 | say, "Stop using it," you defame everyone using it by | 12:07:11 |
| 22 | claiming, "I'm the artist, and it's been stolen by | 12:07:16 |
| 23 | white supremacists.  And now I'm going to sue Alex | 12:07:19 |
| 24 | Jones to stop its use in that context."  That's a | 12:07:22 |
| 25 | huge publicity stunt. | 12:07:26 |

Ex. 57
675