NANCY SCHROEDER (SBN 280207)
(nancy.schroeder@wilmerhale.com)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
350 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: +213 443 5300
Facsimile: +213 443 5400

LOUIS W. TOMPROS (*pro hac vice*)
(louis.tompros@wilmerhale.com)
STEPHANIE LIN (*pro hac vice*)
(stephanie.lin@wilmerhale.com)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

WILLIAM C. KINDER (*pro hac vice*)
(will.kinder@wilmerhale.com)
WILMER CUTLER PICKERING
     HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
Telephone: +1 212 230 8800
Facsimile: +1 212 230 8888

*Attorneys for Plaintiff Matt Furie*

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FURIE,<br><br>                    Plaintiff,<br><br>          vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC,<br><br>                    Defendants. | 2:18-cv-01830-MWF-JPR<br><br>**PLAINTIFF MATT FURIE'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW ISO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 6, 2019<br>Time: 10:00 a.m.<br>Hon. Michael W. Fitzgerald<br>Case Filed: March 5, 2018<br>Trial Date: July 16, 2019 |

Plaintiff Matt Furie ("Mr. Furie") seeks summary judgment on Defendants Free Speech Systems, LLC's and Infowars, LLC's (collectively, "Infowars") first, third, fourth, seventh, and eighth affirmative defenses.  Pursuant to Local Rule 56-1, Mr. Furie respectfully submits the following Statement of Uncontroverted Facts and Conclusions of Law in support of Mr. Furie's Motion for Partial Summary Judgment.

## I.  STATEMENT OF UNCONTROVERTED FACTS

| No. | Fact | Evidence |
|---|---|---|
| 1. | Mr. Furie first published Pepe the Frog in 2003 in an online comic book titled *Play Time*. | Ex. 3 [Furie Dep. Tr. at 124:16–22]; Ex. 4 at FURIE_INFO_00000037. |
| 2. | Pepe the Frog is typically depicted with large bulging eyes and multiple white dots in his pupils. | Ex. 5 [Allen Dep. Tr. at 139:15–21]; Ex. 6 [David Jones Dep. Tr. at 52:25–54:4]; Ex. 7 [FURIE_INFO_00000812]. |
| 3. | Pepe the Frog is typically depicted with reddish brown lips and puffy eyelids. | Ex. 5 [Allen Dep. Tr. at 139:15–21]; Ex. 6 [David Jones Dep. Tr. at 52:25–54:4]; Ex. 7 [FURIE_INFO_00000812]. |
| 4. | Pepe the Frog appeared in comic books published by Mr. Furie, titled *Boy's Club*, published online and in print beginning in 2005. | Ex. 8 at FURIE_INFO_00001369; Ex. 9 at FSS000329. |
| 5. | Mr. Furie published *Boy's Club 1* in print in 2006. | Ex. 10 [FURIE_INFO_00000115–00000137]. |

| 6. | Buena Ventura Press published Mr. Furie's comic book, *Boy's Club 2*, in 2008. | Ex. 11 [FURIE_INFO_00000055–00000077]. |
|---|---|---|
| 7. | Buena Ventura Press published Mr. Furie's comic book, *Boy's Club 3*, in 2009. | Ex. 12 [FURIE_INFO_00000290–00000312]. |
| 8. | Pigeon Press published Mr. Furie's comic book, *Boy's Club 4*, in 2010. | Ex. 13 [FURIE_INFO_00000143–165]. |
| 9. | Fantagraphics Books published a compilation of all of Mr. Furie's *Boy's Club* comics. | Ex. 14 [FURIE_INFO_00000171–00000261]. |
| 10. | The character Pepe the Frog is a chill frog dude who has a lackadaisical attitude and enjoys spending time with his animal roommates. | Ex. 15 at FSS000255; Ex. 16 at FSS000360. |
| 11. | Mr. Furie's *Boy's Club* comics "celebrated the lifestyle of 20-something bros, capturing their lives full of junk food, catchphrases, and bodily fluids with horrifying and hilarious accuracy." | Ex. 9 at FSS000329. |
| 12. | Pepe the Frog likes "pop," "pizza," and "talking on his cell." | Ex. 10 at FURIE_INFO_00000121; Ex. 15 at FURIE_INFO_00000256. |

| 13. | Pepe the Frog's signature catch phrase is "feels good man." | Ex. 14 at FURIE_INFO_00000193; Ex. 8 at FURIE_INFO_00001368. |
|---|---|---|
| 14. | By 2008, Pepe the Frog became a widespread internet meme, appearing throughout social media, online message boards, and other media sources. | Ex. 3 [Furie Dep. Tr. at 148:3–9]; Ex. 8 at FURIE_INFO_00001368–00001371; Ex. 6 [David Jones Dep. Tr. at 50:21—51:5]; Ex. 8 at FURIE_INFO_00001368–00001371; Ex. 18 [FURIE_INFO_00000010–00000011]; Ex. 14 at FSS000189–000208. |
| 15. | Pepe the Frog became a popular internet meme, commonly appearing with his catch phrase "feels good man." | Ex. 18 at FURIE_INFO_00000010. |
| 16. | Pepe the Frog was the most reblogged meme on Tumblr in 2015. | Ex. 19 at FSS000354. |
| 17. | In September 2016, *New York Magazine* described Pepe as follows: "His name is Pepe.  You know Pepe.  He's that forest green, anthropomorphic frog with the maroon lips; the one from all the memes." | Ex. 8 at FURIE_INFO_00001368. |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
Case No. 2:18-cv-01830-MWF-JPR

| | | |
|---|---|---|
| 18. | The Pepe the Frog meme became commonly referred to as "Pepe the Frog" or simplified to the name "Pepe." | Ex. 3 [Furie Dep. Tr. at 148:3–9]; Ex. 8 at FURIE_INFO_00001368–00001371. |
| 19. | Mr. Furie licensed his copyrights in Pepe the Frog to Furry Puppet, Bored Teenager, Yesterdays, What Do You Meme, LLC, Wattz Up Power, Inc., FJerry, LLC, Xi'an MOMO IT Limited and RVCA. | Ex. 20 at FURIE_INFO_00000338; Ex. 21 at FURIE_INFO_00000345; Ex. 22 at FURIE_INFO_00000347; Ex. 23 at FURIE_INFO_0000349; Ex. 24 at FURIE_INFO_00000352; Ex. 25 [FURIE_INFO_00000360];  Ex. 26 at FURIE_INFO_00000738; Ex. 27 [Pl.'s March 29, 2019 Supp. Response to Interrogatory 2]. |
| 20. | Mr. Furie's licensees produced various products depicting Pepe the Frog, including plush dolls, mobile applications, and games. | Ex. 20 at FURIE_INFO_00000338; Ex. 21 at FURIE_INFO_00000345; Ex. 22 at FURIE_INFO_00000347; Ex. 23 at FURIE_INFO_0000349; Ex. 24 at FURIE_INFO_00000352; Ex. 25 [FURIE_INFO_00000360];  Ex. 26 at FURIE_INFO_00000738; Ex. 27 [Pl.'s March 29, 2019 Supp. Response to Interrogatory 2]. |
| 21. | Toward the end of 2015, white nationalists and members of the alt-right began associating images of Pepe with white supremacist | Ex. 28 at FURIE_INFO_00000093. |

| | | |
|---|---|---|
| | language and symbols, Nazi symbols, and other offensive imagery. | |
| 22. | On September 16, 2016, Donald Trump Jr. posted an image to Instagram that showed Pepe the Frog standing behind Donald Trump with characters that supported Trump's campaign. | Ex. 29 at FSS00018. |
| 23. | On September 27, 2016, the Anti-Defamation League identified Pepe the Frog as a hate symbol, identifying Pepe as a "cartoon character used by haters on social media to suggest racist, anti-Semitic or other bigoted notions." | Ex. 30 at FURIE_INFO_00000101. |
| 24. | The misappropriation of Pepe the Frog by far-right entities harmed Furie's ability to license Pepe. | Ex. 31 at FURIE_INFO_00000089; Ex. 3 [Furie Dep. Tr. at 121:20–122:12]. |
| 25. | Mr. Furie registered for a U.S. copyright in "Boy's Club 1 zine" on September 1, 2017 bearing Registration Number VA 2-073-600. | Ex. 32 at FURIE_INFO_00000015. |
| 26. | Mr. Furie registered for a U.S. copyright in "Play Time" on | Ex. 33 at FURIE_INFO_00000028. |

5

| | | |
|---|---|---|
| | September 1, 2017 bearing Registration Number VA 2-073-601. | |
| 27. | Mr. Furie registered for a U.S. copyright in "Boy's Club 1" on September 1, 2017 bearing Registration Number VA 2-073-597. | Ex. 34 at FURIE_INFO_00000113. |
| 28. | Mr. Furie registered for a U.S. copyright in "Boy's Club 2" on September 1, 2017 bearing Registration Number VA 2-073-603. | Ex. 35 FURIE_INFO_00000286. |
| 29. | Mr. Furie registered for a U.S. copyright in "Boy's Club 3" on September 1, 2017 bearing Registration Number VA 2-073-598. | Ex. 36 at FURIE_INFO_00000288. |
| 30. | Mr. Furie filed his application for a U.S. copyright registration in "Boy's Club 4" on January 17, 2018 bearing Registration Number VA 2-086-281. | Ex. 37 at FURIE_INFO_00000835. |
| 31. | Mr. Furie registered for a U.S. copyright in "Boy's Club Collective Edition" on September | Ex. 38 at FURIE_INFO_00000953. |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
Case No. 2:18-cv-01830-MWF-JPR

| | | |
|---|---|---|
| | 1, 2017 bearing Registration Number VA 2-103-877. | |
| 32. | Mr. Furie registered for a U.S. copyright in "Pepe in the Blue Shirt" on September 1, 2017 bearing Registration Number VA 2-074-461. | Ex. 39 at FURIE_INFO_00000017; Ex. 1 [FURIE_INFO_00000166]; Ex. 40 at FURIE_INFO_00000053. |
| 33. | Mr. Furie drew "Pepe in a Blue Shirt" no later than April 12, 2016. | Ex. 7 [FURIE_INFO_00000812]. |
| 34. | Mr. Furie submitted his drawing of "Pepe in a Blue Shirt" with his copyright application on September 1, 2017. | Ex. 41 at FURIE_INFO_00000032; Ex. 1 FURIE_INFO_00000166]; Ex. 48 [Pl.'s Jan. 14, 2019 Response to Interrog. 10]. |
| 35. | Copyright notices were attached to each of the originally published *Boy's Club 2*, *Boy's Club 3*, *Boy's Club 3*, and the 2016 compilation of the *Boy's Club* comic books. | Ex. 11 at FURIE_INFO_00000057; Ex. 12 at FURIE_INFO_00000292; Ex. 13 at FURIE_INFO_00000145; Ex. 14 at FURIE_INFO_00000260. |
| 36. | Beginning in Fall 2017, Mr. Furie began sending cease-and-desist letters, Digital Millennium Copyright Act ("DMCA") notices, and filing infringement lawsuits to enforce his rights in Pepe the Frog. | Ex. 42 at FURIE_INFO_00000395; Ex. 43 at FURIE_INFO_00000397; Ex. 44 at FURIE_INFO_00000399; Ex. 45 at FURIE_INFO_00000403; Ex. 46 at FURIE_INFO_00000407. |

| 37. | On August 7, 2010, an interview for an article by A.J. Mazur, titled "Q&A with Matt Furie," was posted to *knowyourmeme.com* in which Mr. Furie was quoted as saying "I don't really mind" when asked "how do you feel about people remixing your work?" | Ex. 47 at FSS000322. |
|---|---|---|
| 38. | On July 28, 2016, an article by Sean T. Collins, titled "The Creator of Pepe the Frog Talks About Making Comics in the Post-Meme World," was posted to *vice.com* in which Mr. Furie was quoted as saying "a lot of people make a conscious effort to go out and try and create that kind of meme success." | Ex. 9 at FSS000333. |
| 39. | On September 13, 2016, an article by Abraham Riesman, titled "What Happens When Hillary Clinton Calls Your Cartoon Frog Racist," was posted to *nymag.com* in which Mr. Furie was cited as saying "his brother showed him | Ex. 8 at FURIE_INFO_00001370. |

| | | some Google analytics for mentions of [Pepe the Frog]." | |
|---|---|---|---|
| 40. | | Mr. Furie has repeatedly asserted his copyrights in Pepe the Frog through public statements, licensing to third parties, and legal action. | Ex. 48 [Pl.'s Jan. 14, 2019 Response to Interrog. 5]; Ex. 42 at FURIE_INFO_00000395; Ex. 43 at FURIE_INFO_00000397; Ex. 44 at FURIE_INFO_00000399; Ex. 45 at FURIE_INFO_00000403; Ex. 46 at FURIE_INFO_00000407; Ex. 49 at FURIE_INFO_00001863; Ex. 50 at FURIE_INFO_00001472; Ex. 51 [FURIE_INFO_00001890–00001904]; Ex. 52 [FURIE_INFO_00001905–00001924]; Ex. 69 at FURIE_INFO_00012027. |
| 41. | | Mr. Furie filed this lawsuit on March 5, 2018. | Ex. 53 [Complaint, Dkt. 1] at cover page. |
| 42. | | On July 28, 2016, an article by Sean T. Collins, titled "The Creator of Pepe the Frog Talks About Making Comics in the Post-Meme World," was posted to *vice.com* in which Mr. Furie was quoted as saying "[Pepe's] got, randomly, a blue shirt and brown | Ex. 54 [Pl.'s Jan. 14, 2019 Response to Request for Admission 12]; Ex. 9 at FSS000333. |

9

| | | |
|---|---|---|
| | lips, and that's his accepted outfit now. [T]hat kind of piss[es] me off about it. Other than that, I don't really care." | |
| 43. | Jon Allen created the first MAGA Poster in January 2017. | Ex. 5 [Allen Dep. Tr. at 20:8–9, 23:11–13]. |
| 44. | The MAGA Posters depict Pepe the Frog in the upper left corner. | Ex. 2 [Allen_Furie_0000033]; Ex. 5 [Allen Dep. Tr. at 139:15–21]. |
| 45. | Mr. Allen created the image of Pepe the Frog in the MAGA Posters by finding an image of Pepe the Frog on Google, and then drawing on top of that image using Adobe Illustrator. | Ex. 5 [Allen Dep. Tr. at 25:19–26:3, 31:5–32:6]. |
| 46. | Mr. Allen intentionally made the image of Pepe the Frog in the MAGA Posters recognizable as Pepe the Frog. | Ex. 5 [Allen Dep. Tr. at 139:15–21, 129:19–23]; Ex. 53 [Complaint, Dkt. 1, Ex. B1] at 25, 26, 38, 39. |
| 47. | Mr. Allen offered the MAGA Posters to Infowars to sell on the Infowars online store. | Ex. 5 [Allen Dep. Tr. at 20:10–11, 48:22–23]; Ex. 55 [Allen_Furie_0000036]. |
| 48. | Free Speech Systems, LLC is the operating business for the media platform known as "Infowars." | Ex. 6 [David Jones Dep. Tr. at 13:22–14:9]. |

| 49. | Free Speech Systems, LLC owns and operates the websites through which MAGA Posters was sold. | Ex. 56 [FSS Amended Answer to Second Amended Complaint, Dkt. 69] at ¶ 24. |
|---|---|---|
| 50. | Alex Jones believed MAGA Posters would be a popular item of sale for Infowars's customers. | Ex. 57 [Alex Jones Dep. Tr. at 30:19–24]. |
| 51. | Infowars offered MAGA Posters for sale through its online store. | Ex. 58 at FSS000001; Ex. 59 at FURIE_INFO_00000079; Ex. 60 at FURIE_INFO_00000085; Ex. 57 [Alex Jones Dep. Tr. at 48:23–49:7]; Ex. 61 [Infowars's Dec. 7, 2018 Supp. Response to Pl.'s Interrog. 6]. |
| 52. | Infowars promoted MAGA Posters on *The Alex Jones Show* and on the Infowars website. | Ex. 53 [Complaint, Dkt. 1, Ex. B] at 18–20; Ex. 57 [Alex Jones Dep. Tr. at 49:16–18, 50:21–51:5]; Ex. 61 [Infowars's Dec. 7, 2018 Supp. Response to Pl.'s Interrog. 6]; Ex. 17 [FSS004872–004875]. |
| 53. | Multiple Infowars customers recognized Pepe the Frog in MAGA Posters and commented on Pepe's inclusion. | Ex. 53 [Complaint, Dkt. 1, Ex. B] at 25, 26, 38, 39. |
| 54. | Alex Jones recognized the image of Pepe the Frog in a MAGA Poster when he saw the poster for the first time. | Ex. 57 [Alex Jones Dep. Tr. at 30: 21–24]. |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
Case No. 2:18-cv-01830-MWF-JPR

| 55. | Infowars generated revenues totaling $31,407.44 from selling various iterations of MAGA Posters. | Ex. 61 [Infowars's Dec. 7, 2018 Supp. Responses to Pl.'s Interrog. 3]. |
|---|---|---|
| 56. | Mr. Furie did not enter into a license agreement with either Infowars or Jon Allen for the use of the image or character of Pepe the Frog. | Ex. 5 [Allen Dep. Tr. at 36:1–5]; Ex. 6 [David Jones Dep. Tr. at 136:12–14]. |
| 57. | Mr. Furie never offered a license for his copyrights in Pepe the Frog to Infowars. | Ex. 6 [David Jones Dep. Tr. at 136:4–11]. |
| 58. | Infowars never accepted an offer from Mr. Furie for a license for his copyrights in Pepe the Frog. | Ex. 6 [David Jones Dep. Tr. at 136:4–11]. |
| 59. | Infowars has never communicated with Mr. Furie. | Ex. 57 [Alex Jones Dep. Tr. at 80:22–81:6]; Ex. 6 [David Jones Dep. Tr. at 135:8–21]; Ex. 3 [Furie Dep. Tr. at 192:19–20]. |
| 60. | Infowars never contacted, or even attempted to contact, Mr. Furie to obtain a license in Pepe the Frog. | Ex. 3 [Furie Dep. Tr. at 192:19–20]; Ex. 57 [Alex Jones Dep. Tr. at 80:22–81:6]; Ex. 6 [David Jones Dep. Tr. at 135:8–21]. |
| 61. | Infowars did not ask Mr. Furie to create Pepe the Frog. | Ex. 6 [David Jones Dep. Tr. at 135:22–24]. |

| | | |
|---|---|---|
| 62. | Mr. Furie never made an offer to Infowars for a license in Pepe the Frog. | Ex. 6 [David Jones Dep. Tr. at 136:4–11]; Ex. 57 [Alex Jones Dep. Tr. at 80:24–25]. |
| 63. | Mr. Furie has never communicated in any way with any person from Infowars. | Ex. 3 [Furie Dep. Tr. at 192:19–20]; Ex. 57 [Alex Jones Dep. Tr. at 80:22–81:6]; Ex. 6 [David Jones Dep. Tr. at 135:8–21]. |
| 64. | Infowars never negotiated with Mr. Furie for the rights to use the image of Pepe the Frog in the MAGA Posters. | Ex. 3 [Furie Dep. Tr. at 192:19–20]; Ex. 57 [Alex Jones Dep. Tr. at 80:22–81:6]; Ex. 6 [David Jones Dep. Tr. at 135:8–21]. |
| 65. | Mr. Furie's statements in media interviews on which Infowars relies for its affirmative defenses do not describe the terms of a potential copyright license in the image or character of Pepe the Frog. | Ex. 62 [Infowars Amended Answers to SAC, Dkt. 70] at ¶¶ 37–39; Ex. 63 [FURIE_INFO_00000989–00000992]; Ex. 15 [FSS000254–000258]; Ex. 22 [FSS000328–000338]; Ex. 64 [FSS000345–000352]. |
| 66. | Mr. Furie's statements in media interviews do not describe payment of licensing fees in exchange for a license in the image or character of Pepe the Frog. | Ex. 62 [Infowars Amended Answers to SAC, Dkt. 70] at ¶¶ 37–39; Ex. 63 [FURIE_INFO_00000989–00000992]; Ex. 15 [FSS000254–000258]; Ex. 22 [FSS000328–000338]; Ex. 64 [FSS000345–000352]. |

| 67. | Mr. Furie's statements in media interviews on which Infowars relies for its affirmative defenses do not include promises from Mr. Furie regarding a license in the image or character of Pepe the Frog. | Ex. 62 [Infowars Amended Answers to SAC, Dkt. 70] at ¶¶ 37–39; Ex. 63 [FURIE_INFO_00000989–00000992]; Ex. 15 [FSS000254–000258]; Ex. 22 [FSS000328–000338]; Ex. 64 [FSS000345–000352]. |
|---|---|---|
| 68. | Mr. Furie's statements in media interviews on which Infowars relies for its affirmative defenses do not identify any person or entity as a potential licensee for the image or character of Pepe the Frog. | Ex. 62 [Infowars Amended Answers to SAC, Dkt. 70] at ¶¶ 37–39; Ex. 63 [FURIE_INFO_00000989–00000992]; Ex. 15 [FSS000254–000258]; Ex. 22 [FSS000328–000338]; Ex. 64 [FSS000345–000352]. |
| 69. | The MAGA Posters depict Pepe the Frog's entire face. | Ex. 2 [Allen_Furie_0000033]. |
| 70. | The version of Pepe the Frog in the MAGA Posters displays Pepe's most prominent features, including his bulging eyes, three light-colored dots in the pupils, puffy eyelids, and red lips. | Ex. 2 [Allen_Furie_0000033]; Ex. 5 [Allen Dep. Tr. at 139:15–21]. |
| 71. | Alex Jones discussed this lawsuit on the March 6, 2018 episode of *The Alex Jones Show*. | Ex. 52 at FURIE_INFO_00001908–00001909, 4:13–5:10. |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
Case No. 2:18-cv-01830-MWF-JPR

| | | |
|---|---|---|
| 72. | Mr. Furie stated in a published interview with *esquire.com*, published on September 28, 2016 that "Pepe the Frog is copyrighted by me." | Ex. 65 at FSS000143. |
| 73. | Mr. Furie, in conjunction with the Anti-Defamation League, issued a press release on October 14, 2016 announcing a partnership to end the misappropriation of Pepe the Frog. | Ex. 66 at FURIE_INFO_00000104. |
| 74. | *Motherboard*, a subsidiary of *Vice Media*, reported on August 28, 2017 that Mr. Furie "will aggressively enforce his intellectual property, using legal action if necessary, to end the misappropriation of Pepe the Frog." | Ex. 49 at FURIE_INFO_00001863; Ex. 69 at FURIE_INFO_00012027. |
| 75. | Mr. Furie issued a press release on September 18, 2017 stating he "expanded his enforcement of his intellectual property rights in Pepe" by taking legal action against additional parties using images of Pepe the Frog. | Ex. 50 at FURIE_INFO_00001472. |

PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
Case No. 2:18-cv-01830-MWF-JPR

| 76. | Alex Jones hosted Mike Cernovich on *The Alex Jones Show* on September 17, 2017 to discuss a cease-and desist letter from Mr. Furie demanding that Mr. Cernovich stop using Pepe the Frog. | Ex. 51 [FURIE_INFO_00001890–00001904]; Ex. 57 [Alex Jones Dep. Tr. at 33:9–20]. |
|---|---|---|
| 77. | Mr. Furie's inspiration for Pepe the Frog and the other characters in the *Boy's Club* comic books were Mr. Furie's family and friends. | Ex. 48 [Pl.'s Jan. 14, 2019 Response to Interrog. 1]. |
| 78. | Pepe the Frog was not inspired by any literary or other character. | Ex. 48 [Pl.'s Jan. 14, 2019 Response to Interrog. 1]. |
| 79. | El Sapo was not an inspiration for Pepe the Frog. | Ex. 3 [Furie Dep. Tr. at 144:2–7]. |
| 80. | Mr. Furie had never seen El Sapo Pepe before this litigation. | Ex. 3 [Furie Dep. Tr. at 144:4–5]. |
| 81. | Mr. Furie has never been to Argentina. | Ex. 67 [Pl.'s Feb. 22, 2019 Response to Interrog. 15]; Ex. 3 [Furie Dep. Tr. at 124:16–22]; Ex. 4 at FURIE_INFO_00000037. |
| 82. | Mr. Furie never traveled to Argentina or any other Latin American country prior to creating Pepe the Frog. | Ex. 67 [Pl.'s Feb. 22, 2019 Response to Interrog. 15]; Ex. 3 [Furie Dep. Tr. at 124:16–22]; Ex. 4 at FURIE_INFO_00000037. |

| 83. | Mr. Furie's "Pepe in the Blue Shirt" is not identical to "El Sapo." | Ex. 1 [FURIE_INFO_00000166]; Ex. 68 [Dkt. 71-2 at 2–3]. |
|---|---|---|

PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
Case No. 2:18-cv-01830-MWF-JPR

## II.    PROPOSED CONCLUSIONS OF LAW

### A.    Infowars's "Implied or Explicit License" Defense Fails

1.      To survive summary judgment on its affirmative defense of implied license, Infowars must identify evidence establishing a dispute of material fact on "the same elements necessary to evidence an express contract: mutual assent or offer and acceptance, consideration, legal capacity and lawful subject matter." *Northstar Financial Advisors Inc. v. Schwab Investments*, 779 F.3d 1036, 1050–51 (9th Cir. 2015) (quoting 1 Richard A. Lord, Williston on Contracts § 1:5 at 37-38 (4th ed. 2007).  There are no genuine disputes of material fact precluding summary judgment on Infowars's implied license defense.

2.      Infowars has failed to identify evidence that it received an offer for a license to Pepe the Frog.  Nor has Infowars identified evidence that it accepted an offer for a license to Pepe the Frog.  Without evidence that the parties mutually assented to the asserted license through offer and acceptance, Infowars's implied license defense fails.  *Done! Ventures, LLC v. Gen. Elec. Co.*, 2011 WL 13217220, at *5 (C.D. Cal. Jan. 21, 2011) (mutual assent requires "an offer communicated to the offeree and an acceptance communicated to the offeror")

3.      Infowars has failed to identify evidence that the alleged license between Infowars and Mr. Furie was supported by consideration.  Without evidence of a bargained-for agreement imposing some obligation on Infowars, there can be no consideration and therefore no license.  *Gemcap Lending I, LLC v. Crop USA Ins. Agency, Inc.*, 2014 WL 12589335, at *4 (C.D. Cal. Jan. 14, 2014) (no consideration where party "obtained no discernable benefit in return"); *Ormesher v. Raskin*, 2010 WL 11549656, at *2 (C.D. Cal. May 6, 2010) (consideration is a "required element to form a binding contract").

4.      Even if an implied license existed between the parties, the license was revoked.  *Kinney v. Oppenheim*, 2011 WL 13217573, at *4 (C.D. Cal. Mar. 3, 2011) ("[N]onexclusive licenses are revocable absent consideration.") (quoting 3–10 Nimmer on Copyright § 10.02[B][5]).  Mr. Furie's sustained and public enforcement activities demonstrate that—if there were any license—he terminated it by at least September 28, 2016.  *Peer Int'l Corp. v. Luna Records, Inc.*, 887 F. Supp. 560, 566 (S.D.N.Y. 1995) (summary judgment of copyright infringement where plaintiff's enforcement activity demonstrated intent to terminate license).

### B.      Infowars's "Abandonment or Forfeiture" Defense Fails

5.      To survive summary judgment on its affirmative defense of abandonment, Infowars must identify evidence establishing a dispute of material fact that "there is an intent by the copyright proprietor to surrender rights in his work."  *A&M Records, Inc. v. Napster, Inc.*, 239 F.3d 1004, 1026 (9th Cir. 2001) (internal quotation marks omitted).  Abandonment must be evidenced by "clear, decisive and unequivocal conduct" indicating intent, *Interscope Records v. Time Warner, Inc.*, 2010 WL 11505708, at *13 (C.D. Cal. June 28, 2010), and "must be manifested by some overt act indicative of a purpose to surrender the rights and allow the public to copy."  *Hampton v. Paramount Pictures Corp.*, 279 F.2d 100, 104 (9th Cir. 1960) (emphasis added).  There are no genuine disputes of material fact precluding summary judgment on Infowars's implied license defense.

6.      Infowars has not identified evidence of "clear, decisive and unequivocal conduct" indicating an intent to surrender Mr. Furie's rights in Pepe. Mr. Furie's comic books are marked with copyright notices.  Mr. Furie has repeatedly asserted the copyrights in his works, through public statements, licensing to third parties, and legal action.

7.      The media statements by Mr. Furie on which Infowars relies relate to derivative works of Pepe the Frog in internet memes and are not in reference to

19

Mr. Furie's copyrights or the commercial use of Pepe the Frog.  Such statements cannot be construed as the type of unequivocal conduct evidencing an intent to abandon copyrights.  *See Hampton v. Paramount Pictures Corp.*, 279 F.2d 100, 104 (9th Cir. 1960) (finding no abandonment where copyright owner did not give permission to sell copyrighted prints for commercial exhibition, even though copyright owner took no action for 25 years).

8.     Infowars has failed to identify evidence that refutes Mr. Furie's affirmative statements and actions regarding his intent to maintain his copyrights in Pepe the Frog.  *See, e.g.*, *Dolores Press, Inc. v. Robinson*, 2019 WL 1223320, at *4 (9th Cir. Mar. 15, 2019) (affirming summary judgment in favor of copyright owner on claim of abandonment where copyright was enforced).  Therefore, no genuine disputes of material fact exist regarding Infowars's abandonment defense and summary judgment should be entered in Mr. Furie's favor.

## C.     Infowars's "Lack of Copyright" Defense Fails

9.     To survive summary judgment on its affirmative defense of lack of copyright, Infowars must identify evidence establishing a dispute of material fact that "[1] plaintiff had access to the prior work and [2] that plaintiff's work is substantially similar to the prior work in both ideas and expression."  *N. Coast Indus. v. Jason Maxwell, Inc.*, 972 F.2d 1031, 1033–34 (9th Cir. 1992).  There are no genuine disputes of material fact precluding summary judgment on Infowars's lack of copyright defense.

10.     Infowars has failed to identify evidence that Mr. Furie had access to El Sapo.  The uncontroverted evidence establishes that El Sapo was not an inspiration for Pepe the Frog in any way, that Mr. Furie never heard of or saw El Sapo until this litigation, and that Mr. Furie had never traveled to Argentina or any other Latin American country prior to creating Pepe the Frog.  Infowars has

produced no evidence that refutes Mr. Furie's testimony, and therefore the lack of copyright defense fails under the first element.

11.     Infowars has also failed to identify evidence that Pepe the Frog is substantially similar to El Sapo.  Summary judgment for lack of substantial similarity is appropriate when there are ""insufficient objective similarities between the works."  *See Funky Films, Inc. v. Time Warner Entm't Co.*, 462 F.3d 1072, 1077 (9th Cir. 2006).

12.     Contrary to Infowars's assertion, El Sapo and Pepe the Frog are objectively distinct.  El Sapo has none of Pepe the Frog's most common features: puffy eyelids, red lips, and bulging eyes.  These major visual differences are alone enough to find that the characters lack substantial similarity.  As a result, the two characters cannot, as a matter of law, be substantially similar.  *Florentine Art Studio, Inc. v. Vedet K. Corp.*, 891 F. Supp. 532, 536 (C.D. Cal. 1995) (finding lack of substantial similarity of plaster swan statues because defendant's "differ[ed] from plaintiff's in the beak, which extends to the wings, in its larger tail, and in the lines at the base")

### D.     Infowars's "Invalid Certificate of Registration" Defense Fails

13.     To survive summary judgment on its affirmative defense of lack of copyright, Infowars must identify evidence establishing that (1) Mr. Furie knowingly applied for his Certificate of Registration No. VA0002074461 for "Pepe in the Blue Shirt" with inaccurate information; and (2) that inaccurate information would have caused the Copyright Office to refuse registration.  17 U.S.C. § 411(b)(1).

14.     Infowars has identified no evidence that Mr. Furie's application for "Pepe in the Blue Shirt" contained inaccurate information.  The undisputed evidence shows that Mr. Furie created a digital version "Pepe in the Blue Shirt" on

April 12, 2016, and that he submitted that with his copyright application. The interview statement on which Infowars relies does not state that Mr. Furie is not the creator of "Pepe in the Blue Shirt." Nor could it, as it predates Mr. Furie's creation of "Pepe in the Blue Shirt."

15.     Because Infowars has failed to identify evidence that Mr. Furie's copyright application contained inaccurate information, its invalid certificate of registration defense fails.

### E.     Infowars's *"De Minimis* Use" Defense Fails

16.     To survive summary judgment on its affirmative defense of *de minimis* use, Infowars must identify evidence establishing that the MAGA poster's use of the image and character of Pepe the Frog "is so meager and fragmentary that the average audience would not recognize the appropriation" of Mr. Furie's copyrighted work. *Fisher v. Dees*, 794 F.2d 432, 434 n.2 (9th Cir. 1986). There are no genuine disputes of material fact precluding summary judgment on Infowars's *de minimis* use defense.

17.     The image and character of Pepe the Frog is protected by Mr. Furie's copyright in "Pepe in the Blue Shirt."

18.     The image and character of Pepe the Frog is protected by Mr. Furie's copyrights in *Play Time* and the *Boy's Club* comics. "[C]opyright protection extends not only to an original work as a whole, but also to 'sufficiently distinctive' elements, like comic book characters, contained within the work." *DC Comics v. Towle*, 802 F.3d 1012, 1019–20 (9th Cir. 2015). The undisputed evidence shows that Pepe the Frog has "physical as well as conceptual qualities;" is "'sufficiently delineated' to be recognizable as the same character whenever it appears;" and is "especially distinctive," with "unique elements of expression."

1  *DC Comics*, 802 F.3d at 1021.  The image and character of Pepe the Frog is
2  therefore protected by copyright.

3       19.     Infowars has failed to identify evidence that the use of Pepe the Frog
4  in the MAGA poster is so meager that the average audience would not recognize
5  the misappropriation.  *Fisher*, 794 F.2d at 434 n.2.  To the contrary, the artist who
6  created the first MAGA Poster intended Pepe the Frog to be recognizable.  And
7  multiple Infowars customers, Alex Jones, and David Jones all recognized Pepe the
8  Frog in the MAGA Posters.  Therefore, Infowars's *de minimis* use defense fails.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW
Case No. 2:18-cv-01830-MWF-JPR

1     Dated: April 8, 2019           Respectfully submitted,

2                                          By: /s/ *Louis W. Tompros*

3

4                                          **Wilmer Cutler Pickering Hale and Dorr LLP**

5                                          Nancy Schroeder (SBN 280207)

6                                          350 S. Grand Ave. Suite 2100
Los Angeles, CA 90071

7                                          Tel.: (213) 443-5300
Fax: (213) 443-5400

8                                          nancy.schroeder@wilmerhale.com

9                                          Louis W. Tompros (*pro hac vice*)

10                                        Stephanie Lin (*pro hac vice*)
60 State Street

11                                        Boston, MA 02109

12                                        Tel.: (617) 526-6000
Fax: (617) 526-5000

13                                        louis.tompros@wilmerhale.com

14                                        stephanie.lin@wilmerhale.com

15                                        William C. Kinder (*pro hac vice*)

16                                        7 World Trade Center
250 Greenwich Street

17                                        New York, New York 10007

18                                        Tel.: (212) 295-6509
Fax: (212) 230-8888

19                                        will.kinder@wilmerhale.com

20                                        *Attorneys for Plaintiff*

21                                        MATT FURIE

22

23

24

25

26

27

28