Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendants,*
*Infowars, LLC and Free Speech Systems, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATT FURIE,<br><br>  Plaintiff,<br><br> vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC,<br><br>  Defendants. | Case No. 2:18-cv-01830-MWF-JPR<br><br>**DEFENDANTS INFOWARS, LLC AND FREE SPEECH SYSTEMS, LLC'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 6, 2019<br>Time: 10:00 a.m.<br>Hon. Michael W. Fitzgerald<br><br>Case Filed: March 5, 2018<br>Trial Date: July 16, 2019 |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT** on May 6, 2019 at 10:00 a.m., before Courtroom 5A of the above-identified Court, located at First Street Courthouse, 350 West First Street, Los Angeles, California 90012, Defendants Infowars, LLC and Free Speech Systems, LLC (collectively, "Defendants") will, and hereby do, move for summary judgment on all claims brought by Plaintiff Matt Furie. The grounds for the instant Motion are more particularly set forth in the Memorandum of Points and Authorities filed concurrently. Briefly and without limitation to the foregoing, Defendants move for summary judgment because (1) Defendant Infowars did not take part in any allegedly infringing activity; (2) Defendant FSS's sale of the allegedly infringing work at issue is a fair use under copyright law; (3) Mr. Furie has abandoned any copyright interest he had in the character of Pepe the Frog and/or granted FSS an implied license to use the character; and (4) Mr. Furie cannot recover statutory damages or attorneys' fees under the Copyright Act.

This Motion is based on this Notice of Motion, as well as on the Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law and exhibits thereto, the Declaration of Heather Ebert in support, the papers and pleadings on file in this action, and such arguments and evidence as may be introduced at the hearing on this Motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, via telephone conversation, which took place on March 15, 2019.

Dated: April 8, 2019	Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza

Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendants,
Infowars, LLC and
Free Speech Systems, LLC*

Case No. 2:18-cv-01830-MWF-JPR

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

s/ Marc J. Randazza
Marc J. Randazza