**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATT FURIE, <br><br> PLAINTIFF(S) <br><br> v. <br><br> INFOWARS, LLC, et al., <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 18-1830 MWF (JPRx) <br><br> ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S) |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 04/08/2019 | / | 89 | / | Application for Leave to File Under Seal |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| | / | | / | |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

☐ Document submitted in the wrong case
☐ Incorrect document is attached to the docket entry
☐ Document linked incorrectly to the wrong document/docket entry
☐ Incorrect event selected. Correct event is _____
☐ Case number is incorrect or missing
☐ Hearing information is missing, incorrect, or not timely
☐ Local Rule 7.1-1 No Certification of Interested Parties and/or no copies
☐ Case is closed
☐ Proposed Document was not submitted as separate attachment
☐ Title page is missing
☐ Local Rule 56-1 Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2 Statement of genuine disputes of material fact lacking
☐ Local Rule 7-19.1 Notice to other parties of ex parte application lacking
☐ Local Rule 11-6 Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8 Memorandum/brief exceeding 10 pages shall contain table of contents
☒ Other:  See Procedures and Schedules, http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald, for under seal filing procedures.

Dated: April 10, 2019     By: _/s/ Michael W. Fitzgerald_
                              U.S. District Judge

*cc: Assigned District and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G-106 (6/12)            ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)