NANCY SCHROEDER (SBN 280207)
(nancy.schroeder@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: +213 443 5300
Facsimile: +213 443 5400

LOUIS W. TOMPROS (*pro hac vice*)
(louis.tompros@wilmerhale.com)
STEPHANIE LIN (*pro hac vice*)
(stephanie.lin@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

WILLIAM C. KINDER (*pro hac vice*)
(will.kinder@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
Telephone: +1 212 230 8800
Facsimile: +1 212 230 8888

*Attorneys for Plaintiff Matt Furie*

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FURIE,<br><br>                    Plaintiff,<br><br>      vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC,<br><br>                    Defendants. | 2:18-cv-01830-MWF-JPR<br><br>**DECLARATION OF LOUIS W. TOMPROS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 6, 2019<br>Time: 10:00 a.m.<br>Hon. Michael W. Fitzgerald<br>Case Filed: March 5, 2018<br>Trial Date: July 16, 2019 |

I, Louis W. Tompros, declare under penalty of perjury that:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am lead trial counsel for Plaintiff Matt Furie.

2. I am a member in good standing of the bar of the Commonwealth of Massachusetts. I have never been suspended, disbarred, sanctioned, or cited for contempt by any court or administrative body.

3. I respectfully submit this declaration in opposition to Defendant Infowars, LLC and Free Speech Systems, LLC's (collectively, "Infowars") Motion for Summary Judgment in the above-referenced matter. This declaration is based upon my personal knowledge.

4. On March 14, 2019, Tennyson J. Fauver of Randazza Legal Group, LCC, emailed my colleague, William C. Kinder, requesting a time to met and confer on an anticipated motion for summary judgment. The following day, Mr. Kinder proposed a date for that conference of Friday, March 22, 2019.

5. In response to that proposal, Marc Randazza, lead counsel for Defendants, responded requesting an earlier conference date. In his email, Mr. Randazza stated, "This call doesn't need the entire team on each side. I think it is safe to predict that you're not going to agree to our motion. The basis for it is pretty predictable -- 1) He ripped off Pepe from the Argentine version, 2) fair use".

6. I responded to Mr. Randazza's email and agreed to confer by phone with him at 4:30 p.m. on March 15, 2019. I also stated in my response that Mr. Furie likewise anticipated filing a motion for summary judgment, and I proposed discussing both parties' motions on that call.

2

DECLARATION OF LOUIS W. TOMPROS
Case No. 2:18-cv-01830-MWF-JPR

7. Mr. Randazza and I spoke by phone at 4:30 p.m. ET on March 15, 2019. During that call, we discussed the bases for both parties' summary judgment motions.

8. Mr. Randazza stated that the grounds for Infowars's summary judgment motion were fair use and lack of copyright because Mr. Furie allegedly copied Pepe the Frog from El Sapo Pepe. Specifically, Mr. Randazza stated that Infowars planned to move for summary judgment on fair use, and may or may not ultimately move for summary judgment on El Sapo Pepe. I told Mr. Randazza that we would oppose on both grounds.

9. Mr. Randazza did not identify any other bases for moving for summary judgment. Specifically, he did not make any mention of moving on the basis of: (1) Infowars LLC being an improper defendant or not engaging in the alleged infringement; (2) abandonment; (3) implied license; (4) statutory damages; or (5) attorneys' fees.

10. To my knowledge, the first time that any counsel for Mr. Furie was made aware that Infowars intended to seek summary judgment on the Infowars LLC issue, abandonment, implied license, statutory damages, or attorneys' fees was when Infowars's motion was served by ECF late in the evening of April 8, 2019.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2019 at Boston, Massachusetts.

_____
Louis W. Tompros