NANCY SCHROEDER (SBN 280207)
(nancy.schroeder@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: +213 443 5300
Facsimile: +213 443 5400

LOUIS W. TOMPROS (*pro hac vice*)
(louis.tompros@wilmerhale.com)
STEPHANIE LIN (*pro hac vice*)
(stephanie.lin@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

WILLIAM C. KINDER (*pro hac vice*)
(will.kinder@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
Telephone: +1 212 230 8800
Facsimile: +1 212 230 8888

*Attorneys for Plaintiff Matt Furie*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATT FURIE,<br><br>                     Plaintiff,<br><br>vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC,<br><br>                     Defendants. | 2:18-cv-01830-MWF-JPR<br><br>**DECLARATION OF WILLIAM C. KINDER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: May 6, 2019<br>Time: 10:00 a.m.<br>Hon. Michael W. Fitzgerald<br>Case Filed: March 5, 2018<br>Trial Date: July 16, 2019 |

DECLARATION OF WILLIAM C. KINDER
Case No. 2:18-cv-01830-MWF-JPR

I, William C. Kinder, declare under penalty of perjury that:

1. I am a senior associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiff Matt Furie, and am a member of good standing of the bar in New York and Massachusetts. I respectfully submit this declaration in support of Plaintiff Matt Furie's Opposition to the Motion for Summary Judgment of Defendants Infowars, LLC and Free Speech Systems, LLC (collectively, "Infowars") in the above-referenced matter. This declaration is based upon my personal knowledge.

2. Attached hereto as **Exhibit 70** is a true and correct copy of excerpted portions of the transcript for the deposition of Matt Furie, which took place on February 13, 2019.

3. Attached hereto as **Exhibit 71** is a true and correct copy of excerpted portions of the transcript for the deposition of Alex Jones, which took place on December 19, 2018.

4. Attached hereto as **Exhibit 72** is a true and correct copy of excerpted portions of the transcript for the deposition of David Jones, which took place on December 18, 2018.

5. Attached hereto as **Exhibit 73** is a true and correct copy of excerpted portions of the transcript for the deposition of Jon Allen, which took place on December 14, 2018.

6. Attached hereto as **Exhibit 74** is a true and correct copy of an email exchange between Mr. Furie and Imad Khan on April 6, 2015, bearing Bates numbers FURIE_INFO_00000989 – FURIE_INFO_00000992.

7. Attached hereto as **Exhibit 75** is a true and correct copy of the article "*It's Not Easy Being Meme,*" produced by Defendants' counsel on October 9, 2018, bearing Bates numbers FSS000339 – FSS000344.

8. Attached hereto as **Exhibit 76** is a true and correct copy of an email exchange between my WilmerHale colleague Louis Tompros and Bruce Packard, bearing Bates numbers FURIE_INFO_00001247 – FURIE_INFO_00001249.

9. Attached hereto as **Exhibit 77** is a true and correct copy of a transcript of *The Alex Jones Show* from March 6, 2018, produced as Exhibit 24 at the Deposition of Alex Jones.

10. Attached hereto as **Exhibit 78** is a true and correct copy of screenshots from the Infowars Store website, dated January 7, 2019, bearing Bates numbers FURIE_INFO_00000367 – FURIE_INFO_00000387.

11. Attached hereto as **Exhibit 79** is a true and correct copy of screenshots from the Infowars website, produced by Defendants' counsel on October 9, 2018, bearing Bates numbers FSS004765 – FSS004782.

12. Attached hereto as **Exhibit 80** is a true and correct copy of the terms of service from the Prison Planet website, dated December 14, 2018, produced as Exhibit 15 at the Deposition of David Jones.

13. Attached hereto as **Exhibit 81** is a true and correct copy of an email exchange between Jon Allen and Defendants' employees Buckley and Weldon between February 3 and February 7, 2017, produced by Mr. Allen on November 30, 2018, and bearing Bates numbers Allen_Furie_0000114 – Allen_Furie_0000116.

14. Attached hereto as **Exhibit 82** is a true and correct copy of an email exchange between Jon Allen and Defendants' employee Buckley from March 8,

2017 to May 12, 2017, produced by Mr. Allen on November 30, 2018, and bearing Bates number Allen_Furie_0000027.

15. Attached hereto as **Exhibit 83** is a true and correct copy of an email exchange between Jon Allen and Defendants' employee Buckley from March 8, 2017 to March 12, 2017, produced by Mr. Allen on November 30, 2018, and bearing Bates number Allen_Furie_0000031.

16. Attached hereto as **Exhibit 84** is a true and correct copy of an email exchange between Jon Allen and Defendants' employee Buckley from February 3, 2017 to February 6, 2017, produced by Mr. Allen on November 30, 2018, and bearing the Bates number Allen_Furie_0000036.

17. Attached hereto as **Exhibit 85** is a true and correct copy of the Infowars, LLC Certificate of Correction filed with the Secretary of State of Texas, produced by Defendants' counsel on October 9, 2018, bearing Bates numbers FSS004751 – FSS004753.

18. Attached hereto as **Exhibit 86** is a true and correct copy of screenshots from the Infowars Store website, dated March 29, 2018, bearing Bates numbers FURIE_INFO_00000085 – FURIE_INFO_00000088.

19. Attached hereto as **Exhibit 87** is a true and correct copy of sales records for the MAGA Poster, produced by Defendants' counsel on November 2, 2018, bearing Bates numbers FSS004840 – FSS004869.

20. Attached hereto as **Exhibit 88** is a true and correct copy of sales records for the MAGA Poster, produced by Defendants' counsel on November 2, 2018, bearing Bates numbers FSS004870 – FSS004871.

21.   Attached hereto as **Exhibit 89** is a true and correct copy of artwork created by Mr. Furie, produced by Defendants' counsel as Exhibit 13 at Mr. Furie's deposition.

22.   Attached hereto as **Exhibit 90** is a true and correct copy of artwork created by Mr. Furie, produced by Defendants' counsel as Exhibit 33 at Mr. Furie's deposition.

23.   Attached hereto as **Exhibit 91** is a true and correct copy of an email exchange between my WilmerHale colleague Stephanie Lin and Defendants' counsel Alberto Interian, Scott Feldmann, and David F. Tamaroff, from May 23, 2018 to June 28, 2018.

24.   Attached hereto as **Exhibit 92** is a true and correct copy an email exchange between my WilmerHale colleague Louis Tompros and Defendants' counsel Marc Randazza from March 14, 2019 to March 15, 2019.

25.   Attached hereto as **Exhibit 93** is a true and correct copy of the article "*Trump Adviser Roger Stone Charged as Part of Mueller Investigation*," published by the Wall Street Journal on January 25, 2019, bearing Bates numbers FURIE_INFO_00001356 – FURIE_INFO_00001365.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2019 at New York, New York.

_____
William C. Kinder