UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 18-1830 MWF (JPRx)**   Date: April 16, 2019

Title   **Matt Furie v. Infowars, LLC, et al.**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings: (IN CHAMBERS) ORDER RE STRICKEN APPLICATION FOR LEAVE TO FILE UNREDACTED VERSION OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS UNDER SEAL [88]**

On April 8, 2019, Defendants Infowars, LLC and Free Speech Systems, LLC filed an Application for Leave to File Unredacted Versions of Defendants' Motion for Summary Judgment and Supporting Documents Under Seal. (Docket No. 89). On April 10, 2019, the Court issued an Order to Strike Electronically Filed Documents for "failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order." (Docket No. 90).

Defendants have not re-filed a sealing application, leaving the Court with only redacted versions of their Motion for Summary Judgment and supporting documents to review. To reduce the need for more stricken applications, the Court will provide guidance to Defendants. Pursuant to Local Rule 79-5.2.2(a)(iii)–(iv), a sealing application must include *both* the redacted version and the unredacted version of the documents proposed to be filed under seal. So, in order for a sealing application to be deemed complete, Defendants must, at the time of filing, file (1) the redacted version of the documents on the public docket and (2) the unredacted version of the documents under seal.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 18-1830 MWF (JPRx)**                                         Date: April 16, 2019

Title          **Matt Furie v. Infowars, LLC, et al.**

     Separately, the Court further notes that it did not receive any mandatory chambers copies of Defendants' Motion for Summary Judgment or any supporting documents.  (*See* Docket No. 88).

     Defendants are **ORDERED** to properly re-file an application to file under seal by **Friday, April 19, 2019, at 12:00 noon**, and provide the mandatory chambers copies by noon on the Court day following the filing.

     IT IS SO ORDERED.

                                                    Initials of Preparer:  RS/sjm