Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendants,*
*Infowars, LLC and Free Speech Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FURIE, | Case No. 2:18-cv-01830-MWF-JPR |
| Plaintiff, | **APPLICATION FOR LEAVE TO FILE UNREDACTED VERSIONS OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS UNDER SEAL** |
| vs. | |
| INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC, | |
| Defendants. | Hon. Michael W. Fitzgerald |
| | Case Filed: March 5, 2018
Trial Date: July 16, 2019 |

Pursuant to L.R. 79-5.2.2, Defendants Free Speech Systems, LLC ("FSS") and Infowars, LLC ("Infowars") file their application for leave to file unredacted versions of their concurrently-filed Motion for Summary Judgment (the "Motion") and supporting documents under seal. Defendants' Motion, as well as the supporting Statement of Uncontroverted Facts and Conclusions of Law and exhibits thereto, make reference to multiple documents designated as Confidential pursuant to the Protective Order on file in this case (Doc. No. 62). Specifically, these documents are licensing agreements Plaintiff Matt Furie entered into with third parties regarding use of the Pepe the Frog character, and certain portions of the deposition of Mr. Furie referring to certain contents of these agreements.

On April 5, 2019, counsel for the parties conferred regarding the necessity of filing these designated documents under seal, or if redactions would be appropriate. Counsel for Plaintiff stated that these documents did not need to be filed under seal in their entirety and identified portions of these documents to be redacted. Under L.R. 79-5.2.2(a)-(b), a supporting declaration of counsel for Defendants is attached identifying the redacted documents and efforts made to resolve the issues of redaction and sealing.

Dated: April 17, 2019

Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Alex J. Shepard
Alex J. Shepard, CA Bar No. 295058
Marc J. Randazza, CA Bar No. 269535
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

*Attorneys for Defendants,*
*Infowars, LLC and*
*Free Speech Systems, LLC*

Case No. 2:18-cv-01830-MWF-JPR

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 17, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/ Alex J. Shepard
Alex J. Shepard, CA Bar No. 295058