NANCY SCHROEDER (SBN 280207)
(nancy.schroeder@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
350 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: +213 443 5300
Facsimile: +213 443 5400

LOUIS W. TOMPROS (*pro hac vice*)
(louis.tompros@wilmerhale.com)
STEPHANIE LIN (*pro hac vice*)
(stephanie.lin@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

WILLIAM C. KINDER (*pro hac vice*)
(will.kinder@wilmerhale.com)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
Telephone: +1 212 230 8800
Facsimile: +1 212 230 8888

*Attorneys for Plaintiff Matt Furie*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATT FURIE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC,<br><br>　　　　　Defendants. | 2:18-cv-01830-MWF-JPR<br><br>**NOTICE OF ERRATA** |

1 | Matt Furie hereby gives notice that Docket Number 85-49, Exhibit 49 to the
2 | Declaration of William C. Kinder in Support of Plaintiff's Motion for Partial
3 | Summary Judgment (Docket No. 85), was electronically filed but was missing the
4 | 9 pages of Exhibit 49 (pages 480-488 of Docket No. 85-49).  Attached hereto as
5 | Exhibit A, is a corrected version of Exhibit 49, with the missing pages included.
6 | The corrected version contains no other changes.

Dated: April 22, 2019

Respectfully submitted,

By: /s/ William C. Kinder

**Wilmer Cutler Pickering Hale and Dorr LLP**
Nancy Schroeder (SBN 280207)
350 S. Grand Ave. Suite 2100
Los Angeles, CA 90071
Tel.: (213) 443-5300
Fax: (213) 443-5400
nancy.schroeder@wilmerhale.com

Louis W. Tompros (*pro hac vice*)
Stephanie Lin (*pro hac vice*)
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
louis.tompros@wilmerhale.com
stephanie.lin@wilmerhale.com

William C. Kinder (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007

PLAINTIFF'S NOTICE OF ERRATA
Case No. 2:18-cv-01830-MWF-JPR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Tel.: (212) 295-6509
Fax: (212) 230-8888
will.kinder@wilmerhale.com

*Attorneys for Plaintiff*
MATT FURIE

PLAINTIFF'S NOTICE OF ERRATA
Case No. 2:18-cv-01830-MWF-JPR