Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Telephone: 702-420-2001
ecf@randazza.com

*Attorneys for Defendants,*
*Infowars, LLC and Free Speech Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FURIE, | Case No. 2:18-cv-01830-MWF-JPR |
| Plaintiff, | **NOTICE OF ERRATA** |
| vs. | |
| INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Defendants hereby file this Notice of Errata to Defendants' Application to File Unredacted Version of Exhibit 1 To Defendants' Reply in Support of Motion for Summary Judgment Under Seal. Exhibit 1 was inadvertently not attached to the document at the time of filling. Exhibit 1 is hereby attached.

| | | |
|---|---|---|
| 1 | Dated: April 22, 2019. | Respectfully submitted, |
| 2 | | |
| 3 | | RANDAZZA LEGAL GROUP, PLLC |
|   | | /s/ Alex J. Shepard |
| 4 | | Alex J. Shepard, CA Bar No. 295058 |
|   | | Marc J. Randazza, CA Bar No. 269535 |
| 5 | | 2764 Lake Sahara Drive, Suite 109 |
| 6 | | Las Vegas, NV 89117 |
| 7 | | *Attorneys for Defendants,* |
|   | | *Infowars, LLC and* |
| 8 | | *Free Speech Systems, LLC* |

1                                             Case No. 2:18-cv-01830-MWF-JPR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notice of Electronic Filing generated by CM/ECF.

                                     Respectfully submitted,

                                     <u>/s/ Alex J. Shepard</u>
                                     Alex J. Shepard