NANCY SCHROEDER (SBN 280207)
(nancy.schroeder@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: +213 443 5300
Facsimile: +213 443 5400

LOUIS W. TOMPROS (*pro hac vice*)
(louis.tompros@wilmerhale.com)
STEPHANIE LIN (*pro hac vice*)
(stephanie.lin@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

WILLIAM C. KINDER (*pro hac vice*)
(will.kinder@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
Telephone: +1 212 230 8800
Facsimile: +1 212 230 8888

*Attorneys for Plaintiff Matt Furie*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATT FURIE,<br><br>                    Plaintiff,<br><br>    vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC,<br><br>                    Defendants. | 2:18-cv-01830-MWF-JPR<br><br>**JOINT STIPULATION REGARDING DEADLINE FOR PARTIES TO EXCHANGE PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS** |

1  Pursuant to L.R. 7-1, the parties in the above-captioned matter hereby
2  stipulate and respectfully request that the deadline for the parties to exchange jury
3  instructions and verdict forms be modified to April 29, 2019, and the deadline to
4  serve objections be modified to May 3, 2019.

5  Lead counsel for both parties in the above-captioned matter are available and
6  would like to conduct the Local Rule 16-2 conference in person on May 7, 2019.
7  However, the Court's Order RE: Jury Trial, Dkt. 64, requires the parties to
8  exchange proposed jury instructions and verdict forms fourteen days before the
9  Rule 16-2 meeting, and to exchange objections to jury instructions and verdict
10 forms ten days before the Rule 16-2 meeting.  To allow the parties to conduct the
11 Rule 16-2 meeting on May 7, 2019, the parties jointly stipulate that those times
12 should be shortened, so that the parties may exchange jury instructions and verdict
13 forms on April 29 (eight days before the meeting) and objections on May 3 (four
14 days before the meeting).

15 The parties respectfully request that the Court approve this modification.

2

JOINT STIPULATION REGARDING DEADLINE FOR PARTIES TO EXCHANGE
PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS
Case No. 2:18-cv-01830-MWF-JPR

| | |
|---|---|
| 1  Dated: April 23, 2019 | Respectfully submitted, |

By: */s/ Alex J. Shepard*　　　　　　By: */s/ William C. Kinder*

**RANDAZZA LEGAL GROUP, PLLC**
Marc J. Randazza, CA Bar No. 269535
Alex J. Shepard, CA Bar No. 295058
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

*Attorneys for Defendants*,
Infowars, LLC and
Free Speech Systems, LLC

**Wilmer Cutler Pickering Hale and Dorr LLP**
Nancy Schroeder (SBN 280207)
350 S. Grand Ave. Suite 2100
Los Angeles, CA 90071
Tel.: (213) 443-5300
Fax: (213) 443-5400
nancy.schroeder@wilmerhale.com

Louis W. Tompros (*pro hac vice*)
Stephanie Lin (*pro hac vice*)
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
louis.tompros@wilmerhale.com
stephanie.lin@wilmerhale.com

William C. Kinder (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: (212) 295-6509
Fax: (212) 230-8888
will.kinder@wilmerhale.com

*Attorneys for Plaintiff*
MATT FURIE

3

JOINT STIPULATION REGARDING DEADLINE FOR PARTIES TO EXCHANGE
PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS
Case No. 2:18-cv-01830-MWF-JPR

ATTESTATION

I, William C. Kinder, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

By: */s/ William C. Kinder*

4

JOINT STIPULATION REGARDING DEADLINE FOR PARTIES TO EXCHANGE
PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS
Case No. 2:18-cv-01830-MWF-JPR