NANCY SCHROEDER (SBN 280207)
(nancy.schroeder@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: +213 443 5300
Facsimile: +213 443 5400

LOUIS W. TOMPROS (*pro hac vice*)
(louis.tompros@wilmerhale.com)
STEPHANIE LIN (*pro hac vice*)
(stephanie.lin@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

WILLIAM C. KINDER (*pro hac vice*)
(will.kinder@wilmerhale.com)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
Telephone: +1 212 230 8800
Facsimile: +1 212 230 8888

*Attorneys for Plaintiff Matt Furie*

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATT FURIE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC,<br><br>　　　　Defendants. | 2:18-cv-01830-MWF-JPR<br><br>**DECLARATION OF STEPHANIE LIN IN SUPPORT OF DEFENDANTS' APPLICATION TO FILE UNDER SEAL (DKT. 103)**<br><br>Date: May 6, 2019<br>Time: 10:00 a.m.<br>Hon. Michael W. Fitzgerald<br>Case Filed: March 5, 2018<br>Trial Date: July 16, 2019 |

DECLARATION OF STEPHANIE LIN
Case No. 2:18-cv-01830-MWF-JPR

I, Stephanie Lin, declare under penalty of perjury that:

1. I am a senior associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am counsel for Plaintiff Matt Furie.

2. I am a member in good standing of the bar of the Commonwealth of Massachusetts. I have never been suspended, disbarred, sanctioned, or cited for contempt by any court or administrative body.

3. I respectfully submit this declaration in support of Defendant Infowars, LLC and Free Speech Systems, LLC's (collectively, "Infowars") Application to File Unredacted Version of Exhibit 1 to Defendants Reply In Support of Motion For Summary Judgment Under Seal in the above-referenced matter. This declaration is based upon my personal knowledge.

4. On September 5, 2018, the Court issued a protective order in the above-referenced matter recognizing that this litigation would likely include "the exchange of confidential and proprietary information, including . . . communications containing internal business information (including contracts and financial information) that would be damaging if it were made available to competitors or prospective business matters." Dkt. 62 at 2-3.

5. On April 19, 2019 Alex Shepard, counsel for Infowars, provided notice of Infowars's intent to file certain of Mr. Furie's confidential information under seal, per L.R. 79-5. I identified for Mr. Shepard only the most sensitive information for redaction in order to minimize the amount of information that would be filed under seal. The highlighted items in the attachment to the Declaration of Alex J. Shepard (Dkt. 105) accurately reflect the information for redaction.

DECLARATION OF STEPHANIE LIN
Case No. 2:18-cv-01830-MWF-JPR

6. There is good cause to redact the information Infowars has applied to file under seal. This information has been designated confidential by Mr. Furie, as it contains sensitive business information concerning the negotiations and financial terms of licensing contracts entered into by Mr. Furie. The source of this information is a document that was produced on a confidential basis under the protective order.

7. The specific information that Mr. Furie has identified for redaction and filing under seal is limited to the portion of the document disclosing the specific payment terms of his license agreement with a third party, similar to the information at issue in the Court's April 22, 2019 Order (Dkt. 106) granting Defendants' Application For Leave To File Under Seal. Mr. Furie does not ordinarily disclose the payment terms of his contracts publicly. Public disclosure of the specific amounts for which Mr. Furie has licensed his copyrights would place Mr. Furie at a competitive disadvantage in future licensing negotiations. *See* April 22, 2019 Order (Dkt. 106) at 2 (citing Fed. R. Civ. P. 26(c); *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978); *Phillips ex. Rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002)).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2019 at Boston, Massachusetts.

_____
Stephanie Lin

3

DECLARATION OF STEPHANIE LIN
Case No. 2:18-cv-01830-MWF-JPR