UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATT FURIE,<br><br>Plaintiff,<br><br>vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC,<br><br>Defendants. | 2:18-cv-01830-MWF-JPR<br><br>**ORDER APPROVING JOINT STIPULATION REGARDING DEADLINE FOR PARTIES TO EXCHANGE PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS** |

**ORDER APPROVING JOINT STIPULATION REGARDING DEADLINE FOR PARTIES TO EXCHANGE PROPOSED <u>JURY INSTRUCTIONS AND VERDICT FORMS</u>**

HAVING CONSIDERED the parties' joint stipulation regarding the deadline for the parties to exchange proposed jury instructions and verdict forms, it is hereby ORDERED that the parties' joint stipulation is APPROVED.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows: To allow the parties to conduct their Rule 16-2 meeting on May 7, 2019:

1. The deadline for the parties to exchange jury instructions and verdict forms is modified to April 29, 2019; and

2. The deadline to serve objections to the parties' jury instructions and verdict forms is modified to May 3, 2019.

**IT IS SO ORDERED** this 24th day of April, 2019.


_____
Michael W. Fitzgerald
United States District Judge