UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    **CV 18-1830-MWF(JPRx)**                                    Dated: **May 6, 2019**

Title:      Matt Furie -v- Infowars, LLC, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

  Louis W. Tompros                              Marc J. Randazza
  William C. Kinder
  Stephanie Lin
  Nancy Lynn Schroeder

**PROCEEDINGS:**    **MOTION FOR PARTIAL SUMMARY JUDGMENT [84];
                    MOTION FOR SUMMARY JUDGMENT [88]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-                               2:30  min