UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-1830-MWF (JPRx) | Date | May 7, 2019 |
|---|---|---|---|
| Title | Matt Furie v. Infowars, LLC et al. | | |

| Present: The Honorable | Jean P. Rosenbluth, United States Magistrate Judge |
|---|---|

| Bea Martinez | CS 5/7/19 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Louis W. Tompros | Marc J. Randazza |
| Nancy L. Schroeder | Robert E. Barnes |
| William C. Kinder | |

**Proceedings:**    (In Court):    SETTLEMENT CONFERENCE

On May 7, 2019, the parties appeared before Magistrate Judge Rosenbluth for a settlement conference. After approximately 2 hours of discussions the parties were unable to reach a settlement in this case.

cc: Judge Fitzgerald

|  | 2 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | bm |