UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 18-1830-MWF(JPRx)** | Dated: **May 22, 2019** |
| Title: | Matt Furie -v- Infowars, LLC, et al. | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Louis W. Tompros<br>William C. Kinder<br>Stephanie Lin<br>Nancy Lynn Schroeder | Robert Barnes |

PROCEEDINGS:     TELEPHONIC STATUS CONFERENCE

Case called, and counsel make their appearance.

The Court and counsel confer regarding the upcoming July 16, 2019 trial date. For reasons stated on the record, the Court will set a follow-up telephonic status conference the week of May 28, 2019.

IT IS SO ORDERED.

Initials of Deputy Clerk   rs

:10  min