# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge   Michael W. Fitzgerald

From: Rita Sanchez/sjm , Deputy Clerk   Date Received: June 5, 2019

Case No.: CV 18-1830 MWF (JPRx)   Case Title: Matt Furie v. Infowars, LLC, et al.

Document Entitled: Correspondence from Joshua Flynn dated May 29, 2019

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 5-4.1 — Documents must be filed electronically
- ☐ Local Rule 6-1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 11-3.1 — Document not legible
- ☐ Local Rule 11-3.8 — Lacking name, address, phone, facsimile numbers, and e-mail address
- ☐ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 16-7 — Pretrial conference order not signed by all counsel
- ☐ Local Rule 19-1 — Complaint/Petition includes more than 10 Does or fictitiously named parties
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine disputes of material fact lacking
- ☒ Local Rule 83-2.5 — No letters to the judge
- ☐ Fed. R. Civ. P. 5 — No proof of service attached to document(s)
- ☐ Other:

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

Date _____   U.S. District Judge / U.S. Magistrate Judge _____

☒ The document is **NOT** to be filed, but instead **REJECTED,** and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court. The correspondence shall NOT be attached to this form and shall NOT appear on the docket.

June 5, 2019   / s / Michael W. Fitzgerald
Date   United States District Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

**COPY 1 -ORIGINAL-OFFICE**   **COPY 2 -JUDGE**   **COPY 3 -SIGNED & RETURNED TO FILER**   **COPY 4 -FILER RECEIPT**

CV-104A (06/13)   NOTICE OF DOCUMENT DISCREPANCIES