UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  CV 18-1830 MWF (JPRx)                                    Date: June 5, 2019

Title     Matt Furie v. Infowars, LLC, et al.

Present: The Honorable:  Michael W. Fitzgerald

|  Kevin Reddick  |  Amy Diaz  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| :---: | :---: |
| Louis Tompros- Telephonic | Mark Randazz- Telephonic |
| William Kinder - Telephonic | Robert Barnes - Telephonic |

**Proceedings:  Status Conference**

Status conference held.  Court and counsel confer regarding proposed trial dates.

:12

**Initials of Preparer**   ckr