NANCY SCHROEDER (SBN 280207)
(nancy.schroeder@wilmerhale.com)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
350 S. Grand Ave., Suite 2100
Los Angeles, CA 90071
Telephone: +213 443 5300
Facsimile: +213 443 5400

LOUIS W. TOMPROS (*pro hac vice*)
(louis.tompros@wilmerhale.com)
STEPHANIE LIN (*pro hac vice*)
(stephanie.lin@wilmerhale.com)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

WILLIAM C. KINDER (*pro hac vice*)
(will.kinder@wilmerhale.com)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
New York, NY 10007
Telephone: +1 212 230 8800
Facsimile: +1 212 230 8888

*Attorneys for Plaintiff Matt Furie*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MATT FURIE,<br><br>Plaintiff,<br><br>vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC,<br><br>Defendants. | 2:18-cv-01830-MWF-JPR<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Matt Furie and Defendants Infowars, LLC and Free Speech Systems, LLC, by and through their counsel, hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendants, with the parties to bear their own costs and attorneys' fees.

Dated: June 10, 2019

By: */s/ Robert E. Barnes*
**RANDAZZA LEGAL GROUP, PLLC**
Marc J. Randazza (SBN 269535)
Alex J. Shepard (SBN 295058)
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Tel.: (702) 420-2001
ecf@randazza.com

**BARNES LAW**
Robert E. Barnes
601 South Figueroa Street Suite 4050
Los Angeles, CA 90017
310-510-6211
Fax: 310-510-6225
robertbarnes@barneslawllp.com

*Attorneys for Defendants*,
INFOWARS, LLC AND
FREE SPEECH SYSTEMS, LLC

Approved as to form and content,

By: */s/ Louis W. Tompros*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
Nancy Schroeder (SBN 280207)
350 S. Grand Ave. Suite 2100
Los Angeles, CA 90071
Tel.: (213) 443-5300
Fax: (213) 443-5400
nancy.schroeder@wilmerhale.com

Louis W. Tompros (*pro hac vice*)
Stephanie Lin (*pro hac vice*)
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
louis.tompros@wilmerhale.com
stephanie.lin@wilmerhale.com

William C. Kinder (*pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Tel.: (212) 295-6509
Fax: (212) 230-8888
will.kinder@wilmerhale.com

*Attorneys for Plaintiff*,
MATT FURIE

ATTESTATION

I, Louis W. Tompros, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

By: */s/ Louis W. Tompros*